IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLACK & DECKER INC. and )
BLACK & DECKER (U.S.) INC., )
)
     Plaintiffs, )
)     C.A. No.
    v. )
)     JURY TRIAL DEMANDED
MAKITA U.S.A. INC. and )
MAKITA CORPORATION, )
)
     Defendants. )
)

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively "Black & Decker"), complain of defendants Makita U.S.A. Inc. and Makita Corporation (collectively, "Makita") as follows:

1.    This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the claim made under 28 U.S.C. § 1338(a).

## PARTIES

2.    Black & Decker Inc. is a Delaware corporation having its principal place of business at 701 East Joppa Road, Towson, Maryland. Black & Decker Inc. owns and has standing to sue for the infringement of United States Patent No. 7,223,195 entitled "Multispeed Power Tool Transmission" issued on May 29, 2007 ("the '195 patent") (Exhibit A attached hereto); United States Patent No. 7,220,211 entitled "Multispeed Power Tool Transmission" issued on May 22, 2007 ("the '211 patent") (Exhibit B attached hereto); and United States Patent

No. 6,984,188 entitled "Multispeed Power Tool Transmission" issued on January 10, 2006 ("the '188 patent") (Exhibit C attached hereto); (collectively, the "patents in suit").

3.      Black & Decker (U.S.) Inc. is a Maryland corporation also having its principal place of business at 701 East Joppa Road, Towson, Maryland.  Black & Decker (U.S.) Inc. is a leading designer, manufacturer and marketer of power tools.  Black & Decker (U.S.) Inc. is an exclusive licensee of the patents in suit, and has standing to sue for infringement of the patents in suit.

4.      Makita U.S.A. Inc. is a California corporation having its principal place of business at 14930 Northam Street, La Mirada, California 90638.

5.      Makita Corporation is a Japanese corporation having its principal place of business at 3-11-8 Sumiyoshi-cho, Anjo, Aichi 446-8502, Japan.

## VENUE AND PERSONAL JURISDICTION

6.      Venue is proper in this judicial district under 28 U.S.C. § 1391(c)-(d) and 1400(b).  Makita transacts business in this district, at least by offering to sell or selling the below listed accused products in this district, and by advertising on the Internet in such a way as to reach customers in Delaware.

7.      Makita has sold a variety of power tools such as hammer drill products or drill driver having a three-speed transmission sold under the "MXT" product designation at Lowe's of Wilmington, Delaware, 2225 Hessler Blvd., New Castle, Delaware 19720, and the "LXT" product designation at Home Depot, 3600 Miller Road, Wilmington, Delaware 19802.  Makita has sold hammer drill products having a three-speed transmission throughout the United States, and directly to customers in this judicial district.

2

**PATENT INFRINGEMENT**

8.      Makita has directly infringed at least one claim of the '195, '211 and '188 patents through, among other activities, the manufacture, use, importation, sale and/or offer for sale of at least the "MXT" and "LXT" hammer drill or drill driver products having a three-speed transmission including, by way of example, the following products:  18V LXT Lithium-ion Hammer Driver-Drill Kit (Model No. BHP451); Drill Kit (Model No. 8444DWDE); Drill Kit (Model No. 6349DWDE); 18V LXT Lithium-ion Driver-Drill Kit (Model No. BDF451); 18V Hammer Driver-Drill (Model No. 8390DWPE); 18V Driver-Drill (Model No. 6390DWPE); Drill Kit (Model No. 6339DWDE) and any combo kits containing hammer drill or drill driver products having a three-speed transmissions ("the accused 3-Speed Products").

9.      Makita, through its actions, has contributed to, or induced the infringement of the '195, '211 and '188 patents in violation of 35 U.S.C. § 271.

10.     Makita's infringement, contributory infringement and/or inducement to infringe the '195, '211 and '188 patents has injured Black & Decker and Black & Decker is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

11.     Makita has been placed on notice of the patents in suit pursuant to 35 U.S.C. § 287.

12.     Makita has been aware of the patents in suit and have, nonetheless, infringed the asserted claims of the patents with knowledge of the patents' scope and application to the accused Makita products.  As a consequence, Makita's infringement, contributory infringement and/or inducement to infringe has been willful and deliberate and has injured and will continue to injure Black & Decker, unless and until this Court enters an injunction prohibiting further

infringement and, specifically, enjoining further importation, manufacture, use, offer for sale and/or sale of power tools within the scope of the patents in suit; and enjoining Makita from contributing to and/or inducing infringement of the patents in suit.

WHEREFORE, plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc., ask this Court to enter judgment against Makita U.S.A. Inc. and Makita Corporation, and against its subsidiaries, successors, parents, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.  An award of damages adequate to compensate Black & Decker for the infringement that has occurred, together with prejudgment interest from the date infringement of the patents in suit began;

B.  Increased damages as permitted under 35 U.S.C. § 284;

C.  A finding that this case is exceptional and an award to Black & Decker of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.  A permanent injunction prohibiting further infringement of the patents in suit; and,

E.  Such other and further relief as this Court or a jury may deem proper and just.

**JURY DEMAND**

Black & Decker demands a trial by jury on all issues presented in this Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Raymond P. Niro
Dean D. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602-4515
(312) 236-0733

July 24, 2007
978905

Exhibit A

(12) **United States Patent**     (10) **Patent No.:     US 7,223,195 B2**
Milbourne et al.                 (45) **Date of Patent:        *May 29, 2007**

(54) **MULTISPEED POWER TOOL TRANSMISSION**

(75) Inventors: **Rodney Milbourne**, Abington, MD (US); **Christine Potter**, Baltimore, MD (US); **Todd A Hagan**, Windsor, PA (US); **Michael C Bowers**, Littlestown, PA (US)

(73) Assignee: **Black & Decker Inc.**, Newark, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/507,060**

(22) Filed: **Aug. 18, 2006**

(65) **Prior Publication Data**

US 2006/0281596 A1     Dec. 14, 2006

**Related U.S. Application Data**

(60) Continuation of application No. 10/792,659, filed on Mar. 3, 2004, now Pat. No. 7,101,300, which is a continuation-in-part of application No. 10/384,809, filed on Mar. 10, 2003, now Pat. No. 6,984,188, which is a division of application No. 09/964,078, filed on Sep. 26, 2001, now Pat. No. 6,676,557.

(60) Provisional application No. 60/263,379, filed on Jan. 23, 2001.

(51) **Int. Cl.**
*F16H 3/44* (2006.01)

(52) **U.S. Cl.** ...................... **475/298**; 475/263; 475/264; 475/265; 475/275; 475/279; 475/286; 475/299; 475/305; 475/317; 475/330; 173/47; 173/178; 173/216; 173/217

(58) **Field of Classification Search** ................ 475/298, 475/286, 264, 263, 279, 270, 275, 305, 317, 475/320, 330; 192/56.61, 17 R, 3.52, 48.91; 173/178, 216, 217, 47, 48; 464/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,228,472 A     6/1917   Olson

(Continued)

FOREIGN PATENT DOCUMENTS

DE          37 20 633        1/1988

(Continued)

OTHER PUBLICATIONS

FESTO Catalogue 96/97, pp. 1 through 4 and 10 through 19.
FESTOOL Festo Tooltechnic CDD 9,6ES Exploded View (457 895 / 10.99).
Tools of the Trade Online: Stop The Pain (Spring 1998).

*Primary Examiner*—David D. Le
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce, P.L.C.

(57)          **ABSTRACT**

A portable power tool with a housing, a motor having a motor output member, a driven member and a transmission. The transmission, which is located in the housing, is configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the output spindle. The transmission has a plurality of planetary transmission stages, each of which including a ring gear, a planet carrier and a plurality of planet gears that are supported by the planet carrier for meshing engagement with the ring gear. The transmission further includes at least one member that may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in an inactive mode. The transmission is operable in at least three overall speed reduction ratios.

**29 Claims, 47 Drawing Sheets**



US 7,223,195 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,404,984 | A | 1/1922 | Lower |
| 1,514,872 | A | 11/1924 | Starr |
| 1,693,139 | A | 11/1928 | Dietsche |
| 1,792,484 | A | 2/1931 | Fawick |
| 1,909,330 | A | 5/1933 | Banker |
| 2,331,684 | A | 10/1943 | Henningsen |
| 2,848,908 | A | 8/1958 | Hollis |
| 2,911,854 | A | 11/1959 | Fabian |
| 3,055,236 | A | 9/1962 | Born, Jr. |
| 3,127,801 | A | 4/1964 | Binns |
| 3,774,476 | A | 11/1973 | Sohnlein et al. |
| 3,872,742 | A | 3/1975 | States |
| 3,878,926 | A | 4/1975 | Adachi |
| 3,901,104 | A | 8/1975 | Sims |
| 4,178,813 | A | 12/1979 | Smemo |
| 4,274,023 | A | 6/1981 | Lamprey |
| 4,274,304 | A | 6/1981 | Curtiss |
| 4,366,871 | A | 1/1983 | Dieterle et al. |
| 4,448,098 | A | 5/1984 | Totsu |
| 4,493,223 | A | 1/1985 | Kishi et al. |
| 4,569,252 | A | 2/1986 | Harper |
| 4,585,077 | A | 4/1986 | Bergler |
| 4,617,837 | A | 10/1986 | Kataoka et al. |
| 4,641,551 | A | 2/1987 | Pascaloff |
| 4,651,580 | A | 3/1987 | Deane |
| 4,710,071 | A | 12/1987 | Koehler et al. |
| 4,757,598 | A | 7/1988 | Redman |
| 4,772,765 | A | 9/1988 | Markle et al. |
| 4,791,833 | A | 12/1988 | Sakai et al. |
| 4,842,078 | A | 6/1989 | Hasson |
| 4,869,131 | A | 9/1989 | Ohmori |
| 4,875,528 | A | 10/1989 | Thackston |
| 4,892,013 | A | 1/1990 | Satoh |
| 5,005,682 | A | 4/1991 | Young et al. |
| 5,019,023 | A | 5/1991 | Kurosawa |
| 5,159,986 | A | 11/1992 | Höser |
| 5,176,593 | A | 1/1993 | Yasui et al. |
| 5,282,510 | A | 2/1994 | Pacher |
| 5,339,908 | A | 8/1994 | Yokota et al. |
| 5,550,416 | A | 8/1996 | Fanchang et al. |
| 5,551,927 | A | 9/1996 | Enzmann et al. |
| 5,573,074 | A | 11/1996 | Thames et al. |
| 5,598,911 | A | 2/1997 | Joachim et al. |
| 5,601,491 | A | 2/1997 | Chan |
| 5,692,575 | A | 12/1997 | Hellstrom |
| 5,704,433 | A | 1/1998 | Bourner et al. |
| 5,730,232 | A | 3/1998 | Mixer |
| 5,842,527 | A | 12/1998 | Arakawa et al. |
| 5,897,454 | A | 4/1999 | Cannaliato |
| 5,967,934 | A | 10/1999 | Ishida et al. |
| 6,062,114 | A | 5/2000 | Rahm |
| 6,070,675 | A | 6/2000 | Mayer et al. |
| 6,076,438 | A | 6/2000 | Rahm |
| 6,086,502 | A | 7/2000 | Chung |
| 6,093,128 | A | 7/2000 | Seith |
| 6,142,242 | A | 11/2000 | Okumura et al. |
| 6,431,289 | B1 | 8/2002 | Potter et al. |
| 6,457,535 | B1 | 10/2002 | Tanaka |
| 6,502,648 | B2 | 1/2003 | Milbourne |
| 6,599,219 | B2 | 7/2003 | Pan |
| 6,984,188 | B2 * | 1/2006 | Potter et al. ............... 475/298 |
| 7,101,300 | B2 * | 9/2006 | Milbourne et al. ......... 475/265 |
| 7,121,361 | B2 * | 10/2006 | Hara et al. ................. 173/176 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 39 04 085 | | 11/1990 |
| DE | 40 38 226 | | 6/1992 |
| DE | 40 38 502 | | 2/1994 |
| DE | 44 06 018 | | 4/1995 |
| DE | 42 13 291 | | 12/1997 |
| DE | 199 03 863 | | 8/2000 |
| EP | 88101883.2 | | 2/1988 |
| EP | 0 787 931 | | 1/1997 |
| EP | 0 519 121 | | 4/1997 |
| FR | 1 072 143 | | 9/1954 |
| GB | 2 102 515 | | 2/1983 |
| JP | 49-56 276 | | 5/1974 |
| JP | 57-139 330 | | 8/1982 |
| JP | 58-4 308 | | 1/1983 |
| JP | 60-34 275 | | 2/1985 |
| JP | 62-224 584 | | 10/1987 |
| JP | 62224584 | A * | 10/1987 |
| JP | 63101545 | A * | 5/1988 |
| JP | 63-96 354 | | 6/1988 |
| WO | WO 97/33721 | | 9/1997 |
| WO | WO 99/16585 | | 4/1999 |

* cited by examiner

Figure - 1



*Figure - 2*

Case 1:07-cv-00461-GMS    Document 1-2    Filed 07/24/2007    Page 6 of 65



_Figure - 3_

_Figure - 4_





*Figure - 7*



*Figure - 8*



*Figure - 9*



*Figure - 10*

*Figure - 11*



*Figure - 12*



_Figure - 13_



*Figure - 13a*

*Figure - 13b*



*Figure - 14*

*Figure - 15*



*Figure - 16*

*Figure - 17*



*Figure - 18*



*Figure - 19*

*Figure - 20*



*Figure - 21*

*Figure - 22*



*Figure - 23*



*Figure - 24*



*Figure - 25*



*Figure - 26*

*Figure - 27a*



*Figure - 27b*



*Figure - 27c*



*Figure - 28*

*Figure - 29*



*Figure - 29a*

316'



*Figure - 29b*



*Figure - 30*



*Figure - 31*



*Figure - 32*



*FIG - 33*



**_FIG - 34_**



*FIG - 35*



**_FIG - 36_**



**FIG - 37**



**FIG - 38**



*FIG - 39*



*FIG - 40*



*FIG - 41*



**FIG - 42**



**FIG - 43**



**FIG - 44**



**FIG - 45**



*FIG - 46*



*FIG - 47*



**FIG - 48**



## *FIG - 49*



**FIG - 50**

**FIG - 51**



*FIG - 52*



*FIG - 53*



*FIG - 54*



*FIG - 55*



**FIG - 56**

US 7,223,195 B2

**1**

## MULTISPEED POWER TOOL TRANSMISSION

### PRIORITY & CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/792,659, filed Mar. 3, 2004 now U.S. Pat. No. 7,101,300 which is a continuation-in-part of U.S. application Ser. No. 10/384,809 filed Mar. 10, 2003 (now U.S. Pat. No. 6,984,188), which is a divisional of U.S. application Ser. No. 09/964,078 filed Sep. 26, 2001 entitled First Stage Clutch (now U.S. Pat. No. 6,676,557), which claims the benefit of U.S. Provisional Application No. 60/263,379, filed Jan. 23, 2001. Other features of the present disclosure are discussed and claimed in commonly held U.S. Pat. No. 6,431,289 (Multi-Speed Power Tool Transmission); U.S. Pat. No. 6,857,983 (First Stage Clutch); U.S. Pat. No. 6,502,648 (360 Degree Clutch Collar); and U.S. Pat. No. 6,805,207 (Housing with Functional Overmold Member) and commonly assigned U.S. application Ser. No. 10/953,699 (Multispeed Power Tool Transmission); and Ser. No. 11/237,112 (Multispeed Power Tool Transmission); Ser. No. 10/931,602 (Housing with Functional Overmold Member); Ser. No. 10/931,604 (Housing with Functional Overmold Member); and Ser. No. 10/915,698 (Housing with Functional Overmold Member).

### BACKGROUND OF THE DISCLOSURE

1. Technical Field

The present disclosure relates generally to power tools such as rotatable drills, power screwdrivers, and rotatable cutting devices. More particularly, the present disclosure relates to a transmission for a multi-speed transmission for a power tool.

2. Discussion

Modernly, manufacturers of power tools have introduced power tools that have variable speed motors in an attempt to permit the users of these tools with sufficient control over the output speed of the tool so as to permit them to perform diverse operations without resort to additional, specialized tools. Many of the tools that are commercially available include a three-stage, two-speed transmission that permits even greater control over speeds of these tools.

Typically available transmission arrangements have lacked a transmission arrangement that could produce a wide range of output speeds and torques that would permit the tool to perform diverse operations such as drilling holes with a large diameter hole saw, installing drywall screws or large diameter lag screws, and performing high-speed drilling operations. The single or dual speed transmissions that were generally employed in these tools typically did not have sufficient speed reducing capacity to permit these transmissions to be diversely employed as configuring these tools for high torque operations tended to impair their high speed performance. Furthermore, the rechargeable batteries that were employed in many of the early cordless rotary power tools were not well suited for use in low-speed, high torque operations due to the amount of energy that is consumed and the rate with which the energy is consumed by the power tool during such operations. Consequently, consumers were often forced to purchase two different rotary power tools, a medium-duty tool for "standard" applications such as drilling and fastening, and a heavy-duty tool having a low-speed, high torque output for more demanding tasks.

**2**

With the advent of the modern high capacity, high voltage battery, it is now possible to meet the energy demands of a power tool that is used in low-speed, high torque operations. There remains, however, a need in the art for a power tool transmission having a relatively large range in its speed reducing capacity.

### SUMMARY OF THE DISCLOSURE

In one form, the present disclosure provides a portable power tool that includes a housing, a motor, a trigger, a driven member and a transmission. The housing can have a first portion, which can define a handle for carrying the portable power tool, and a second portion. The motor can be received in the second portion of the housing and can include a motor output member. The trigger can be coupled to the housing and can be movable to activate the motor. The transmission can be coupled to the housing. The transmission can be configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member. The transmission can have a plurality of planetary transmission stages. The planetary transmission stages can include a ring gear and a set of planet gears that are meshingly engaged with the ring gear. At least one member of the transmission may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in an inactive mode. The transmission is operable in at least three overall speed reduction ratios and at least three planetary transmission stages transmit torque in sequence between the motor output member and the driven member in each overall speed reduction ratio. The ring gear associated with each of the at least three planetary transmission stages is not meshingly engaged to the set of planet gears of another of the at least three planetary transmission stages.

In another form, the present teachings provide a portable power tool having a housing, a motor, a driven member and a transmission assembly. The housing has a first portion, which defines a handle for carrying the portable tool, and a second portion. The motor can be coupled to the second portion of the housing and can include a motor output member. The transmission assembly can be coupled to the housing and can be configured to receive a rotary input from the motor output member and produce a rotary output that is transmitted to the driven member. The transmission assembly can have a reduction gearset assembly that includes a plurality of ring gears, a plurality of planet carriers and a plurality of sets of planet gears. A first one of the sets of planet gears can be supported by a first one of the planet carriers and can be meshingly engaged with a first one of the ring gears. A second one of the sets of planet gears can be supported by a second one of the planet carriers and can be meshingly engaged with a second one of the ring gears. The driven member can be coupled for rotation with the second one of the planet carriers. At least one member of the transmission assembly may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in a mode other than the active mode. The transmission is operable in at least three overall speed reduction ratios. At least three planetary transmission stages transmit torque between the motor output member and the driven member in each overall speed reduction ratio. Each overall speed reduction ratio includes an input stage, an

US 7,223,195 B2

3

output stage and at least one intermediate stage between the input stage and the output stage. The input stage receives the rotary input, the output stage outputting the rotary output, the at least one intermediate stage drivingly connecting the input stage and the output stage. The ring gear associated with each of the at least three planetary transmission stages is not meshingly engaged to the planet gears of another of the at least three planetary transmission stages.

BRIEF DESCRIPTION OF THE DRAWINGS

Additional advantages and features of the present disclosure will become apparent from the subsequent description and the appended claims, taken in conjunction with the accompanying drawings, wherein:

FIG. 1 is a side view of a power tool constructed in accordance with the teaching of the present disclosure;

FIG. 2 is an exploded perspective view of a portion of the power tool of FIG. 1;

FIG. 3 is a perspective view of a portion of the housing of the power tool of FIG. 1 illustrating the rear of the end cap assembly;

FIG. 4 is a front view of the end cap assembly;

FIG. 5 is a section view taken along the line 5-5 of FIG. 4;

FIG. 6 is a rear view of a portion of the power tool of FIG. 1 with the end cap assembly removed;

FIG. 7 is a side view of a portion of the power tool of FIG. 1 with the end cap assembly removed;

FIG. 8 is a view similar to that of FIG. 4, but illustrating the end cap shell prior to the overmolding operation;

FIG. 9 is a view similar to that of FIG. 5, but illustrating the end cap shell prior to the overmolding operation;

FIG. 10 is a view similar to that of FIG. 4, but illustrating an alternate construction of the overmold member;

FIG. 11 is a partial sectional view of a portion of a power tool that employs an end cap assembly having an overmold member constructed in the manner illustrated in FIG. 10;

FIG. 12 is an exploded perspective view of a portion of the power tool of FIG. 1, illustrating the transmission assembly in greater detail;

FIG. 13 is an exploded perspective view of a portion of the power tool of FIG. 1, illustrating the reduction gearset assembly, the transmission sleeve, a portion of the housing and a portion of the clutch mechanism in greater detail;

FIG. 13a is a sectional view taken along a longitudinal axis of the second ring gear;

FIG. 13b is a sectional view taken along a longitudinal axis of the third ring gear;

FIG. 14 is a side view of the transmission sleeve;

FIG. 15 is a rear view of the transmission sleeve;

FIG. 16 is a sectional view taken along the line 16-16 of FIG. 15;

FIG. 17 is a sectional view taken along the line 17-17 of FIG. 15;

FIG. 18 is an exploded view of the reduction gearset assembly;

FIG. 19 is a sectional view taken along a longitudinal axis of the power tool of FIG. 1 illustrating a portion of the reduction gearset assembly in greater detail;

FIG. 20 is a front view of a portion of the first reduction carrier;

FIG. 21 is a sectional view taken along a longitudinal axis of the power tool of FIG. 1 illustrating a portion of the reduction gearset assembly in greater detail;

FIG. 22 is a rear view of a portion of the third reduction carrier;

4

FIG. 23 is an sectional view taken along the longitudinal axis of the power tool of FIG. 1 and illustrating the transmission assembly as positioned in the first speed ratio;

FIG. 24 is a sectional view similar to that of FIG. 23 but illustrating the transmission assembly as positioned in the second speed ratio;

FIG. 25 is a sectional view similar to that of FIG. 23 but illustrating the transmission assembly as positioned in the third speed ratio;

FIG. 26 is a top view of a portion of the power tool of FIG. 1 illustrating the speed selector mechanism in greater detail;

FIG. 27a is a side view of the rotary selector cam;

FIG. 27b is a top view of the rotary selector cam;

FIG. 27c is a sectional view taken through along the central axis of the speed selector mechanism;

FIG. 28 is a rear view of the output spindle assembly;

FIG. 29 is an exploded perspective view of the clutch mechanism;

FIG. 29a is a perspective view of a portion of the clutch mechanism illustrating another configuration of the clutch member;

FIG. 29b is an exploded perspective view illustrating a multi-piece construction for the first ring gear and clutch member;

FIG. 30 is a schematic illustration of the adjustment structure in an "unwrapped" state;

FIG. 31 is a schematic illustration similar to that of FIG. 30 but showing an alternate construction of the adjustment profile; and

FIG. 32 is a schematic illustration similar to that of FIG. 30 but showing a portion of another alternate construction of the adjustment profile;

FIGS. 33 through 35 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a second transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 36 through 38 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a third transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 39 through 41 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a fourth transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 42 through 44 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a fifth transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 45 through 47 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a sixth transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 48 through 50 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a seventh transmission constructed in accordance with the teachings of the present disclosure;

FIGS. 51 through 53 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of an eighth transmission constructed in accordance with the teachings of the present disclosure; and

FIGS. 54 through 56 are sectional views similar to FIGS. 23 through 25, respectively, taken along the longitudinal axis of a ninth transmission constructed in accordance with the teachings of the present disclosure.

US 7,223,195 B2

5

DETAILED DESCRIPTION

Overview

With reference to FIGS. 1 and 2 of the drawings, a power tool constructed in accordance with the teachings of the present disclosure is generally indicated by reference numeral 10. As those skilled in the art will appreciate, the preferred embodiment of the present disclosure may be either a cord or cordless (battery operated) device, such as a portable screwdriver or drill (e.g., drill, hammer drill). In the particular embodiment illustrated, power tool 10 may be a cordless drill having a housing 12, a motor assembly 14, a multi-speed transmission assembly 16, a clutch mechanism 18, an output spindle assembly 20, a chuck 22, a trigger assembly 24 and a battery pack 26. Those skilled in the art will understand that several of the components of power tool 10, such as the chuck 22, the trigger assembly 24 and the battery pack 26, can be conventional in nature and need not be described in significant detail in this application. Reference may be made to a variety of publications for a more complete understanding of the operation of the conventional features of power tool 10. One example of such publications is commonly assigned U.S. Pat. No. 5,897,454 issued Apr. 27, 1999, the disclosure of which is hereby incorporated by reference as if fully set forth herein.

Housing 12 can include an end cap assembly 30 and a handle shell assembly 32 that can include a pair of mating handle shells 34. Handle shell assembly 32 can include a handle portion 36 and a drive train or body portion 38. Trigger assembly 24 and battery pack 26 can be mechanically coupled to handle portion 36 and can be electrically coupled to motor assembly 14. Body portion 38 can include a motor cavity 40 and a transmission cavity 42. Motor assembly 14 may be housed in motor cavity 40 and can include a rotatable output shaft 44, which can extend into transmission cavity 42. A motor pinion 46 having a plurality of gear teeth 48 may be coupled for rotation with output shaft 44. Trigger assembly 24 and battery pack 26 cooperate to selectively provide electric power to motor assembly 14 in a manner that is generally well known in the art so as to control the speed and direction with which output shaft 44 rotates.

Transmission assembly 16 may be housed in transmission cavity 42 and can include a speed selector mechanism 60. Motor pinion 46 can couple transmission assembly 16 to output shaft 44, transmitting a relatively high speed, low torque drive input to transmission assembly 16. Transmission assembly 16 can include a plurality of reduction elements that can be selectively engaged by speed selector mechanism 60 to provide a plurality of speed ratios. Each of the speed ratios can multiply the speed and torque of the drive input in a predetermined manner, permitting the output speed and torque of the transmission assembly 16 to be varied in a desired manner between a relatively low speed, high torque output and a relatively high speed, low torque output. The transmission output may be transmitted to the output spindle assembly 20, to which the chuck 22 may be coupled for rotation, to permit torque to be transmitted to a tool bit (not shown). The clutch mechanism 18 may be coupled to transmission assembly 16 and may be operable for limiting the magnitude of the torque associated with the drive input to a predetermined, selectable torque limit.

Functional Overmold

With specific reference to FIGS. 2 through 9, end cap assembly 30 may include an end cap shell 100 and an overmold member 102. In the example provided, the end cap

6

shell 100 may be injection molded from a plastic material, such as ABS. The end cap shell 100 defines an end cap cavity 104 that may be sized to receive the portion of the motor assembly 14 that extends rearwardly of the handle shell assembly 32. A plurality of first and second radial tab apertures 108 and 110 and the abutting face 128 can be formed into the forward face 114 of the end cap shell 100 and a plurality of screw bosses 116 can be formed into the perimeter of the end cap shell 100. Each of the first and second radial tab apertures 108 and 110 may be sized to receive one of the first radial tabs 120 and second radial tabs 122, respectively, that can be formed into the rearward face 124 of the handle shells 34. The first and second radial tab apertures 108 and 110 can cooperate with the first and second radial tabs 122 to align the end cap shell 100 to the handle shell assembly 32, as well as to inhibit relative rotation therebetween. An arcuate portion 128 of the forward face 114 of the end cap shell 100 may be angled to match the abutting face 132 of the rearward face 124 of the handle shells 34. The screw bosses 116 can be employed to fixedly couple the end cap shell 100 to the motor cover 136 via a plurality of screws 138. The geometry of the motor cover 136 may be such that it is constrained to the handle shells 34. As such, fastening of the end cap shell 100 to the motor cover 136 can fixedly retain the end cap shell 100 against the rearward face 124 of the handle shell assembly 32, as well as to close off the rear handle aperture 139 in the handle shell assembly 32.

A plurality of side apertures 140 can be formed into the sides of the end cap shell 100 to permit air to flow through the handle shell assembly 32 and cool the motor assembly 14 in a manner that is well known in the art. A plurality of rear apertures 144 can be formed into the rear of the end cap shell 100, with each of the rear apertures 144 including a recessed portion 146, which can extend partially into the outer surface 148 of the end cap shell 100, and a through-portion 150 that can extend completely through the end cap shell 100. A pair of retaining tabs 152 can be formed to extend from the interior surface 154 of the end cap shell 100 inwardly into the end cap cavity 104. A channel 156 may be formed into the interior surface 154 of the end cap shell 100 and can intersect each of the rear apertures 144 and the retaining tabs 152.

The overmold member 102 may be formed from a resilient material, such as thermoplastic elastomer (e.g., HYTREL® manufactured by E.I. du Pont de Nemours and Company) and may be simultaneously formed and coupled to the end cap shell 100 in an injection molding operation. In the particular example provided, the overmold member 102 can include a plurality of bumper members 170, a pair of isolators 172 and a linking member 174. Each of the bumper members 170 can extend from a point roughly coincident with the interior surface 154 of the end cap shell 100 to a point rearwardly of the outer surface 148 of the end cap shell 100 by about 0.5 mm to about 1.5 mm and preferably about 0.75 mm. Construction in this manner permits the bumper members 170 to provide a degree of shock absorption which reduces the likelihood of damaging the end cap shell 100 in the event that the tool 10 is dropped. Furthermore, it is sometimes necessary for an operator to apply a relatively high force to the tool 10, as when employing a hole saw to drill large diameter holes. In such situations, the operator is inclined to press onto the rear of the tool 10 to apply a force that is in-line with the axis of the chuck 22. In such situations, the bumper members 170 provide the operator with a relatively soft and comfortable

7

surface which tends to resist slipping as well as attenuate the vibrations that can be transmitted to the operator.

The isolators **172** can be formed about the retaining tabs **152** on the interior surface **154** of the end cap shell **100**. In the example provided, each of the isolators **172** can include an annular member **180** that extends forwardly of the interior surface **154** of the end cap shell **100**. Construction in this manner permits the end cap shell **100** to engage the isolators **172** to the outer diameter **14**a and the rear surface **14**b of the motor housing **14**c to fixedly retain the motor **14**d within the motor cover **136**. This can prevent the components of the motor assembly **14** from moving along the longitudinal axis of the tool **10**, as well as dampen vibrations that can be created during the operation of the motor assembly **14**. The linking member **174** may be fixedly coupled to each of the bumper members **170** and the isolators **172**. The linking member **174** can provide a flow path through which the resilient material flows during the formation of the bumper members **170** and the isolators **172**. The linking member **174** can also interconnect the bumper members **170** and the isolators **172**, thereby rendering their removal from the end cap shell **100** more difficult.

Those skilled in the art will appreciate that this aspect of the present disclosure may be incorporated into various other positions within the handle assembly **32** for sealing between two or more components, dampening vibrations or positioning one component relative to another. One such example is illustrated in FIGS. **10** and **11** where the isolators **172** can be modified to extend around the perimeter of a portion of the end cap cavity **104** and sealingly contact the rear surface **14**b of the motor **14**d. The isolators **172** seal the interface between the end cap shell **100** and the motor assembly **14**, while the bumper members **170** seal the rear apertures **144** in the end cap shell **100**. The space **188** defined by the isolators **172** can be filled with grease or another suitable lubricant, which lubricates a motor armature bearing **190**.

Transmission Assembly

With reference to FIG. **12**, the transmission assembly **16** may be a three-stage, three-speed transmission that may include a transmission sleeve **200**, a reduction gearset assembly **202** and the speed selector mechanism **60**. With additional reference to FIGS. **13** through **17**, the transmission sleeve **200** may include a wall member **210** that can define a generally transmission bore or hollow cavity **212** into which the reduction gearset assembly **202** may be disposed. The transmission sleeve **200** can include a body **214** and a base **216**. The body **214** of the transmission sleeve **200** may be fairly uniform in diameter and can be generally smaller in diameter than the base **216**. The inside diameter of the base **216** may be sized to receive the cylindrical nose portion **220** of the motor cover **136**.

A plurality of raised lands **226** can be formed into the base **216**. The raised lands **226** can define a plurality of first grooves **228** in the outer surface **230** of the base **216** and a plurality of second grooves **232** in the inner surface **234** of the base **216**. The first grooves **228** can be configured to receive the alignment ribs **238** that can be formed into the inner surface **242** of the handle shells **34** to align the transmission sleeve **200** to the handle shells **34** and inhibit relative rotation between the transmission sleeve **200** and the housing **12**. The first grooves **228** and alignment ribs **238** can be configured in a manner that the transmission sleeve **200** can only be assembled to the handle shells **34** in one orientation (i.e., the configuration of the first grooves **228** and alignment ribs **238** prevents the transmission sleeve **200**

8

from being rotated 180° out of position relative to the handle shells **34**). The second grooves **232** will be discussed in greater detail, below.

The body **214** of the transmission sleeve **200** may include a cylindrical body portion **246** and a pin housing portion **248**. In the particular embodiment illustrated, the cylindrical body portion **246** can include a selector cam guide **250**, a plurality of lubricant grooves **252** and first and second sets of ring engagement teeth **254** and **256**, respectively. The selector cam guide **250** may be generally rectangular in cross section, extending outwardly from the top of the outer surface **258** of the body portion **246**. The lubricant grooves **252** can be formed concentrically around the upper half of the perimeter of the body portion **246**. The lubricant grooves **252** have a depth of about 0.01 inch to about 0.030 inch to hold a lubricant, such as grease, on the upper half of the perimeter of the body portion **246**. The operation of the selector cam guide **250** and the lubricant grooves **252** will be discussed in detail, below.

A raised bead **264** can segregate the interior of the body portion **246** into first and second housing portions **260** and **262**, respectively. The first set of ring engagement teeth **254** can be formed onto the inner surface **266** of the body portion **246** and can extend rearwardly from the raised bead **264** toward the base **216**. The second set of ring engagement teeth **256** can be also formed into the inner surface of the body portion **246** and can extend forwardly from the raised bead **264**. The teeth **268** of the first and second sets of ring engagement teeth **254** and **256** can be uniformly spaced around the inner surface **266** of the body portion **246**. The configuration of each tooth **268** in the first and second sets of ring engagement teeth **254** and **256** can be similar in that each tooth can extend from the raised bead **264**, can have a pair of parallel engagement surfaces **270** and can terminate at a tip portion **272**. The tip portion **272** of each tooth **268** may be both rounded and tapered to enhance the ability with which it will mesh with a portion of the reduction gearset assembly **202** as will be described in detail, below.

The pin housing portion **248** can extend downwardly from the body portion **246** over a portion of the length of the body portion **246**. An actuator aperture **274** may be formed into the pin housing portion **248** and can extend rearwardly through the base **216** of the transmission sleeve **200**. In the particular embodiment illustrated, the actuator aperture **274** may be stepped, having a first portion **276** with a first diameter at the rear of the transmission sleeve **200** and a second portion **278** with a smaller second diameter at the front of the transmission sleeve **200**. In the example shown, the first portion **276** of the actuator aperture **274** breaks through the wall of the first housing portion **260** and forms a groove **280** into the inner surface **234** of the base **216**. The pin housing portion **248** will be discussed in further detail, below.

A pair of first clip slots **284** and a pair of second clip slots **286** can be formed into the transmission sleeve **200**, extending along the sides of the transmission sleeve **200** in a manner that may be parallel the longitudinal axis of the transmission sleeve **200**. The first pair of clip slots **284** may be formed through the sides of the body portion **246** rearwardly of the raised bead **264** and extends rearwardly toward the base **216**. The depth of the first pair of clip slots **284** may be such that they do not extend through the portion of the wall member **210** that defines the base **216**. The second pair of clip slots **286** can be also formed through the sides of the body portion **246** beginning forwardly of the raised bead **264** and extending through the front face **288** of the transmission sleeve **200**.

US 7,223,195 B2

9                                                                              10

With reference to FIGS. **12**, **13**, **18** and **23**, the reduction gearset assembly **202** may include a first reduction gear set **302**, a second reduction gear set **304** and a third reduction gear set **306**. The first, second and third reduction gear sets **302**, **304** and **306** can be operable in an active mode and in the particular example provided, the second and third reduction gear sets **304** and **306** may also be operable in an inactive mode. Operation in the active mode causes the reduction gear set to perform a speed reduction and torque multiplication operation, while operation of the reduction gear set in an inactive mode for causes the reduction gear set to provide an output having a speed and torque that may be about equal to the speed and torque of the rotary input provided to that reduction gear set. In the particular embodiment illustrated, each of the first, second and third reduction gear sets **302**, **304** and **306** can be planetary gear sets. Those skilled in the art will understand, however, that various other types of reduction gear sets that can be well known in the art may be substituted for one or more of the reduction gear sets forming the reduction gearset assembly **202**.

As shown, the first reduction gear set **302** may include a first reduction element or ring gear **310**, a first set of planet gears **312** and a first planet or reduction carrier **314**. The first ring gear **310** may be an annular structure, having a plurality of gear teeth **310**a formed along its interior diameter. A clutch face **316** may be formed into the outer perimeter of the front face **318** of the first ring gear **310** and will be discussed in greater detail, below. The first ring gear **310** may be disposed within the portion of the hollow cavity **212** defined by the base **216**; the front face **318** of the first ring gear **310** contacts a step **320** formed into the transmission sleeve **200**, thereby limiting the ability of the first ring gear **310** to move forwardly into the hollow cavity **212**.

The first reduction carrier **314** may be formed in the shape of a flat cylinder, having plurality of pins **322** that extend from its rearward face **324**. A plurality of gear teeth **314**a can be formed into almost the entire outer perimeter of the first reduction carrier **314**, with a valley **314**b being formed between each pair of adjacent gear teeth **314**a. Due to the spacing of the gear teeth **314**a, one of the valleys (i.e., valley **314**b′) is relatively larger than the remaining valleys **314**b due to the omission of a tooth **314**a in the outer perimeter of the first reduction carrier **314**. In the particular embodiment illustrated, the gear teeth **314**a of the first reduction carrier **314** can be configured so as not to be meshingly engagable with the gear teeth **310**a of the first ring gear **310**.

With specific reference to FIGS. **19** and **20**, the profile of the gear teeth **314**a is illustrated in greater detail. As shown, each gear tooth **314**a terminates at a gradual radius **326** at the forward face **328** of the first reduction carrier **314** but terminates abruptly at the rearward face **324** of the first reduction carrier **314**. A radius **330** is also formed on the valleys **314**b between the gear teeth **314**a.

Returning to FIGS. **12**, **13**, **15**, **18** and **23**, a first thrust washer **332** having a first annular portion **334**, a second annular portion **336** and a plurality retaining tabs **338** may be positioned rearwardly of the first reduction gear set **302**. The retaining tabs **338** engage the second grooves **232** in the base **216** of the transmission sleeve **200** and as such, relative rotation between the first thrust washer **332** and the transmission sleeve **200** may be inhibited. The inside diameter of the base **216** may be sized to receive the motor cover **136** and as such, the front face **340** of the motor cover **136** inhibits the axial movement of the first thrust washer **332**. The first annular portion **334** contacts the rear face **342** of the first ring gear **310**, providing a wear surface and controlling the amount by which the first ring gear **310** is able to move

in an axial direction. The second annular portion **336** may be spaced axially apart from the first annular portion **334**, extending forwardly of the first annular portion **334** to provide a wear surface for the first set of planet gears **312** that also controls the amount by which they can move in an axial direction.

The first set of planet gears **312** may include a plurality of planet gears **344**, each of which being generally cylindrical in shape, having a plurality of gear teeth **344**a formed into its outer perimeter and a pin aperture **346** formed its their center. Each planet gear **344** may be rotatably supported on an associated one of the pins **322** and the first reduction carrier **314** and may be positioned such that its teeth **344**a meshingly engage the teeth **314**a of the first ring gear **310**. A raised portion **348** may be formed into the front and rear face **350** and **352** of each planet gear **344** that inhibits the teeth **344**a from rubbing on the first reduction carrier **314** and the first thrust washer **332** and creating dust or chips that would impair the performance of the transmission assembly **16** and reduce its operating life. As the teeth **46**a of the motor pinion **46** on the output shaft **44** can be also meshingly engaged with the teeth **344**a of the planet gears **344**, the motor pinion **46** serves as a sun gear for the first reduction gear set **302**.

The second reduction gear set **304** may be disposed within the portion of the hollow cavity **212** defined by the first housing portion **260** and may include a second sun gear **358**, a second reduction element or ring gear **360**, a second set of planet gears **362** and a second planet or reduction carrier **364**. The second sun gear **358** may be fixed for rotation with the first reduction carrier **314**. The second sun gear **358** can include a plurality of gear teeth **358**a that extend forwardly of the forward face **328** of the first reduction carrier **314**.

The second ring gear **360** may be an annular structure, having a plurality of gear teeth **360**a formed along its interior diameter. The gear teeth **360**a may be heavily chamfered at the rear face **366** of the second ring gear **360** but terminate abruptly at the front face **368**. More preferably, a heavy radius **369** may be formed onto the rear face **366** and the sides of each of the gear teeth **360**a, with the heavy radius **369** being employed rather than the heavy chamfer as the heavy radius **369** on the gear teeth **360**a provides for better engagement between the second ring gear **360** and the first reduction carrier **314**.

A plurality of sleeve engagement teeth **370** can be formed into the outer perimeter of the second ring gear **360**; the sleeve engagement teeth **370** extend forwardly toward the front face **368** of the second ring gear **360** and terminate at a tip portion **372** that may be rounded and tapers forwardly and inwardly. An annular clip groove **374** may also formed into the outer perimeter of the second ring gear **360**. In the example illustrated, the clip groove **374** may be a rectangular slot having a pair of sidewalls **376**. The clip groove **374** will be discussed in greater detail, below.

The second reduction carrier **364** may be formed in the shape of a flat cylinder, having plurality of pins **378** that extend from its rearward face **380**. The second set of planet gears **362** may include a plurality of planet gears **382**. Each planet gear **382** may be generally cylindrical in shape, having a plurality of gear teeth **382**a formed into its outer perimeter and a pin aperture **384** formed its center. Each planet gear **382** may be rotatably supported on an associated one of the pins **378** and the second reduction carrier **364** may be positioned such that the gear teeth **382**a of the planet gears **382** meshingly engage the gear teeth **360**a of the second ring gear **360**. The gear teeth **358**a of the second sun

11

gear **358** can be also meshingly engaged with the gear teeth **382***a* of the planet gears **382**.

The third reduction gear set **306** may be disposed within the portion of the hollow cavity **212** defined by the second housing portion **262** and may include a third sun gear **398**, a third reduction element or ring gear **400**, a third set of planet gears **402** and a third planet or reduction carrier **404**. The third sun gear **398** may be fixed for rotation with the second reduction carrier **364**. The third sun gear **398** can include a plurality of gear teeth **398***a* that extend forwardly of the front face **406** of the second reduction carrier **364**.

The third ring gear **400** may be an annular structure, having a plurality of gear teeth **400***a* formed along its interior diameter. The gear teeth **400***a* may be heavily chamfered at the front face **412** of the third ring gear **400**, but terminate abruptly at the rear face **414**. More preferably, a heavy radius **407** may be formed onto the front face **412** and the sides of each of the gear teeth **400***a*, with the heavy radius **407** being employed rather than the heavy chamfer as the heavy radius **407** on the gear teeth **400***a* provides for better engagement between the third ring gear **400** and the third reduction carrier **404**. A plurality of sleeve engagement teeth **418** can be formed into the outer perimeter of the third ring gear **400**; the sleeve engagement teeth **418** extend rearward toward the rear face **414** of the third ring gear **400** and terminate at a tip portion **420** that may be rounded and taper both rearwardly and inwardly. An annular clip groove **422** may also be formed into the outer perimeter of the third ring gear **400**. In the example illustrated, the clip groove **422** may be a rectangular slot having a pair of sidewalls **424**. The clip groove **422** will be discussed in greater detail, below.

The third reduction carrier **404** may be formed in the shape of a flat cylinder, having plurality of pins **428** that extend from its rearward face **430**. A plurality of gear teeth **404***a* can be formed into almost the entire outer perimeter of the third reduction carrier **404**, with a valley **404***b* being formed between each pair of adjacent teeth **404***a*. Due to the spacing of the teeth **404***a*, one of the valleys **404***b* (i.e., valley **404***b′*) is relatively larger than the remaining valleys **404***b* due to the omission of a tooth **404***a* in the outer perimeter of the third reduction carrier **404**. In the particular embodiment illustrated, the gear teeth **404***a* of the third reduction carrier **404** can be configured so as not to be meshingly engagable with the gear teeth **382***a* of the second planet gears **382**.

With brief additional reference to FIGS. **21** and **22**, the profile of the gear teeth **404***a* is illustrated in greater detail. As shown, the rear face **430** of the third reduction carrier **404** may be chamfered and a heavy radius **434** may be formed into each of sides of the teeth **404***a* and valleys **404***b*. Each gear tooth **404***a* terminates abruptly at the forward face **436** of the third reduction carrier **404**.

Returning back to FIGS. **12**, **13**, **15**, **18** and **23**, the third set of planet gears **402** may include a plurality of planet gears **438**. Each planet gear **438** may be generally cylindrical in shape, having a plurality of gear teeth **438***a* formed into its outer perimeter and a pin aperture **440** formed through its center. Each planet gear **438** may be rotatably supported on an associated one of the pins **428** and the third reduction carrier **404** may be positioned such that the gear teeth **438***a* of the planet gears **438** meshingly engage the gear teeth **400***a* of the third ring gear **400**. A raised portion **442** may be formed into each of the front and rear faces of the planet gears **438** which inhibits the gear teeth **438***a* from rubbing on the third reduction carrier **404** and creating dust or chips that would impair the performance of the transmission assembly **12** and reduce its operating life. A second thrust washer **450**

12

may be disposed around the third sun gear **398** and the teeth **398***a* of the third sun gear **398** can be meshingly engaged with the gear teeth **438***a* of the planet gears **438**. The second thrust washer **450** may include a plurality of retaining tabs **452** that can be configured to engage corresponding tab grooves **454** (FIG. **13**) that can be formed in the inner surface **266** of body portion **246** of the transmission sleeve **200**. The retaining tabs **452** and the tab grooves **454** cooperate to inhibit relative rotation between the second thrust washer **450** and the transmission sleeve **200**.

The output spindle **20** may include a transmitting means **458** for coupling a spindle **460** for rotation with the third reduction carrier **404** so as to transmit drive torque from the reduction gearset assembly **202** to the chuck **22**. Such transmitting means **458** are well known in the art and easily adapted to the transmission assembly of the present disclosure. Accordingly, a detailed discussion of the transmitting means **458** need not be included herein.

With reference to FIGS. **13**, **13***a*, **13***b*, **16**, **17**, **18** and **23** through **28**, the speed selector mechanism **60** may be movable between a first position **500**, a second position **502** and a third position **504** and can include a switch portion **510** for receiving a speed change input and an actuator portion **512** for manipulating the reduction gearset assembly **202** in accordance with the speed change input. The actuator portion **512** may be operatively coupled to the reduction gearset assembly **202** and moves the second and third reduction gear sets **304** and **306** between the active and inactive modes in response to movement of the switch portion **510** between the first, second and third positions **500**, **502** and **504**. In the particular embodiment illustrated, the actuator portion **512** can include a rotary selector cam **520**, a plurality of wire clips **522** and a spring member **523**. Each of the wire clips **522** may be formed from a round wire which may be bent in the shape of a semi-circle **524** with a pair of tabs **526** extending outwardly from the semi-circle **524** and positioned on about the centerline of the semi-circle **524**. The semi-circle **524** may be sized to fit within the clip grooves **374** and **422** in the second and third ring gears **360** and **400**, respectively. In this regard, the semi-circle **524** neither extends radially outwardly of an associated one of the ring gears (**360**, **400**), nor binds against the sidewalls (**376**, **424**) of the clip grooves (**374**, **422**). In the example provided, the sidewalls (**376**, **424**) of the clip grooves (**374**, **422**) are spaced apart about 0.05 inch and the diameter of the wire forming the wire clips **522** may be about 0.04 inch.

The tabs **526** of the wire clips **522** extend outwardly of the hollow cavity **212** into an associated one of the clip slots (**284**, **286**) that may be formed into the transmission sleeve **200**. The tabs **526** can be long enough so that they extend outwardly of the outer surface **258** of the body **214** of the transmission sleeve **200**, but not so far as to extend radially outwardly of the portion of the first clip slots **284** in the base **216** of the transmission sleeve **200**. Configuration of the wire clips **522** in this manner facilitates the assembly of the transmission assembly **16**, permitting the wire clips **522** to be installed to the second and third ring gears **360** and **400**, after which these assemblies can be inserted into the hollow cavity **212** along the longitudinal axis of the transmission sleeve **200**.

With specific reference to FIGS. **13** and **27***a* through **27***c*, the rotary selector cam **520** may include an arcuate selector body **530**, a switch tab **532** and a plurality of spacing members **534**. A pair of first cam slots **540***a* and **540***b*, a pair of second cam slots **544***a* and **544***b*, a spring aperture **546** and a guide aperture **548** can be formed through the selector body **530**. The selector body **530** may be sized to engage the

US 7,223,195 B2

13

outside diameter of the body portion **246** of the transmission sleeve **200** in a slip-fit manner. The guide aperture **548** may be generally rectangular in shape and sized to engage the front and rear surfaces of the selector cam guide **250**. The guide aperture **548** may be considerably wider than the width of the selector cam guide **250**, being sized in this manner to permit the rotary selector cam **520** to be rotated on the transmission sleeve **200** between a first rotational position, a second rotational position and a third rotational position. The selector cam guide **250** and cooperates with the guide aperture **548** to limit the amount by which the rotary selector cam **520** can be rotated on the transmission sleeve **200**, with a first lateral side of the selector cam guide **250** contacting a first lateral side of the guide aperture **548** when the rotary selector cam **520** is positioned in the first rotational position, and a second lateral side of the selector cam guide **250** contacting a second lateral side of the guide aperture **548** when the rotary selector cam **520** is positioned in the third rotational position.

Each of the first cam slots **540***a* and **540***b* may be sized to receive one of the tabs **526** of the wire clip **522** that is engaged to the second ring gear **360**. In the particular embodiment illustrated, first cam slot **540***a* can include a first segment **550**, a second segment **552** and an intermediate segment **554**. The first segment **550** may be located a first predetermined distance away from a reference plane **558** that may be perpendicular to the longitudinal axis of the rotary selector cam **520** and the second segment **552** may be located a second distance away from the reference plane **558**. The intermediate segment **554** couples the first and second segments **550** and **552** to one another. The configuration of first cam slot **540***b* is identical to that of first cam slot **540***a*, except that it is rotated relative to the rotary selector cam **520** such that each of the first, second and intermediate segments **550**, **552** and **554** in the first cam slot **540***b* can be located 180° apart from the first, second and intermediate segments **550**, **552** and **554** in the first cam slot **540***a*.

Each of the second cam slots **544***a* and **544***b* may be sized to receive one of the tabs **526** of a corresponding one of the wire clips **522**. In the particular embodiment illustrated, second cam slot **544***a* can include a first segment **560**, a second segment **562**, a third segment **564** and a pair of intermediate segments **566** and **568**. The first and third segments **560** and **564** can be located a third predetermined distance away from the reference plane and the second segment **562** may be located a fourth distance away from the reference plane **558**. The intermediate segment **566***a* couples the first and second segments **560** and **562** to one another and the intermediate segment **568** couples the second and third segments **562** and **566** together. The configuration of second cam slot **544***b* is identical to that of second cam slot **544***a*, except that it is rotated relative to the rotary selector cam **520** such that each of the first, second, third and intermediate segments **560**, **562**, **564** and **566** and **568** in the second cam slot **544***b* can be located 180° apart from the first, second, third and intermediate segments **560**, **562**, **564** and **568** in the second cam slot **544***a*.

With the tabs **526** of the wire clips **522** engaged to the first cam slots **540***a* and **540***b* and the second cam slots **544***a* and **544***b*, the rotary selector cam **520** may be rotated on the transmission sleeve **200** between the first, second and third positions **500**, **502** and **504** to selectively engage and disengage the second and third ring gears **360** and **400** from the first and third reduction carriers **314** and **404**, respectively. During the rotation of the rotary selector cam **520**, the first cam slots **540***a* and **540***b* and the second cam slots **544***a* and

14

**544***b* confine the wire tabs **526** of their associated wire clip **522** and cause the wire tabs **526** to travel along the longitudinal axis of the transmission sleeve **200** in an associated one of the first and second clip slots **284** and **286**. Accordingly, the rotary selector cam **520** may be operative for converting a rotational input to an axial output that causes the wire clips **522** to move axially in a predetermined manner. A lubricant (not specifically shown) may be applied to the lubricant grooves **252** formed into body portion **246** of the transmission sleeve **200** may be employed to lubricate the interface between the transmission sleeve **200** and the rotary selector cam **520**.

Positioning the rotary selector cam **520** in the first rotational position **500** causes the tabs **526** of the wire clip **522** that is engaged to the second ring gear **360** to be positioned in the first segment **550** of the first cam slots **540***a* and **540***b* and the tabs **526** of the wire clip **522** that is engaged to the third ring gear **400** to be positioned in the first segment **560** of the second cam slots **544***a* and **544***b*. Accordingly, positioning of the rotary selector cam **520** in the first rotational position causes the second and third ring gears **360** and **400** to be positioned in meshing engagement with the second and third planet gears **362** and **402**, respectively. Simultaneously with the meshing engagement of the second and third ring gears **360** and **400** with the second and third planet gears **362** and **402**, the sleeve engagement teeth **370** and **418** of the second and third ring gears **360** and **400**, respectively, can be positioned in meshing engagement with the first and second sets of ring engagement teeth **254** and **256**, respectively, to inhibit relative rotation between the second and third ring gears **360** and **400** and the transmission sleeve **200** to thereby providing the transmission assembly **16** with a first overall gear reduction or speed ratio **570** as shown in FIG. **23**. Those skilled in the art will understand that the tip portion **272** of the teeth **268** of the first and second sets of ring engagement teeth **254** and **256** and the tip portions **372** and **420** of the sleeve engagement teeth **370** and **418**, respectively, can be rounded and tapered so as to improve their capability for meshing engagement in response to axial repositioning along a longitudinal axis of the transmission assembly **16**.

Positioning the rotary selector cam **520** in the second rotational position **502** causes the tabs **526** of the wire clip **522** that is engaged to the second ring gear **360** to be positioned in the first segment **550** of the first cam slots **540***a* and **540***b* and the tabs **526** of the wire clip **522** that is engaged to the third ring gear **400** to be positioned in the second segment **562** of the second cam slots **544***a* and **544***b*. Accordingly, positioning of the rotary selector cam **520** in second rotational position causes the second ring gear **360** to be in meshing engagement with the second planet gears **362** and the third ring gear **400** in meshing engagement with both the third planet gears **402** and the third reduction carrier **404**. Positioning of the rotary selector cam **520** in the second rotational position **502** also positions the sleeve engagement teeth **370** of the second ring gear **360** in meshing engagement with the first set of ring engagement teeth **254** while the sleeve engagement teeth **418** of the third ring gear **400** can be not meshingly engaged with the second set of ring engagement teeth **256**. As such, relative rotation between the second ring gear **360** and the transmission sleeve **200** is inhibited, while relative rotation between the third ring gear **400** and the transmission sleeve **200** is permitted to thereby provide the transmission assembly **16** with a second overall gear reduction or speed ratio **572** as illustrated in FIG. **24**.

Positioning the rotary selector cam **520** in the third rotational position **504** causes the tabs **526** of the wire clip

US 7,223,195 B2

15

522 that is engaged to the second ring gear 360 to be positioned in the second segment 552 of the first cam slots 540a and 540b and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the third segment 564 of the second cam slots 544a and 544b. Accordingly, positioning of the rotary selector cam 520 in the third rotational position causes the second ring gear 360 to be in meshing engagement with both the second planet gears 362 and the first reduction carrier 314 while the third ring gear 400 in meshing engagement with only the third planet gears 402. Positioning the rotary selector cam 520 in the third rotation position 504 also positions the sleeve engagement teeth 370 on the second ring gear 360 out of meshing engagement with the first set of ring engagement teeth 254 and the sleeve engagement teeth 418 on the third ring gear 400 in meshing engagement with the second sets of ring engagement teeth 256 to inhibit relative rotation between the second ring gear 360 and the transmission sleeve 200 and permit relative rotation between the third ring gear 400 and the transmission sleeve 200 to provide the transmission assembly 16 with a third overall gear reduction or speed ratio 574.

In the example shown in FIGS. 13, 27b and 28, the spring member 523 may be formed from a flat rectangular piece of spring steel and can include a flattened Z-shaped portion 580 and a raised portion 584. The flattened Z-shaped portion 580 may be configured to wrap around two reinforcement bars 586 that extend into the spring aperture 546, thereby permitting the raised portion 584 to be maintained at a predetermined position and also to transmit a spring force between the rotary selector cam 520 and the spring member 523. With additional reference to FIG. 28, the raised portion 584 of the spring member 523 may be sized to engage internal notches 590 formed in the housing 592 of the output spindle assembly 20. Lands 594 that can be circumferentially spaced from the rotary selector cam 520 can be formed between the notches 590. When the output spindle assembly 20 is positioned over the transmission assembly 16 and the speed selector mechanism 60 is positioned in one of the first, second and third rotational positions 500, 502 and 504, the raised portion 584 of the spring member 523 engages an associated one of the notches 590. The force that is generated by the spring member 523 when the raised portion 584 is moved downwardly toward the rotary selector cam 520 in response to contact between the raised portion 584 and the land 594 acts to inhibit unintended rotation of the speed selector mechanism 60. Furthermore, placement of the raised portion 584 in a notch 590 provides the user with a tactile indication of the positioning of the rotary selector cam 520.

In the particular embodiment illustrated in FIGS. 13 and 27c, switch portion 510 may include an arcuate band 600 having a raised hollow and rectangular selector button 602 formed therein. The arcuate band 600 may be formed from a plastic material and may be configured to conform to the outer diameter of the rotary selector cam 520. The open end of the selector button 602 may be configured to receive the switch tab 532, thereby permitting the switch portion 510 and the rotary selector cam 520 to be coupled to one another in a fastenerless manner. The plurality of spacing members 534 can be raised portions formed into the rotary selector cam 520 that can be concentric to and extend radially outwardly from the selector body 530. The spacing members 534 elevate the arcuate band 600 to prevent the wire tabs 526 in the first cam slots 540a and 540b. The spacing members 534 may also be employed

16

to selectively strengthen areas of the rotary selector cam 520, such as in the areas adjacent the first cam slots 540a and 540b.

Those skilled in the art will understand that the rotary selector cam 520 (i.e., the first cam slots 540a and 540b and the second cam slots 544a and 544b) could be configured somewhat differently so as to cause the second ring gear 360 meshingly engages both the second planet gears 362 and the first reduction carrier 314 while the third ring gear 400 meshingly engages both the third planet gears 402 and the third reduction carrier 404 to thereby providing the transmission assembly 16 with a fourth overall gear reduction or speed ratio.

Those skilled in the art will also understand that selector mechanisms of other configurations may be substituted for the selector mechanism 60 illustrated herein. These selector mechanisms may include actuators that can be actuated via rotary or sliding motion and may include linkages, cams or other devices that are well known in the art to slide the second and third ring gears 360 and 400 relative to the transmission sleeve 200. Those skilled in the art will also understand that as the second and third ring gears 360 and 400 can be independently movable between the active and inactive modes (i.e., the placement of one of the second and third ring gears 360 and 400 does not dictate the positioning of the other one of the second and third ring gears 360 and 400), the switch mechanism 60 could also be configured to position the second and third ring gears 360 and 400 independently of one another.

Clutch Mechanism

In FIGS. 23, 26 and 28 through 30, the clutch mechanism 18 may include a clutch member 700, an engagement assembly 702 and an adjustment mechanism 704. The clutch member 700 may be an annular structure that may be fixed to the outer diameter of the first ring gear 310 and which extends radially outwardly therefrom. The clutch member 700 may include a clutch face 316 that may be formed into the front face 318 of the first ring gear 310. The outer diameter of the clutch member 700 may be sized to rotate within the portion of the hollow cavity 212 that is defined by the base 216 of the transmission sleeve 200. With specific brief reference to FIG. 29, the clutch face 316 of the example illustrated is shown to be defined by a plurality of peaks 710 and valleys 712 that can be arranged relative to one another to form a series of ramps that can be defined by an angle of about 18°. Those skilled in the art will understand, however, that other clutch face configurations may also be employed, such as a sinusoidally shaped clutch face 316' (FIG. 29a).

While the first ring gear 310 and the clutch member 700 have been illustrated as a one piece (i.e., unitarily formed) construction, those skilled in the art will understand that they may be constructed otherwise. One such embodiment is illustrated in FIG. 29b wherein the first ring gear 310' may include an annular collar 1000 and a plurality of tab apertures 1002. The annular collar 1000 may include a plurality of ramps 1004 that have dual sloping sides, but is otherwise flat. The first ring gear 310' is otherwise identical to the first ring gear 310. An annular damper 1008 abuts the annular collar 1000 and can include a plurality of tab members 1010 that engage the tab apertures 1002 in the first ring gear 310' to prevent the damper 1008 from rotating relative to the first ring gear 310'. The damper 1008 can include a body portion 1012 that may be configured to match the contour of the annular collar 1000 and as such, can include a plurality of mating ramped portions 1014 that can be configured to engage each of the ramps 1004. The damper 1008 may be

US 7,223,195 B2

17

formed from a suitable impact dampening material, such as acetyl. The clutch member **700′**, which may be an annular member that may be formed from a wear resistant material, such as hardened **8620** steel, may be disposed over the damper **1008**. Like the damper **1008**, the clutch member **700′** can include a plurality of tab members **1020**, which lock into the tab apertures **1002** to prevent rotation relative to the first ring gear **310′**, and a plurality of mating ramped portions **1022**. The mating ramped portions **1022** of the clutch member **700′**, however, matingly engage the mating ramped portions **1014** of the damper **1008**. While the construction in this manner is more expensive relative to the previously described embodiment, it is more tolerant of high impact forces that can be associated with the operation of the clutch mechanism **18**.

In the particular embodiment illustrated, the engagement assembly **702** can include a pin member **720**, a follower spring **722** and a follower **724**. The pin member **720** can include a cylindrical body portion **730** having an outer diameter that may be sized to slip-fit within the second portion **278** of the actuator aperture **274** that is formed into the pin housing portion **248** of the transmission sleeve **200**. The pin member **720** also can include a tip portion **732** and a head portion **734**. The tip portion **732** may be configured to engage the adjustment mechanism **704** and in the example shown, is formed into the end of the body portion **730** of the pin member **720** and defined by a spherical radius. The head portion **734** may be coupled to the end of the body portion **730** opposite the tip portion **732** and may be shaped in the form of a flat cylinder or barrel that is sized to slip fit within the first portion **276** of the actuator aperture **274**. Accordingly, the head portion **734** prevents the pin member **720** from being urged forwardly out of the actuator aperture **274**.

The follower spring **722** may be a compression spring whose outside diameter may be sized to slip fit within the first portion **276** of the actuator aperture **274**. The forward end of the follower spring **722** contacts the head portion **734** of the pin member **720**, while the opposite end of the follower spring **722** contacts the follower **724**. The end portion **740** of the follower **724** may be cylindrical in shape and sized to slip fit within the inside diameter of the follower spring **722**. In this regard, the end portion **740** of the follower acts as a spring follower to prevent the follower spring **722** from bending over when it is compressed. The follower **724** also can include a follower portion **744** having a cylindrically shaped body portion **746**, a tip portion **748** and a flange portion **750**. The body portion **746** may be sized to slip fit within the first portion **276** of the actuator aperture **274**. The tip portion **748** may be configured to engage the clutch face **316** and in the example shown, is formed into the end of the body portion **746** of the follower **724** and defined by a spherical radius. The flange portion **750** may be formed at the intersection between the body portion **746** and the end portion **740**. The flange portion **750** may be generally flat and configured to receive a biasing force that may be exerted by the follower spring **722**.

The adjustment mechanism **704** may also include an adjustment structure **760** and a setting collar **762**. The adjustment structure **760** may be shaped in the form of a generally hollow cylinder that may be sized to fit a housing portion **766** of the output spindle assembly **20**. The adjustment structure **760** can include an annular face **768** onto which an adjustment profile **770** may be formed. The adjustment profile **770** can include a first adjustment segment **772**, a last adjustment segment **774**, a plurality of intermediate adjustment segments **776** and a ramp section **778** between the first and last adjustment segments **772** and

18

**774**. In the embodiment illustrated, a second ramp section **779** is included between the last intermediate adjustment segment **776***z* and the last adjustment segment **774**. Also in the particular embodiment illustrated, the portion of the adjustment profile **770** from the first adjustment segment **772** through the last one of the intermediate adjustment segments **776***z* is formed as a ramp having a constant slope. Accordingly, a follower **780** that is coupled to the housing portion **766** of the output spindle assembly **20** may be biased radially outwardly toward the inside diameter of the adjustment structure **760** where it acts against the plurality of detents **782** that can be formed into the adjustment mechanism **704** (e.g., in the setting collar **762**). The follower **724** and plurality of detents **782** cooperate to provide the user of tool **10** with a tactile indication of the position of the adjustment profile **770** as well as inhibit the free rotation of the adjustment structure **760** so as to maintain the position of the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**.

The setting collar **762** may be coupled to the exterior of the adjustment structure **760** and may include a plurality of raised gripping surfaces **790** that permit the user of the tool **10** to comfortably rotate both the setting collar **762** and the adjustment structure **760** to set the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**. A setting indicator **792** may be employed to indicate the position of the adjustment profile **770** relative to the housing portion **766** of the output spindle assembly **20**. In the example provided, the setting indicator **792** can include an arrow **794** formed into the housing portion **766** of the output spindle assembly **20** and a scale **796** that is marked into the circumference of the setting collar **762**.

During the operation of the tool **10**, an initial drive torque is transmitted by the motor pinion **46** from the motor assembly **14** to the first set of planet gears **312** causing the first set of planet gears **312** to rotate. In response to the rotation of the first set of planet gears **312**, a first intermediate torque is applied against the first ring gear **310**. Resisting this torque is a clutch torque that is applied by the clutch mechanism **18**. The clutch torque inhibits the free rotation of the first ring gear **310**, causing the first intermediate torque to be applied to the first reduction carrier **314** and the remainder of the reduction gearset assembly **202** so as to multiply the first intermediate torque in a predetermined manner according to the setting of the switch mechanism **60**. In this regard, the clutch mechanism **18** biases the first reduction gear set **302** in the active mode.

The magnitude of the clutch torque is dictated by the adjustment mechanism **704**, and more specifically, the relative height of the adjustment segment **772**, **774** or **776** that is in contact with the tip portion **732** of the pin member **720**. Positioning of the adjustment mechanism **704** at a predetermined one of the adjustment segments **772**, **774** or **776** pushes the pin member **720** rearwardly in the actuator aperture **274**, thereby compressing the follower spring **722** and producing the a clutch force. The clutch force is transmitted to the flange portion **750** of the follower **724**, causing the tip portion **748** of the follower **724** to engage the clutch face **316** and generating the clutch torque. Positioning of the tip portion **748** of the follower **724** in one of the valleys **712** in the clutch face **316** operates to inhibit rotation of the first ring gear **310** relative to the transmission sleeve **200** when the magnitude of the clutch torque exceeds the first intermediate torque. When the first intermediate torque exceeds the clutch torque, however, the first ring gear **310** is permitted to rotate relative to the transmission sleeve **200**. Depending upon the configuration of the clutch face **316**, rotation of

19

the first ring gear **310** may cause the clutch force to increase a sufficient amount to resist further rotation. In such situations, the first ring gear **310** will rotate in an opposite direction when the magnitude of the first intermediate torque diminishes, permitting the tip portion **748** of the follower **724** to align in one of the valleys **712** in the clutch face **316**. If rotation of the first ring gear **310** does not cause the clutch force to increase sufficiently so as to fully resist rotation of the first ring gear **310**, the first reduction gearset **302** will rotate so as to limit the transmission of torque to the first reduction carrier **314**.

Configuration of the clutch mechanism **18** in this manner is highly advantageous in that the clutch torque is sized to resist the first intermediate torque, as opposed to the output torque of the tool **10** that is generated by the multi-reduction transmission assembly **16** and transmitted through the chuck **22**. In this regard, the clutch mechanism **18** may be sized in a relatively small manner, thereby improving the ability with which it may be incorporated or packaged into the tool **10**. Furthermore, as the speed or gear ratios can be changed after or down stream of the first ring gear **310**, the clutch mechanism **18** is operable over a relatively large span of output torques. In comparison with conventional clutch mechanisms that operate to limit the output torque of a transmission, these devices can be typically operable over a relatively narrow torque band, necessitating a change in their clutch spring if a considerable shift in the magnitude of the output torque is desired. In contrast, the clutch mechanism **18** of the present disclosure can accommodate a considerable shift in the magnitude of the output torque of the tool **10** by simply operating the transmission assembly **16** in a different (i.e., lower or higher) gear ratio.

In the operation of rotary power tools such as tool **10**, it is frequently desirable to change between two clutch settings, as when the tool **10** is used to both drill a hole and thereafter install a screw in that hole. Accordingly, the adjustment mechanism **704** may be rotated relative to the output spindle assembly **20** to position the adjustment mechanism **704** at a desired one of the adjustment segments **772**, **774** and **776** to perform the first operation and thereafter rotated to a second one of the adjustment segments **772**, **774** and **776** to perform the second operation. In contrast to the known clutch arrangements, the adjustment mechanism **704** of the present disclosure is configured such that the adjustment structure **760** and the setting collar **762** can be rotatable through an angle of 360°. Assuming the adjustment structure **760** to be positioned at an intermediate adjustment segment **776**x, rotation of the adjustment mechanism **704** through an angle of 360° would rotate the adjustment structure **760** past the other intermediate adjustment segments **776**, as well as the first and last adjustment segments **772** and **774** and the ramp section **778** such that the adjustment structure **760** would again be positioned at the intermediate adjustment segment **776**x. The feature is especially convenient when it is necessary to change the clutch setting between a relatively high clutch setting and a relatively low clutch setting. In this regard, the ramp section **778** permits the setting collar **762** (and adjustment structure **760**) to be rotated from highest clutch setting, corresponding to the last adjustment segment, to the lowest clutch setting, corresponding to the first clutch setting, without positioning the clutch mechanism **18** in one of the intermediate clutch settings. Accordingly, the user of the tool **10** is able to vary the clutch setting from its maximum setting to its minimum setting (and vice versa) by rotating the setting collar **762** a relatively small amount.

20

While the adjustment profile **770** has been described thus far as having a constant slope, those skilled in the art will appreciate that the disclosure, in its broader aspects, may be constructed somewhat differently. For example, the adjustment profile **770'** may be formed such that each of the first, last and intermediate adjustment segments **772'**, **774'** and **776'** is detented as illustrated in FIG. **31**. In this arrangement, the detents **782** in the adjustment structure **760** and the follower **780** in the housing portion **766** of the output spindle assembly **20** can be unnecessary as the adjustment segments **772'**, **774'** and **776'** will cooperate with the engagement **702** to provide the user of the tool **10** with a tactile indication of the position of the adjustment profile **770'**, as well as inhibit the free rotation of the adjustment structure **760**.

Another example is illustrated in FIG. **32** wherein the adjustment profile **770''** is generally similar to the adjustment profile **770** except that the ramp section **779** has been omitted so that the last intermediate adjustment segment **776**z is immediately adjacent the last adjustment segment **774**.

While the transmission assembly **16** has been described thus far as including a three-stage, three speed transmission, those of ordinary skill in the art will appreciate from this disclosure that the disclosure, in its broader aspects, may be constructed somewhat differently. For example, another (i.e., fourth) or different speed ratio may be provided by operating two of the reduction gear sets (e.g., both the second and third reduction gear sets **304** and **306**) in the inactive mode. Those of ordinary skill in the art will also appreciate from this disclosure that the second reduction gear set **304** may be placed in the inactive mode by coupling the second ring gear **360** to the second planet carrier **364** (rather than to the first planet carrier **314**) and/or that the third reduction gear set **306** may be placed in the inactive mode by coupling the third ring gear **400** to the second planet carrier **364** (rather than to the first planet carrier **404**).

Other transmission assemblies constructed in accordance with the teachings of the present disclosure are illustrated in FIGS. **33** through **56**. Generally speaking, these configurations are similar to that which is described above and illustrated in detail in FIGS. **23** through **25**. Accordingly, similar or corresponding elements of the alternately constructed transmission assemblies are identified by similar reference numerals as were used to describe the transmission assembly **16**.

In the example of FIGS. **33** through **35**, the transmission assembly **16-1** may include one or more movable elements which may be employed to selectively couple the ring gears **360-1** and **400-1** of the second and third reduction gear sets **304-1** and **306-1**, respectively, to the transmission sleeve **200-1**. The movable elements, which may be pins **2000** and **2002**, may be housed in the transmission sleeve **200-1** and extend through corresponding apertures **2004** and **2006**, respectively, in the transmission sleeve **200-1** and may be translated into and out of engagement with a respective one of the ring gears (i.e., ring rears **360-1** and **400-1**). In the example provided, each of the ring gears **360-1** and **400-1** can include teeth **370-1** and **418-1**, respectively, (similar to teeth **370** and **418**, respectively, that are shown in FIG. **23**) that are spaced apart by a sufficient distance to receive the pins **2000** and **2002**, respectively, therebetween. With the ring gears **360-1** and **400-1** locked to the transmission sleeve **200-1** as shown in FIG. **33**, the transmission assembly **16-1** operates in a manner that is similar to that which is described in conjunction with FIG. **23**, above.

In FIG. **34**, the transmission assembly **16-1** is shown in a second overall speed or gear reduction ratio, wherein the

US 7,223,195 B2

21

first and second reduction gear sets 302-1 and 304-1 are in an active condition and the third reduction gear set 306-1 is in an inactive condition. The third reduction gear set 306-1 may be inactivated by moving (e.g., translating) the pin 2002 out of engagement with the teeth 418-1 of the ring gear 400-1 and engaging the third planet carrier 404-1 to the third ring gear 400-1. This latter task may be accomplished, for example, by sliding the third planet carrier 404-1 toward and into engagement with the third ring gear 400-1. Any appropriate means may be employed to engage the third planet carrier 404-1 and the third ring gear 400-1 to one another, including friction (i.e., frictional engagement), or features, such as pins or teeth, that may be formed on one or both of the third planet carrier 404-1 and the third ring gear 400-1. In the example provided, teeth 2010, which are formed on the third ring gear 400-1, engage mating teeth 2012 that are formed on the planet carrier 404-1.

In FIG. 35, the transmission assembly 16-1 is shown in a third overall speed or gear reduction ratio, wherein the first and third reduction gear sets 302-1 and 306-1 are in an active condition and the second reduction gear set 304-1 is in an inactive condition. The second reduction gear set 304-1 may be inactivated by moving (e.g., translating) the pin 2000 out of engagement with the teeth 370-1 of the ring gear 360-1 and engaging the first planet carrier 314-1 to the second ring gear 360-1.

This latter task may be accomplished, for example, by sliding the first planet carrier 314-1 toward and into engagement with the second ring gear 360-1. Any appropriate means may be employed to engage the first planet carrier 314-1 and the second ring gear 360-1 to one another, including friction (i.e., frictional engagement), or features, such as pins or teeth, that may be formed on one or both of the first planet carrier 314-1 and the second ring gear 360-1. In the example provided, teeth 2014, which are formed on the second ring gear 360-1, engage mating teeth 2016 that are formed on the first planet carrier 314-1.

Those skilled in the art will appreciate that although the movable elements (e.g., pins 2000 and 2002) have been illustrated as translating in a direction that is generally perpendicular to the longitudinal axis of the transmission assembly 16-1, the disclosure in its broadest aspects, however, may be configured somewhat differently. For example, each of the movable elements may be translated in a direction that is generally parallel to the longitudinal axis of the transmission 16-1 between a first position, which permits the movable element to engage a feature on a respective one of the ring gears, and a second position, which aligns the movable element to an annular groove or a smooth, featureless portion on the respective ring gear so that the movable element does not inhibit the rotation of the respective ring gear.

The transmission assembly 16-2 of FIGS. 36 through 38 is generally similar to the embodiment of FIGS. 33 through 35, except that the first set of planet gears 344 of the first reduction gear set 302-2 and the third set of planet gears 402 of the third reduction gear set 306-2 remain in a fixed position relative to the first and third ring gears 310 and 400-1, respectively, regardless of the position of the first and third planet carriers 314-2 and 404-2, respectively. In contrast, the first set of planet gears 344 and the third set of planet gears 402 slide with the first and third planet carriers 314-1 and 404-1, respectively, in the embodiment of FIGS. 33 through 35.

With reference to FIGS. 39 through 41, the transmission assembly 16-3 may include one or more locking elements that may be selectively employed to lock the second and

22

third ring gears 360-3 and 400-3 to the first and third planet carriers 314-3 and 404-3, respectively. The locking elements may include, for example first and second idler gears 2050 and 2052, for example, that may have teeth 2050a and 2052a, respectively, that may be meshingly engaged to teeth 314a and 404a, respectively, that are formed on the first and third planet carriers 314-3 and 404-3, respectively. The locking elements 2050 and 2052 may be rotatably supported on pins 2054 and 2056, respectively, that may be mounted to another portion of the power tool, such as the transmission sleeve 200-3. In a first speed reduction ratio, which is illustrated in FIG. 39, the second and third ring gears 360-3 and 400-3 are fixed to the transmission sleeve 200-3, for example by teeth 370-3 and 418-3, respectively, on the outer diameter of the ring gears 360-3 and 400-3, respectively, and mating teeth 254-3 and 256-3, respectively, that are formed on the interior of the transmission sleeve 200-3.

In FIG. 40, the transmission assembly 16-3 is shown in a second overall speed or gear reduction ratio, wherein the first and second reduction gear sets 302-3 and 304-3 are in an active condition and the third reduction gear set 306-3 is in an inactive condition. The third reduction gear set 306-3 may be inactivated by translating the third ring gear 400-3 such that the teeth 418-3 are not engaged with the mating teeth 256-3 on the transmission sleeve 200-3 but rather with the teeth 2052a of the second idler gear 2052. Translation of the third ring gear 400-3 may also cause the third planet carrier 404-3 to slide on the second idler gear 2052 and/or the third set of planet gears 402 to slide relative to the transmission sleeve 200-3.

In FIG. 41, the transmission assembly 16-3 is shown in a third overall speed or gear reduction ratio, wherein the first and third reduction gear sets 302-3 and 306-3 are in an active condition and the second reduction gear set 304-3 is in an inactive condition. The second reduction gear set 304-3 may be inactivated by translating the second ring gear 360-3 such that the teeth 370-3 are not engaged with the mating teeth 254-3 on the transmission sleeve 200-3 but rather with the teeth 2050a of the first idler gear 2050. Translation of the second ring gear 360-3 may also cause the first planet carrier 314-3 to slide on the first idler gear 2050 and/or the first set of planet gears 344 to slide relative to the transmission sleeve 200-3.

With reference to FIGS. 42 through 44, the transmission assembly 16-4 may be configured such that portions of the second reduction gear set 304-4 and the third reduction gear set 306-4 may slide into and out of locking engagement with another element of the transmission assembly 16-4. In the example provided, the second and third sets of planet gears 382-4 and 402-4, respectively, may be translated between a first position, in which they meshingly engage an associated ring gear, and a second position, in which they non-rotatably engage an associated planet carrier as well as meshingly engage the associated ring gear. In a first speed reduction ratio, which is illustrated in FIG. 42, the second and third ring gears 360-4 and 400-4 are fixed to the transmission sleeve 200-4, in a manner that is similar to that which was described above in conjunction with FIG. 33.

In FIG. 43, the transmission assembly 16-4 is shown in a second overall speed or gear reduction ratio, wherein the first and second reduction gear sets 302-4 and 304-4 are in an active condition and the third reduction gear set 306-4 is in an inactive condition. The third reduction gear set 306-4 may be inactivated by translating the pin 2002 out of engagement with the teeth 418-1 on the third ring gear 400-4 and translating the third set of planet gears 402-4 into engagement with the third planet carrier 404-4 such that the

US 7,223,195 B2

23

third set of planet gears **402-4** are maintained in a stationary condition relative to the third planet carrier **404-4**. Engagement of the third set of planet gears **402-4** to the third planet carrier **404-4** may be made in any desired manner, such as frictional engagement or through mating features. In the example provided, teeth **2076** are formed into an axial end face of the third set of planet gears **402-4** and mating teeth **2078** are formed on the third planet carrier **404-4** which meshingly engage the teeth **2076** on the third set of planet gears **402-4**. The third ring gear **400-4** may optionally translate with the third set of planet gears **402-4**.

In FIG. **44**, the transmission assembly **16-4** is shown in a third overall speed or gear reduction ratio, wherein the first and third reduction gear sets **302-4** and **306-4** are in an active condition and the second reduction gear set **304-4** is in an inactive condition. The second gear set **304-4** may be inactivated by translating the pin **2000** out of engagement with the teeth **370-1** of the second ring gear **360-4** and translating the second set of planet gears **382-4** into engagement with the first planet carrier **314-4** such that the second set of planet gears **382-4** are maintained in a stationary condition relative to the first planet carrier **314-4**. Engagement of the second set of planet gears **382-4** to the first planet carrier **314-4** may be made in any desired manner, such as frictional engagement or through mating features. In the example provided, teeth **2072** are formed into an axial end face of the second set of planet gears **382-4** and mating teeth **2074** are formed on the first planet carrier **314-4** which meshingly engage the teeth **2072** on the second set of planet gears **382-4**. The second ring gear **360-4** may optionally translate with the second set of planet gears **382-4**.

In FIGS. **45** through **47** yet another transmission assembly **16-5** constructed in accordance with the teachings of the present disclosure is illustrated. The transmission assembly **16-5** may include movable elements, such as pins **2000** and **2002**, which may be employed to lock the second and third ring gears **360-5** and **400-5**, respectively, in a stationary position, and locking elements, such as first and second idler gears **2050-5** and **2052-5**, respectively, that may be employed to lock each of the second and third ring gears **360-5** and **400-5**, respectively, to the first and third planet carriers **314-5** and **404-5**, respectively. With specific reference to FIG. **45**, the transmission **16-5** is illustrated in a first overall speed reduction or gear ratio wherein the pins **2050-5** and **2052-5** may be positioned in engagement with teeth **370-1** and **418-1**, respectively, on the second and third ring gears **360-5** and **400-5**, respectively, to maintain the second and third ring gears **360-5** and **400-5** in a stationary position. In this condition, the first and second idler gears **2050-5** and **2052-5** may be disengaged from the teeth **370-1** and **418-1** of the second and third ring gears **360-5** and **400-5**, respectively, as well as from the teeth **314a** and **404a** of the first and third planet carriers **314-5** and **404-5**.

In FIG. **46**, the transmission assembly **16-5** is illustrated in a second overall speed reduction or gear ratio wherein the first and second reduction gear sets **302-5** and **304-5**, respectively, are in an active condition and the third reduction gear set **306-5** is in an inactive condition. The third reduction gear set **306-5** may be inactivated by translating the pin **2002** out of engagement with the teeth **418-1** of the third ring gear **400-5** and moving the idler gear **2052-5**, e.g., by translation and/or rotation, into a position where the teeth **2052a** or the of the third ring gear **400-5** and the teeth **404a** of the third planet carrier **404-5**.

In FIG. **47**, the transmission assembly **16-5** is illustrated in a third overall speed reduction or gear reduction ratio wherein the

24

first and third reduction gear sets **302-5** and **306-5** are in an active condition and the second reduction gear set **304-5** is in an inactive condition. The second reduction gear set **304-5** may be inactivated by translating the pin **2000** out of engagement with the teeth **370-1** of the second ring gear **360-5** and moving the idler gear **2050-5**, e.g., by translation and/or rotation, into a position where the teeth **2050a** of the idler gear **2050-5** meshingly engage both the teeth **370-1** of the second ring gear **360-5** and the teeth **314a** of the first planet carrier **314-5**.

In FIG. **48** through **50** yet another transmission assembly **16-6** constructed in accordance with the teachings of the present disclosure is illustrated. The transmission assembly **16-6** may include movable elements, such as idler gears **2050-6** and **2052-6** which may be employed to lock the ring gears **360-6** and **400-6**, respectively, into a stationary position relative to the transmission sleeve **200-6** or to lock the second and third ring gears **360-6** and **400-6** for rotation with the first and third planet carriers **314-6** and **404-6**, respectively. With specific reference to FIG. **48**, the transmission assembly **16-6** is illustrated in a first overall speed reduction or gear ratio wherein the idler gears **2050-6** and **2052-6** are positioned to maintain the second and third ring gears **360-6** and **400-6** in a stationary position. The idler gears **2050-6** and **2052-6** may engage a feature, such as teeth **2090** and **2092**, respectively, that is formed on another part of the power tool, such as the housing **12-6** or the transmission sleeve **200-6**, which inhibits their rotation and thereby locks a respective one of the ring gears in a stationary position.

In FIG. **49**, the transmission assembly **16-6** is illustrated in a second overall speed reduction or gear ratio wherein the first and second reduction gear sets **302-6** and **304-6** are in an active condition and the third reduction gear set **306-6** is in an inactive condition. The third reduction gear set **306-6** may be inactivated by translating the idler gear **2052-6**, e.g., along the journal pin **2096**, into a position where the teeth **2052a** of the idler gear **2052-6** do not engage the tooth or teeth **2092** but engage both the teeth **418-1** of the third ring gear **400-6** and the teeth **404a** of the third planet carrier **404-6**.

In FIG. **50**, the transmission assembly **16-6** is illustrated in a third overall speed reduction or gear ratio, wherein the first and third reduction gear sets **302-6** and **306-6** are in an active condition, and the second reduction gear set **304-6** is in an inactive condition. The second reduction gear set **304-6** may be inactivated by translating the idler gear **2050**, e.g., along the journal pin **2096**, into a position where the teeth **2050a** of the idler gear **2050-6** do not engage the tooth or teeth **2090** but engage both the teeth **370-1** of the second ring gear **360-6** and the teeth **314a** of the first planet carrier **314-6**.

In FIGS. **51** through **53** a further transmission assembly **16-7** constructed in accordance with the teachings of the present disclosure is illustrated. The transmission assembly **16-7** may include movable, intermediate locking elements, such as collars **3000** and **3002**, which may be employed to lock the second and third ring gears **360-7** and **400-7** in a stationary position or for rotation with the first and third planet carriers **314-7** and **404-7**, respectively. With specific reference to FIG. **51**, the transmission **16-7** is illustrated in a first overall speed reduction or gear ratio wherein the collars **3000** and **3002** are positioned to maintain the second and third ring gears **360-7** and **400-7** in a stationary position. The collars **3000** and **3002** may engage the teeth **370-1** and **418-1** of the second and third ring gears **360-7** and **400-7** and may include features, such as teeth or pins **3004** and **3006**, respectively, that may engage a mating feature, such as teeth

25

or apertures **3008**, that may be formed into another portion of the power tool, such as the transmission sleeve **200-7**, to thereby lock a respective one of the ring gears in a stationary position. Alternatively, the pins **3004** and **3006** of the collars **3000** and **3002**, respectively, may extend through apertures (not shown) that can be formed in the second and third ring gears **360-7** and **400-7**, respectively.

In FIG. **52**, the transmission assembly **16-7** is illustrated in a second overall speed reduction or gear ratio wherein the first and second reduction gear sets **302-7** and **304-7** are in an active condition and the third reduction gear set **306-7** is in an inactive condition. The third reduction gear set **306-7** may be inactivated by translating the collar **3002** into a position where the pins **3006** disengage the apertures **3008** in the transmission sleeve **200-7** and the collar **3002** engages both the teeth **418-1** of the third ring gear **400-7** and the third planet carrier **404-7**. Any appropriate means may be employed to engage the collar **3002** and the third planet carrier **404-7** to one another, including friction (i.e., frictional engagement), or features, such as pins or teeth, that may be formed on one or both of the third planet carrier **404-7** and the collar **3002**. In the example provided, the collar **3002** frictionally engages the planet carrier **404-7**.

In FIG. **53**, the transmission assembly **16-7** is illustrated in a third overall speed reduction or gear ratio wherein the first and third reduction gear sets **302-7** and **306-7** are in an active condition and the second reduction gear set **304-7** is in an inactive condition. The second reduction gear set **304-7** may be inactivated by translating the collar **3000** into a position where the pins **3004** disengage the apertures **3008** in the transmission sleeve **200-7** and the collar **3000** engages both the teeth **370-1** of the second ring gear **360-7** and the first planet carrier **314-7**. Any appropriate means may be employed to engage the collar **3000** and the first planet carrier **314-7** to one another, including friction (i.e., frictional engagement), or features, such as pins or teeth, that may be formed on one or both of the first planet carrier **314-7** and the collar **3000**. In the example provided, the collar **3000** frictionally engages the first planet carrier **314-7**.

The embodiment of FIGS. **54** through **56** is generally similar to that of FIGS. **51** through **53**, except that each of the collars **3000-8** and **3002-8** can include teeth **3050** and **3052**, respectively, that meshingly engage the teeth **370-8** and **418-8**, respectively, that can be formed on the second and third ring gears **360-8** and **400-8**, respectively. As shown in FIG. **56**, the collar **3000-8** may be translated into a position where the teeth **3050** meshingly engage both the teeth **370-8** of the second ring gear **360-8** and the teeth **314**a of the first planet carrier **314-8** to thereby place the second reduction gear set **304-8** into the inactive mode. Similarly, the collar **3002-8** may be translated into a position where the teeth **3052** engage both the teeth **418-8** of the third ring gear **400-8** and the teeth **404**a of the third planet carrier **404-8** to thereby place the third reduction gear set **306-8** into the inactive mode as is shown in FIG. **55**.

While the disclosure has been described in the specification and illustrated in the drawings with reference to various embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the disclosure as defined in the claims. Furthermore, the mixing and matching of features, elements and/or functions between various embodiments is expressly contemplated herein so that one of ordinary skill in the art would appreciate from this disclosure that features, elements and/or functions of one embodiment may be incorporated into another embodiment as appropriate, unless described other-

26

wise, above. Moreover, many modifications may be made to adapt a particular situation or material to the teachings of the disclosure without departing from the essential scope thereof. Therefore, it is intended that the disclosure not be limited to the particular embodiment illustrated by the drawings and described in the specification as the best mode presently contemplated for carrying out this disclosure, but that the disclosure will include any embodiments falling within the foregoing description and the appended claims.

What is claimed is:

**1**. A portable power tool, comprising:

a housing having a first portion and a second portion, the first portion defining a handle for carrying the portable power tool;

a motor received in the second portion of the housing, the motor having a motor output member;

a trigger coupled to the housing, the trigger being movable to activate the motor;

a driven member; and

a transmission assembly coupled to the housing and configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member, the transmission assembly having a plurality of planetary transmission stages, each of the planetary transmission stages including a ring gear and a set of planet gears meshingly engaged with the ring gear, wherein at least one member of the transmission assembly may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in an inactive mode, wherein the transmission assembly is operable in at least three overall speed reduction ratios, wherein at least three planetary transmission stages transmit torque in sequence between the motor output member and the driven member in each overall speed reduction ratio and wherein the ring gear associated with each of the at least three planetary transmission stages is not meshingly engaged to the set of planet gears of another of the at least three planetary transmission stages;

wherein the transmission assembly further includes a speed selector having only one switch member, the only one switch member forming a portion of an exterior of the portable power tool and being slidably movable between a first position, a second position and a third position, the at least one member of the transmission assembly being coupled to the only one switch member and at least one of the plurality of planetary transmission stages, the at least one member of the transmission assembly being movable in response to movement of the only one switch member to cause the plurality of planetary transmission stages to cooperatively operate in one of the overall speed reduction ratios that corresponds to an associated one of the positions in which the only one switch member is disposed;

wherein at least two of the planetary transmission stages are operable in the active mode for performing a speed reduction and torque multiplication operation and in at least one of the at least three overall speed reduction ratios.

**2**. The portable power tool of claim **1**, wherein the at least one member includes a portion that may be selectively

27

engaged to an associated one of the ring gears to thereby inhibit relative rotation between the associated one of the ring gears and the portion.

**3**. The portable power tool of claim **2**, wherein the portion includes at least one of a pin, a ball and a roller.

**4**. The portable power tool of claim **2**, wherein the transmission assembly includes a planet carrier that supports at least one of the sets of planet gears.

**5**. The portable power tool of claim **4**, wherein the at least one member includes a plurality of teeth formed onto the planet carrier and a plurality of mating teeth formed on at least one of an associated one of the ring gears and an associated one of the sets of planet gears and wherein the teeth and the mating teeth engage one another to facilitate co-rotation of the associated one of the ring gears and the planet carrier.

**6**. The portable power tool of claim **5**, wherein the mating teeth extend axially from the at least one of the associated one of the ring gears and the associated one sets of planet gears and meshingly engage the teeth when the planet carrier and the at least one of the associated one of the ring gears and the associated one of the sets of planet gears are abutted against one another.

**7**. The portable power tool of claim **5**, wherein the mating teeth are formed about an inner diameter of the associated one of the ring gears and wherein both the teeth and a plurality of teeth formed on the associated one of the sets of planet gears meshingly engage the mating teeth when the planetary transmission stage that includes the associated one of the ring gears is operated in the inactive mode.

**8**. The portable power tool of claim **1**, wherein the at least one member includes an annular structure that may be translated between a first position and a second position, the annular structure being configured to non-rotatably couple an associated one of the ring gears to the housing when positioned in the first position so that the planetary transmission stage that includes the associated one of the ring gears is operated in the active mode.

**9**. The portable power tool of claim **8**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein when the annular structure is positioned in the second position the annular structure couples the associated one of the ring gears to the planet carrier such that the associated one of the ring gears and the planet carrier co-rotate.

**10**. The portable power tool of claim **8**, wherein the annular structure may be translated independently of the associated one of the ring gears.

**11**. The portable power tool of claim **8**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein the annular structure frictionally engages the planet carrier when the annular structure is positioned in the second position.

**12**. The portable power tool of claim **8**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein the annular structure includes a plurality of teeth that meshingly engage a plurality of mating teeth formed on the planet carrier when the annular structure is positioned in the second position.

**13**. The portable power tool of claim **12**, wherein the mating teeth are formed on a side of the planet carrier.

**14**. The portable power tool of claim **12**, wherein the mating teeth are formed on an axial end of the planet carrier.

**15**. The portable power tool of claim **8**, wherein the annular structure includes a locking member that engages the housing to thereby inhibit rotation of the annular structure relative to the housing.

28

**16**. The portable power tool of claim **15**, wherein the locking member on the annular structure includes at least one feature that is selected from a group consisting of pins and teeth.

**17**. A portable power tool, comprising:

a housing having a first portion and a second portion, the first portion defining a handle for carrying the portable power tool;

a motor received in the second portion of the housing, the motor having a motor output member;

a trigger coupled to the housing, the trigger being movable to activate the motor;

a driven member; and

a transmission coupled to the housing and configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member, the transmission having a plurality of planetary transmission stages, each of the planetary transmission stages including a ring gear and a set of planet gears meshingly engaged with the ring gear, wherein at least one member of the transmission may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in an inactive mode, wherein the transmission is operable in at least three overall speed reduction ratios, wherein at least three planetary transmission stages transmit torque in sequence between the motor output member and the driven member in each overall speed reduction ratio and wherein the ring gear associated with each of the at least three planetary transmission stages is not meshingly engaged to the set of planet gears of another of the at least three planetary transmission stages;

wherein the at least one member includes an idler gear that may be selectively engaged when the planetary transmission stage that includes the associated one of the ring gears is operated in the inactive mode, the idler gear having a rotational axis that is not coincident with a longitudinal axis of the transmission.

**18**. The portable power tool of claim **17**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein the idler gear includes a plurality of teeth that engage mating teeth that are formed on the planet carrier regardless of whether the planetary transmission stage that includes the associated one of the ring gears is operated in the active mode or the inactive mode.

**19**. The portable power tool of claim **18**, wherein a portion of the plurality of teeth on the idler gear engage one or more teeth that are formed on the associated one of the ring gears when the planetary transmission stage that includes the associated one of the ring gears is operated in the inactive mode.

**20**. The portable power tool of claim **17**, wherein the idler gear includes a plurality of teeth that engage mating teeth that are formed on the associated one of the ring gears regardless of whether the planetary transmission stage that includes the associated one of the ring gears is in the active mode or the inactive mode.

**21**. The portable power tool of claim **20**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein the idler gear is moved into a position where the teeth of the idler gear also engage a plurality of teeth formed on the planet carrier when

US 7,223,195 B2

29

30

the planetary transmission stage that includes the associated one of the ring gears is operated in the inactive mode.

**22**. The portable power tool of claim **17**, wherein the transmission includes a planet carrier that supports at least one of the sets of planet gears and wherein the idler gear is movable into a position where it co-engages the associated one of the ring gears and the planet carrier when the planetary transmission stage that includes the associated one of the ring gears is operated in the inactive mode.

**23**. The portable power tool of claim **22**, wherein the at least one member further includes a portion that may be selectively engaged to the associated one of the ring gears to thereby inhibit relative rotation between the associated one of the ring gears and the portion when the planetary transmission stage that includes the associated one of the ring gears is operated in the active mode.

**24**. A portable power tool, comprising:

a housing having a first portion and a second portion, the first portion defining a handle for carrying the portable tool;

a motor coupled to the second portion of the housing, the motor having a motor output member;

a driven member; and

a transmission assembly coupled to the housing and configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member, the transmission assembly having a reduction gearset assembly, the reduction gearset assembly includes a plurality of ring gears, a plurality of planet carriers and a plurality of sets of planet gears, a first one of the sets of planet gears being supported by a first one of the planet carriers and meshingly engaging a first one of the ring gears, a second one of the sets of planet gears being supported by a second one of the planet carriers and meshingly engaging a second one of the ring gears, the driven member being coupled for rotation with the second one of the planet carriers, wherein at least one member of the transmission assembly may be configured in a first condition, which renders at least one of the planetary transmission stages operable in an active mode, and a second condition, which renders at least one of the planetary transmission stages operable in a mode other than the active mode, wherein the transmission is operable in at least three overall speed reduction ratios, and wherein at least three planetary transmission stages transmit torque between the motor output member and the driven member in each overall speed reduction

ratio, wherein each overall speed reduction ratio includes an input stage, an output stage and at least one intermediate stage between the input stage and the output stage, the input stage receiving rotary input, the output stage outputting the rotary output, the at least one intermediate stage drivingly connecting the input stage and the output stage, and wherein the ring gear associated with each of the at least three planetary transmission stages is not meshingly engaged to the planet gears of another of the at least three planetary transmission stages;

wherein the transmission assembly further includes a speed selector having only one switch member, the only one switch member forming a portion of an exterior of the portable power tool and being slidably movable between a first position, a second position and a third position, the at least one member of the transmission assembly being coupled to the only one switch member and the reduction gearset assembly, the at least one member of the transmission assembly being movable in response to movement of the only one switch member to cause the reduction gearset assembly to operate in one of the overall speed reduction ratios that corresponds to an associated one of the positions in which the only one switch member is disposed;

wherein at least two of the planetary transmission stages are operable in the active mode for performing a speed reduction and torque multiplication operation and in at least one of the at least three overall speed reduction ratios.

**25**. The portable power tool of claim **24**, wherein the input stage is common between each of the at least three overall speed reduction ratios.

**26**. The portable power tool of claim **25**, wherein the at least one intermediate stage is common between each of the at least three overall speed reduction ratios.

**27**. The portable power tool of claim **24**, wherein the output stage is common between each of the at least three overall speed reduction ratios.

**28**. The portable power tool of claim **27**, wherein the at least one intermediate stage is common between each of the at least three overall speed reduction ratios.

**29**. The portable power tool of claim **28**, wherein the input stage is common between each of the at least three overall speed reduction ratios.

*    *    *    *    *

EXHIBIT B

(12) **United States Patent**     (10) Patent No.:     **US 7,220,211 B2**
Potter et al.                     (45) Date of Patent:     ***May 22, 2007**

(54) **MULTISPEED POWER TOOL
TRANSMISSION**

(75) Inventors: **Christine Potter**, Baltimore, MD (US);
**Rodney Milbourne**, Abington, MD
(US); **Todd A Hagan**, Windsor, PA
(US); **Michael C Bowers**, Littlestown,
PA (US)

(73) Assignee: **Black & Decker Inc.**, Newark, DE
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 55 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/953,699**

(22) Filed: **Sep. 29, 2004**

(65)     **Prior Publication Data**

US 2005/0043135 A1     Feb. 24, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 10/384,809, filed on
Mar. 10, 2003, now Pat. No. 6,984,188, which is a
division of application No. 09/964,078, filed on Sep.
26, 2001, now Pat. No. 6,676,557.

(60) Provisional application No. 60/263,379, filed on Jan.
23, 2001.

(51) **Int. Cl.**
*F16H 3/44*     (2006.01)

(52) **U.S. Cl.** ...................... **475/298**; 475/263; 475/264;
475/265; 475/275; 475/279; 475/286; 475/299;
475/305; 475/317; 475/330; 173/47; 173/178;
173/216; 173/217

(58) **Field of Classification Search** ................ 475/298,
475/286, 263, 264, 265, 299, 270, 275, 279,
475/305, 317, 320, 330, 290; 173/178, 216,
173/217, 47, 48; 192/56.56, 56.61; 464/38
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,228,472 A | 6/1917 | Olson |
| 1,404,984 A | 1/1922 | Lower |
| 1,514,872 A | 11/1924 | Starr |
| 1,693,139 A | 11/1928 | Dietsche |
| 1,792,484 A | 2/1931 | Fawick |
| 1,909,330 A | 5/1933 | Banker |

(Continued)

FOREIGN PATENT DOCUMENTS

DE     37 20 633     1/1988

(Continued)

OTHER PUBLICATIONS

FESTO Catalogue 96/97, pp. 1 through 4 and 10 through 19.

(Continued)

*Primary Examiner*—David D. Le
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce,
P.L.C.

(57)     **ABSTRACT**

A multi-speed transmission assembly for a rotary power
tool. The transmission assembly includes a plurality of
transmission stages, with at least two of the transmission
stages employing a movable reduction element that permits
the transmission stage to be operated in an active mode and
an inactive mode. The movable reduction elements are
coupled to a switching mechanism that switches the reduc-
tion elements in a predetermined manner to provide at least
three-gear reduction or speed ratios.

**68 Claims, 23 Drawing Sheets**



**US 7,220,211 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,137,778 | A | 11/1938 | McCullough |
| 2,331,684 | A | 10/1943 | Henningsen |
| 2,848,908 | A | 8/1958 | Hollis |
| 2,911,854 | A | 11/1959 | Fabian |
| 3,055,236 | A | 9/1962 | Born, Jr. |
| 3,127,801 | A | 4/1964 | Binns |
| 3,774,476 | A | 11/1973 | Sohnlein et al. |
| 3,872,742 | A | 3/1975 | States |
| 3,878,926 | A | 4/1975 | Adachi |
| 3,901,104 | A | 8/1975 | Sims |
| 4,070,927 | A | * | 1/1978 | Polak ........................... 475/286 |
| 4,178,813 | A | 12/1979 | Smemo |
| 4,274,023 | A | 6/1981 | Lamprey |
| 4,274,304 | A | 6/1981 | Curtiss |
| 4,366,871 | A | 1/1983 | Dieterle et al. |
| 4,418,766 | A | * | 12/1983 | Grossmann .................. 173/13 |
| 4,448,098 | A | 5/1984 | Totsu |
| 4,453,430 | A | * | 6/1984 | Sell ............................. 475/116 |
| 4,493,223 | A | * | 1/1985 | Kishi et al. ................... 74/371 |
| 4,536,688 | A | * | 8/1985 | Roger ......................... 318/490 |
| 4,569,252 | A | 2/1986 | Harper |
| 4,585,077 | A | 4/1986 | Bergler |
| 4,617,837 | A | 10/1986 | Kataoka et al. |
| 4,621,541 | A | * | 11/1986 | Takahashi .................... 475/146 |
| 4,641,551 | A | 2/1987 | Pascaloff |
| 4,651,580 | A | 3/1987 | Deane |
| 4,710,071 | A | 12/1987 | Koehler et al. |
| 4,757,598 | A | 7/1988 | Redman |
| 4,772,765 | A | 9/1988 | Markle et al. |
| 4,791,833 | A | * | 12/1988 | Sakai et al. ................. 475/299 |
| 4,842,078 | A | 6/1989 | Hasson |
| 4,869,131 | A | 9/1989 | Ohmori |
| 4,875,528 | A | 10/1989 | Thackston |
| 4,892,013 | A | * | 1/1990 | Satoh ........................... 475/266 |
| 4,908,926 | A | * | 3/1990 | Takeshima et al. ...... 29/407.02 |
| 5,005,682 | A | 4/1991 | Young et al. |
| 5,019,023 | A | 5/1991 | Kurosawa |
| 5,050,291 | A | 9/1991 | Gilmore |
| 5,159,986 | A | 11/1992 | Höser |
| 5,176,593 | A | 1/1993 | Yasui et al. |
| 5,277,527 | A | 1/1994 | Yokota et al. |
| 5,282,510 | A | 2/1994 | Pacher |
| 5,301,565 | A | 4/1994 | Weismann et al. |
| 5,339,908 | A | 8/1994 | Yokota et al. |
| 5,451,127 | A | * | 9/1995 | Chung ........................... 408/20 |
| 5,550,416 | A | 8/1996 | Fanchang et al. |
| 5,551,927 | A | 9/1996 | Enzmann et al. |
| 5,573,074 | A | 11/1996 | Thames et al. |
| 5,598,911 | A | 2/1997 | Joachim et al. |
| 5,601,491 | A | 2/1997 | Chan |
| 5,692,575 | A | 12/1997 | Hellstrom |
| 5,704,433 | A | 1/1998 | Bourner et al. |
| 5,730,232 | A | 3/1998 | Mixer |
| 5,842,527 | A | 12/1998 | Arakawa et al. |
| 5,897,454 | A | 4/1999 | Cannaliato |
| 5,903,462 | A | 5/1999 | Wagner et al. |
| 5,967,934 | A | 10/1999 | Ishida et al. |
| 6,062,114 | A | 5/2000 | Rahm |
| 6,070,675 | A | 6/2000 | Mayer et al. |
| 6,076,438 | A | 6/2000 | Rahm |
| 6,086,502 | A | 7/2000 | Chung |
| 6,093,128 | A | 7/2000 | Seith |
| 6,142,242 | A | 11/2000 | Okumura et al. |
| 6,305,481 | B1 | 10/2001 | Yamazaki et al. |
| 6,431,289 | B1 | 8/2002 | Potter et al. |
| 6,457,535 | B1 | 10/2002 | Tanaka |
| 6,502,648 | B2 | 1/2003 | Milbourne |
| 6,599,219 | B2 | 7/2003 | Pan |
| 2004/0211576 | A1 | 10/2004 | Milbourne et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 39 04 085 | 11/1990 |
| DE | 40 38 226 | 6/1992 |
| DE | 40 38 502 | 2/1994 |
| DE | 44 06 018 | 4/1995 |
| DE | 42 13 291 | 12/1997 |
| DE | 199 03 863 | 8/2000 |
| EP | 88101883.2 | 2/1988 |
| EP | 0 787 931 | 1/1997 |
| EP | 0 519 121 | 4/1997 |
| FR | 1 072 143 | 9/1954 |
| GB | 2 102 515 | 2/1983 |
| JP | 49-56 276 | 5/1974 |
| JP | 57-139 330 | 8/1982 |
| JP | 58-4 308 | 1/1983 |
| JP | 60-34 275 | 2/1985 |
| JP | 62-224 584 | 10/1987 |
| JP | 63-101545 | 5/1988 |
| JP | 63-96 354 | 6/1988 |
| JP | 06320435 A | 11/1994 |
| WO | WO 97/33721 | 9/1997 |
| WO | WO 99/16585 | 4/1999 |
| WO | WO 00/23727 | 4/2000 |

## OTHER PUBLICATIONS

FESTOOL Festo Tooltechnic CDD 9,6ES Exploded View (475 895 / 10.99).

Tools of the Trade Online: Stop The Pain (Spring 1998).

* cited by examiner



*Figure - 1*



*Figure - 2*



_Figure - 3_

_Figure - 4_



*Figure - 5*

*Figure - 6*



*Figure - 7*



_**Figure - 8**_



_**Figure - 9**_



*Figure - 10*

*Figure - 11*



*Figure - 12*



*Figure - 13*



*Figure - 13a*



*Figure - 13b*



*Figure - 14*

*Figure - 15*



*Figure - 16*

*Figure - 17*

*Figure - 18*



*Figure - 19*

*Figure - 20*



*Figure - 21*

*Figure - 22*



*Figure - 23*



*Figure - 24*



Figure - 25



*Figure - 26*

*Figure - 27a*



*Figure - 27b*



*Figure - 27c*



*Figure - 28*

*Figure - 29*



_Figure - 29a_

316'



1020

700'

1020

1010      1022

1008

1014

1012

1000

310'

1002      1004      1002

_Figure - 29b_



*Figure - 30*



*Figure - 31*



*Figure - 32*

US 7,220,211 B2

**1**

## MULTISPEED POWER TOOL TRANSMISSION

### PRIORITY & CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/384,809 filed Mar. 10, 2003 now U.S. Pat. No. 6,984,188, which is a divisional of U.S. application Ser. No. 09/964,078 filed Sep. 26, 2001 now U.S. Pat. No. 6,676,557 entitled First Stage Clutch, which claims the benefit of U.S. Provisional Application No. 60/263,379, filed Jan. 23, 2001.

### BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates generally to power tools such as rotatable drills, power screwdrivers, and rotatable cutting devices. More particularly, the present invention relates to a transmission for a multi-speed transmission for a rotary power tool.

2. Discussion

Modernly, manufacturers of power tools have introduced rotary power tools that have variable speed motors in an attempt to permit the users of these tools with sufficient control over the output speed of the tool so as to permit them to perform diverse operations without resort to additional, specialized tools. Many of the tools that are commercially available include a three-stage, two-speed transmission that permits even greater control over speeds of these tools.

Typically, the known transmission arrangements have lacked a transmission arrangement that could produce a wide range of output speeds and torques that would permit the tool to perform diverse operations such as drilling holes with a large diameter hole saw, installing drywall screws or large diameter lag screws, and performing high-speed drilling operations. The single or dual speed transmissions that were generally employed in these tools typically did not have sufficient speed reducing capacity to permit these transmissions to be diversely employed as configuring these tools for high torque operations tended to impair their high speed performance. Furthermore, the rechargeable batteries that were employed in many of the early exclusively rotary power tools were not well suited for use in low-speed, high torque operations due to the amount of energy that is consumed and the rate with which the energy is consumed by the power tool during such operations. Consequently, consumers were often forced to purchase two different rotary power tools, a medium-duty tool for "standard" applications such as drilling and fastening, and a heavy-duty tool having a low-speed, high torque output for more demanding tasks.

With the advent of the modern high capacity, high voltage battery, it is now possible to meet the energy demands of a power tool that is used in low-speed, high torque operations. There remains, however, a need in the art for a power tool transmission having a relatively large range in its speed reducing capacity.

### SUMMARY OF THE INVENTION

In one form, the present teachings provide a mid-handle drill with a transmission having at least three speed ratios.

In another form, the present teachings provide a power tool for performing at least a drilling operation. The power tool includes a housing, a motor disposed in the housing, an output spindle and a transmission that is disposed between

**2**

the motor and the output spindle. The transmission receives a rotary input from the motor and is configured to produce an output that is transmitted to the output spindle. The transmission is characterized in that its centerline is coincident with a rotational axis of an output member of the motor, it has at least three speed ratios and it is contained within a volume that is about equal in diameter to a diameter of the motor.

In yet another form, the present teachings provide a power tool for performing at least a drilling operation wherein the power tool has a three-speed planetary transmission that cooperates with a motor to drive an output member.

In still another form, the present teachings provide a power tool for performing at least a drilling operation wherein the power tool includes a housing with a front portion, a rear portion and a handle that is intermediate the front and rear portions, a motor in the housing, an output device, and a transmission connecting the motor and the output device. The transmission is operable in at least three speed ratio settings.

In yet another form, the present teachings provide a method for forming a power tool that is configured to perform at least a drilling operation. The method includes: installing at least a portion of a three speed transmission into a first housing; installing the first housing at least partially into a second housing; coupling the transmission to an output device, the output device being configured to drive a drill.

In a further form, the present teachings provide a modular drive system for a power tool comprising a transmission sleeve and a planetary transmission that is at least partially received into the transmission sleeve, the planetary transmission being configured to provide at least three separately selectable speed ratios.

In yet another form, the present teachings provide a method for drilling a hole that includes moving an annular collar associated with a planetary transmission to select one of at least three speed ratios.

In a further form, the present teachings provide a hand-held power tool that includes a motor, an output spindle, and a transmission drivingly connected with the motor and the output spindle, the transmission having a plurality of stages that cooperate to provide three speed ratios, each speed ratio using three stages that are arranged such that the output of one stage is input to a subsequent stage.

### BRIEF DESCRIPTION OF THE DRAWINGS

Additional advantages and features of the present invention will become apparent from the subsequent description and the appended claims, taken in conjunction with the accompanying drawings, wherein:

FIG. **1** is a side view of a power tool constructed in accordance with the teaching of the present invention;

FIG. **2** is an exploded perspective view of a portion of the power tool of FIG. **1**;

FIG. **3** is a perspective view of a portion of the housing of the power tool of FIG. **1** illustrating the rear of the end cap assembly;

FIG. **4** is a front view of the end cap assembly;

FIG. **5** is a section view taken along the line **5**—**5** of FIG. **4**;

FIG. **6** is a rear view of a portion of the power tool of FIG. **1** with the end cap assembly removed;

FIG. **7** is a side view of a portion of the power tool of FIG. **1** with the end cap assembly removed;

US 7,220,211 B2

3

FIG. **8** is a view similar to that of FIG. **4**, but illustrating the end cap shell prior to the overmolding operation;

FIG. **9** is a view similar to that of FIG. **5**, but illustrating the end cap shell prior to the overmolding operation;

FIG. **10** is a view similar to that of FIG. **4**, but illustrating an alternate construction of the overmold member;

FIG. **11** is a partial sectional view of a portion of a power tool that employs an end cap assembly having an overmold member constructed in the manner illustrated in FIG. **10**;

FIG. **12** is an exploded perspective view of a portion of the power tool of FIG. **1**, illustrating the transmission assembly in greater detail;

FIG. **13** is an exploded perspective view of a portion of the power tool of FIG. **1**, illustrating the reduction gearset assembly, the transmission sleeve, a portion of the housing and a portion of the clutch mechanism in greater detail;

FIG. **13***a* is a sectional view taken along a longitudinal axis of the second ring gear;

FIG. **13***b* is a sectional view taken along a longitudinal axis of the third ring gear;

FIG. **14** is a side view of the transmission sleeve;

FIG. **15** is a rear view of the transmission sleeve;

FIG. **16** is a sectional view taken along the line **16**—**16** of FIG. **15**;

FIG. **17** is a sectional view taken along the line **17**—**17** of FIG. **15**;

FIG. **18** is an exploded view of the reduction gearset assembly;

FIG. **19** is a sectional view taken along a longitudinal axis of the power tool of FIG. **1** illustrating a portion of the reduction gearset assembly in greater detail;

FIG. **20** is a front view of a portion of the first reduction carrier;

FIG. **21** is a sectional view taken along a longitudinal axis of the power tool of FIG. **1** illustrating a portion of the reduction gearset assembly in greater detail;

FIG. **22** is a rear view of a portion of the third reduction carrier;

FIG. **23** is an sectional view taken along the longitudinal axis of the power tool of FIG. **1** and illustrating the transmission assembly as positioned in the first speed ratio;

FIG. **24** is a sectional view similar to that of FIG. **23** but illustrating the transmission assembly as positioned in the second speed ratio;

FIG. **25** is a sectional view similar to that of FIG. **23** but illustrating the transmission assembly as positioned in the third speed ratio;

FIG. **26** is a top view of a portion of the power tool of FIG. **1** illustrating the speed selector mechanism in greater detail;

FIG. **27***a* is a side view of the rotary selector cam;

FIG. **27***b* is a top view of the rotary selector cam;

FIG. **27***c* is a sectional view taken through along the central axis of the speed selector mechanism;

FIG. **28** is a rear view of the output spindle assembly;

FIG. **29** is an exploded perspective view of the clutch mechanism;

FIG. **29***a* is a perspective view of a portion of the clutch mechanism illustrating another configuration of the clutch member;

FIG. **29***b* is an exploded perspective view illustrating a multi-piece construction for the first ring gear and clutch member;

FIG. **30** is a schematic illustration of the adjustment structure in an "unwrapped" state;

FIG. **31** is a schematic illustration similar to that of FIG. **30** but showing an alternate construction of the adjustment profile; and

4

FIG. **32** is a schematic illustration similar to that of FIG. **30** but showing a portion of another alternate construction of the adjustment profile;

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Overview

With reference to FIGS. **1** and **2** of the drawings, a power tool constructed in accordance with the teachings of the present invention is generally indicated by reference numeral **10**. As those skilled in the art will appreciate, the preferred embodiment of the present invention may be either a cord or cordless (battery operated) device, such as a portable screwdriver or drill. In the particular embodiment illustrated, power tool **10** is a cordless drill having a housing **12**, a motor assembly **14**, a multi-speed transmission assembly **16**, a clutch mechanism **18**, an output spindle assembly **20**, a chuck **22**, a trigger assembly **24** and a battery pack **26**. Those skilled in the art will understand that several of the components of power tool **10**, such as the chuck **22**, the trigger assembly **24** and the battery pack **26**, are conventional in nature and need not be described in significant detail in this application. Reference may be made to a variety of publications for a more complete understanding of the operation of the conventional features of power tool **10**. One example of such publications is commonly assigned U.S. Pat. No. 5,897,454 issued Apr. 27, 1999, the disclosure of which is hereby incorporated by reference as if fully set forth herein.

Housing **12** includes an end cap assembly **30** and a handle shell assembly **32** that includes a pair of mating handle shells **34**. Handle shell assembly **32** includes a handle portion **36** and a drive train or body portion **38**. Trigger assembly **24** and battery pack **26** are mechanically coupled to handle portion **36** and electrically coupled to motor assembly **14**. Body portion **38** includes a motor cavity **40** and a transmission cavity **42**. Motor assembly **14** is housed in motor cavity **40** and includes a rotatable output shaft **44**, which extends into transmission cavity **42**. A motor pinion **46** having a plurality of gear teeth **48** is coupled for rotation with output shaft **44**. Trigger assembly **24** and battery pack **26** cooperate to selectively provide electric power to motor assembly **14** in a manner that is generally well known in the art so as to control the speed and direction with which output shaft **44** rotates.

Transmission assembly **16** is housed in transmission cavity **42** and includes a speed selector mechanism **60**. Motor pinion **46** couples transmission assembly **16** to output shaft **44**, transmitting a relatively high speed, low torque drive input to transmission assembly **16**. Transmission assembly **16** includes a plurality of reduction elements that are selectively engaged by speed selector mechanism **60** to provide a plurality of speed ratios. Each of the speed ratios multiplies the speed and torque of the drive input in a predetermined manner, permitting the output speed and torque of the transmission assembly **16** to be varied in a desired manner between a relatively low speed, high torque output and a relatively high speed, low torque output. The transmission output is delivered the output spindle assembly **20**, to which the chuck **22** is coupled for rotation, to permit torque to be transmitted to a tool bit (not shown). The clutch mechanism **18** is coupled to transmission assembly **16** and is operable for limiting the magnitude of the torque associated with the drive input to a predetermined, selectable torque limit.

5

Functional Overmold

With specific reference to FIGS. 2 through 9, end cap assembly 30 is shown to include an end cap shell 100 and an overmold member 102. In the example provided, the end cap shell 100 is injection molded from a plastic material, such as ABS. The end cap shell 100 defines an end cap cavity 104 that is sized to receive the portion of the motor assembly 14 that extends rearwardly of the handle shell assembly 32. A plurality of first and second radial tab apertures 108 and 110 and the abutting face 128 are formed into the forward face 114 of the end cap shell 100 and a plurality of screw bosses 116 are formed into the perimeter of the end cap shell 100. Each of the first and second radial tab apertures 108 and 110 is sized to receive one of the first radial tabs 120 and second radial tabs 122, respectively, that are formed into the rearward face 124 of the handle shells 34. The first and second radial tab apertures 108 and 110 cooperate with the first and second radial tabs 122 to properly align the end cap shell 100 to the handle shell assembly 32, as well as to inhibit relative rotation therebetween. An arcuate portion 128 of the forward face 114 of the end cap shell 100 is angled to match the abutting face 132 of the rearward face 124 of the handle shells 34. The screw bosses 116 permit the end cap shell 100 to be fixedly coupled to the motor cover 136 via a plurality of screws 138. The geometry of the motor cover 136 is such that it is constrained to the handle shells 34. As such, fastening of the end cap shell 100 to the motor cover 136 operates to fixedly retain the end cap shell 100 against the rearward face 124 of the handle shell assembly 32, as well as to close off the rear handle aperture 139 in the handle shell assembly 32.

A plurality of side apertures 140 are formed into the sides of the end cap shell 100 to permit air to flow through the handle shell assembly 32 and cool the motor assembly 14 in a manner that is well known in the art. A plurality of rear apertures 144 are formed into the rear of the end cap shell 100, with each of the rear apertures 144 including a recessed portion 146 that extends only partially into the outer surface 148 of the end cap shell 100 and a through-portion 150 that extends completely through the end cap shell 100. A pair of retaining tabs 152 are formed to extend from the interior surface 154 of the end cap shell 100 inwardly into the end cap cavity 104. A channel 156 is formed into the interior surface 154 of the end cap shell 100 and intersects each of the rear apertures 144 and the retaining tabs 152.

The overmold member 102 is formed from a resilient material, such as thermoplastic elastomer (e.g., HYTREL® manufactured by E.I. du Pont de Nemours and Company) and is simultaneously formed and coupled to the end cap shell 100 in an injection molding operation. In the particular example provided, the overmold member 102 includes a plurality of bumper members 170, a pair of isolators 172 and a linking member 174. Each of the bumper members 170 extends from a point roughly coincident with the interior surface 154 of the end cap shell 100 to a point rearwardly of the outer surface 148 of the end cap shell 100 by about 0.5 mm to about 1.5 mm and preferably about 0.75 mm. Construction in this manner permits the bumper members 170 to provide a degree of shock absorption which reduces the likelihood of damaging the end cap shell 100 in the event that the tool 10 is dropped. Furthermore, it is sometimes necessary for an operator to apply a relatively high force to the tool 10, as when employing a hole saw to drill large diameter holes. In such situations, the operator is inclined to press onto the rear of the tool 10 to apply a force that is in-line with the axis of the chuck 22. In such situations, the bumper members 170 provide the operator with a relatively

6

soft and comfortable surface which tends to resist slipping as well as attenuate the vibrations that are transmitted to the operator.

The isolators 172 are formed about the retaining tabs 152 on the interior surface 154 of the end cap shell 100. In the example provided, each of the isolators 172 includes an annular member 180 that extends forwardly of the interior surface 154 of the end cap shell 100. Construction in this manner permits the end cap shell 100 to engage the isolators 172 to the outer diameter 14a and the rear surface 14b of the motor housing 14c to fixedly retain the motor 14d within the motor cover 136. This prevents the components of the motor assembly 14 from moving along the longitudinal axis of the tool 10, as well as dampens vibrations that are created during the operation of the motor assembly 14. The linking member 174 is fixedly coupled to each of the bumper members 170 and the isolators 172. The linking member 174 provides a flow path through which the resilient material flows during the formation of the bumper members 170 and the isolators 172. The linking member 174 also interconnects the bumper members 170 and the isolators 172, thereby rendering their removal from the end cap shell 100 more difficult.

Those skilled in the art will appreciate that this aspect of the present invention may be incorporated into various other positions within the handle assembly 32 for sealing between two or more components, dampening vibrations or positioning one component relative to another. One such example is illustrated in FIGS. 10 and 11 where the isolators 172 are modified to extend around the perimeter of a portion of the end cap cavity 104 and sealingly contact the rear surface 14b of the motor 14d. The isolators 172 seal the interface between the end cap shell 100 and the motor assembly 14, while the bumper members 170 seal the rear apertures 144 in the end cap shell 100. The space 188 defined by the isolators 172 is then filled with grease or another suitable lubricant, which lubricates a motor armature bearing 190.

Transmission Assembly

With reference to FIG. 12, the transmission assembly 16 is shown to be a three-stage, three-speed transmission that includes a transmission sleeve 200, a reduction gearset assembly 202 and the speed selector mechanism 60. With additional reference to FIGS. 13 through 17, the transmission sleeve 200 includes a wall member 210 that defines a generally transmission bore or hollow cavity 212 into which the reduction gearset assembly 202 is disposed. The transmission sleeve 200 includes a body 214 and a base 216. The body 214 of the transmission sleeve 200 is fairly uniform in diameter and generally smaller in diameter than the base 216. The inside diameter of the base 216 is sized to receive the cylindrical nose portion 220 of the motor cover 136.

A plurality of raised lands 226 are formed into the base 216. The raised lands 226 define a plurality of first grooves 228 in the outer surface 230 of the base 216 and a plurality of second grooves 232 in the inner surface 234 of the base 216. The first grooves 228 are configured to receive the alignment ribs 238 that are formed into the inner surface 242 of the handle shells 34 to align the transmission sleeve 200 to the handle shells 34 and inhibit relative rotation between the transmission sleeve 200 and the housing 12. Preferably, the first grooves 228 and alignment ribs 238 are configured in a manner that the transmission sleeve 200 can only be assembled to the handle shells 34 in one orientation (i.e., the configuration of the first grooves 228 and alignment ribs 238 prevents the transmission sleeve 200 from being rotated

7

180° out of position relative to the handle shells **34**). The second grooves **232** will be discussed in greater detail, below.

The body **214** of the transmission sleeve **200** is shown to include a cylindrical body portion **246** and a pin housing portion **248**. In the particular embodiment illustrated, the cylindrical body portion **246** includes a selector cam guide **250**, a plurality of lubricant grooves **252** and first and second sets of ring engagement teeth **254** and **256**, respectively. The selector cam guide **250** is generally rectangular in cross section, extending outwardly from the top of the outer surface **258** of the body portion **246**. The lubricant grooves **252** are formed concentrically around the upper half of the perimeter of the body portion **246**. The lubricant grooves **252** have a depth of about 0.01 inch to about 0.030 inch to hold a lubricant, such as grease, on the upper half of the perimeter of the body portion **246**. The operation of the selector cam guide **250** and the lubricant grooves **252** will be discussed in detail, below.

A raised bead **264** segregates the interior of the body portion **246** into first and second housing portions **260** and **262**, respectively. The first set of ring engagement teeth **254** are formed onto the inner surface **266** of the body portion **246** and extend rearwardly from the raised bead **264** toward the base **216**. The second set of ring engagement teeth **256** are also formed into the inner surface **266** of the body portion **246** but extend forwardly from the raised bead **264**. The teeth **268** of the first and second sets of ring engagement teeth **254** and **256** are uniformly spaced around the inner surface **266** of the body portion **246**. The configuration of each tooth **268** in the first and second sets of ring engagement teeth **254** and **256** is similar in that each tooth extends from the raised bead **264**, has a pair of parallel engagement surfaces **270** and terminates at a tip portion **272**. The tip portion **272** of each tooth **268** is both rounded and tapered to enhance the ability with which it will mesh with a portion of the reduction gearset assembly **202** as will be described in detail, below.

The pin housing portion **248** extends downwardly from the body portion **246** over a significant portion of the length of the body portion **246**. An actuator aperture **274** is formed into the pin housing portion **248** and extends rearwardly through the base **216** of the transmission sleeve **200**. In the particular embodiment illustrated, the actuator aperture **274** is stepped, having a first portion **276** with a first diameter at the rear of the transmission sleeve **200** and a second portion **278** with a smaller second diameter at the front of the transmission sleeve **200**. In the example shown, the first portion **276** of the actuator aperture **274** breaks through the wall of the first housing portion **260** and forms a groove **280** into the inner surface **234** of the base **216**. The pin housing portion **248** will be discussed in further detail, below.

A pair of first clip slots **284** and a pair of second clip slots **286** are formed into the transmission sleeve **200**, extending along the sides of the transmission sleeve **200** in a manner that is parallel the longitudinal axis of the transmission sleeve **200**. The first pair of clip slots **284** is formed through the sides of the body portion **246** rearwardly of the raised bead **264** and extends rearwardly toward the base **216**. The depth of the first pair of clip slots **284** is such that they do not extend through the portion of the wall member **210** that defines the base **216**. The second pair of clip slots **286** are also formed through the sides of the body portion **246** beginning forwardly of the raised bead **264** and extending through the front face **288** of the transmission sleeve **200**.

With reference to FIGS. **12**, **13**, **18** and **23**, the reduction gearset assembly **202** includes a first reduction gear set **302**,

8

a second reduction gear set **304** and a third reduction gear set **306**. The first reduction gear set **302** is operable in an active mode, while the second and third reduction gear sets **304** and **306** are operable in an active mode and an inactive mode. Operation in the active mode causes the reduction gear set to perform a speed reduction and torque multiplication operation, while operation of the reduction gear set in an inactive mode causes the reduction gear set to provide an output having a speed and torque that is about equal to the speed and torque of the rotary input provided to that reduction gear set. In the particular embodiment illustrated, each of the first, second and third reduction gear sets **302**, **304** and **306** are planetary gear sets. Those skilled in the art will understand, however, that various other types of reduction gear sets that are well known in the art may be substituted for one or more of the reduction gear sets forming the reduction gearset assembly **202**.

As shown, the first reduction gear set **302** includes a first reduction element or ring gear **310**, a first set of planet gears **312** and a first reduction carrier **314**. The first ring gear **310** is an annular structure, having a plurality of gear teeth **310**a formed along its interior diameter. A clutch face **316** is formed into the outer perimeter of the front face **318** of the first ring gear **310** and will be discussed in greater detail, below. The first ring gear **310** is disposed within the portion of the hollow cavity **212** defined by the base **216**; the front face **318** of the first ring gear **310** contacts a step **320** formed into the transmission sleeve **200**, thereby limiting the ability of the first ring gear **310** to move forwardly into the hollow cavity **212**.

The first reduction carrier **314** is formed in the shape of a flat cylinder, having plurality of pins **322** that extend from its rearward face **324**. A plurality of gear teeth **314**a are formed into about the entire outer perimeter of the first reduction carrier **314**, with a valley **314**b being formed between each pair of adjacent gear teeth **314**a. Due to the spacing of the gear teeth **314**a, one of the valleys (i.e., valley **314**b') is relatively larger than the remaining valleys **314**b due to the omission of a tooth **314**a in the outer perimeter of the first reduction carrier **314**. In the particular embodiment illustrated, the gear teeth **314**a of the first reduction carrier **314** are configured so as not to be meshingly engagable with the gear teeth **310**a of the first ring gear **310**.

With specific reference to FIGS. **19** and **20**, the profile of the gear teeth **314**a is illustrated in greater detail. As shown, each gear tooth **314**a terminates at a gradual radius **326** at the forward face **328** of the first reduction carrier **314** but terminates abruptly at the rearward face **324** of the first reduction carrier **314**. A radius **330** is also formed on the valleys **314**b between the gear teeth **314**a.

Returning to FIGS. **12**, **13**, **15**, **18** and **23**, a first thrust washer **332** having a first annular portion **334**, a second annular portion **336** and a plurality of retaining tabs **338** is positioned rearwardly of the first reduction gear set **302**. The retaining tabs **338** engage the second grooves **232** in the base **216** of the transmission sleeve **200** and as such, relative rotation between the first thrust washer **332** and the transmission sleeve **200** is inhibited. The inside diameter of the base **216** is sized to receive the motor cover **136** and as such, the front face **340** of the motor cover **136** inhibits the axial movement of the first thrust washer **332**. The first annular portion **334** contacts the rear face **342** of the first ring gear **310**, providing a wear surface and controlling the amount by which the first ring gear **310** is able to move in an axial direction. The second annular portion **336** is spaced axially apart from the first annular portion **334**, extending forwardly of the first annular portion **334** to provide a wear surface for

US 7,220,211 B2

9

the first set of planet gears **312** that also controls the amount by which they can move in an axial direction.

The first set of planet gears **312** includes a plurality of planet gears **344**, each of which being generally cylindrical in shape, having a plurality of gear teeth **344***a* formed into its outer perimeter and a pin aperture **346** formed its their center. Each planet gear **344** is rotatably supported on an associated one of the pins **322** and the first reduction carrier **314** and is positioned such that its teeth **344***a* meshingly engage the teeth **310***a* of the first ring gear **310**. A raised portion **348** is formed into the front and rear face **350** and **352** of each planet gear **344** that inhibits the teeth **344***a* from rubbing on the first reduction carrier **314** and the first thrust washer **332** and creating dust or chips that would impair the performance of the transmission assembly **16** and reduce its operating life. As the teeth **46***a* of the motor pinion **46** on the output shaft **44** are also meshingly engaged with the teeth **344***a* of the planet gears **344**, the motor pinion **46** serves as a sun gear for the first reduction gear set **302**.

The second reduction gear set **304** is disposed within the portion of the hollow cavity **212** defined by the first housing portion **260** and includes a second sun gear **358**, a second reduction element or ring gear **360**, a second set of planet gears **362** and a second reduction carrier **364**. The second sun gear **358** is fixed for rotation with the first reduction carrier **314**. The second sun gear **358** includes a plurality of gear teeth **358***a* that extend forwardly of the forward face **328** of the first reduction carrier **314**.

The second ring gear **360** is an annular structure, having a plurality of gear teeth **360***a* formed along its interior diameter. The gear teeth **360***a* may be heavily chamfered at the rear face **366** of the second ring gear **360** but terminate abruptly at the front face **368**. More preferably, a heavy radius **369** is formed onto the rear face **366** and the sides of each of the gear teeth **360***a*, with the heavy radius **369** being employed rather than the heavy chamfer as the heavy radius **369** on the gear teeth **360***a* provides for better engagement between the second ring gear **360** and the first reduction carrier **314**.

A plurality of sleeve engagement teeth **370** are formed into the outer perimeter of the second ring gear **360**; the sleeve engagement teeth **370** extend forwardly toward the front face **368** of the second ring gear **360** and terminate at a tip portion **372** that is rounded and tapers forwardly and inwardly. An annular clip groove **374** is also formed into the outer perimeter of the second ring gear **360**. In the example illustrated, the clip groove **374** is a rectangular slot having a pair of sidewalls **376**. The clip groove **374** will be discussed in greater detail, below.

The second reduction carrier **364** is formed in the shape of a flat cylinder, having plurality of pins **378** that extend from its rearward face **380**. The second set of planet gears **362** is shown to include a plurality of planet gears **382**. Each planet gear **382** is generally cylindrical in shape, having a plurality of gear teeth **382***a* formed into its outer perimeter and a pin aperture **384** formed its center. Each planet gear **382** is rotatably supported on an associated one of the pins **378** and the second reduction carrier **364** is positioned such that the gear teeth **382***a* of the planet gears **382** meshingly engage the gear teeth **360***a* of the second ring gear **360**. The gear teeth **358***a* of the second sun gear **358** are also meshingly engaged with the gear teeth **382***a* of the planet gears **382**.

The third reduction gear set **306** is disposed within the portion of the hollow cavity **212** defined by the second housing portion **262** and includes a third sun gear **398**, a third reduction element or ring gear **400**, a third set of planet

10

gears **402** and a third reduction carrier **404**. The third sun gear **398** is fixed for rotation with the second reduction carrier **364**. The third sun gear **398** includes a plurality of gear teeth **398***a* that extend forwardly of the front face **406** of the second reduction carrier **364**.

The third ring gear **400** is an annular structure, having a plurality of gear teeth **400***a* formed along its interior diameter. The gear teeth **400***a* may be heavily chamfered at the front face **412** of the third ring gear **400**, but terminate abruptly at the rear face **414**. More preferably, a heavy radius **407** is formed onto the front face **412** and the sides of each of the gear teeth **400***a*, with the heavy radius **407** being employed rather than the heavy chamfer as the heavy radius **407** on the gear teeth **400***a* provides for better engagement between the third ring gear **400** and the third reduction carrier **404**. A plurality of sleeve engagement teeth **418** are formed into the outer perimeter of the third ring gear **400**; the sleeve engagement teeth **418** extend rearward toward the rear face **414** of the third ring gear **400** and terminate at a tip portion **420** that is rounded and tapers rearwardly and inwardly. An annular clip groove **422** is also formed into the outer perimeter of the third ring gear **400**. In the example illustrated, the clip groove **422** is a rectangular slot having a pair of sidewalls **424**. The clip groove **422** will be discussed in greater detail, below.

The third reduction carrier **404** is formed in the shape of a flat cylinder, having plurality of pins **428** that extend from its rearward face **430**. A plurality of gear teeth **404***a* are formed into almost the entire outer perimeter of the third reduction carrier **404**, with a valley **404***b* being formed between each pair of adjacent teeth **404***a*. Due to the spacing of the teeth **404***a*, one of the valleys **404***b* (i.e., valley **404***b'*) is relatively larger than the remaining valleys **404***b* due to the omission of a tooth **404***a* in the outer perimeter of the third reduction carrier **404**. In the particular embodiment illustrated, the gear teeth **404***a* of the third reduction carrier **404** are configured so as not to be meshingly engagable with the gear teeth **382***a* of the second planet gears **382**.

With brief additional reference to FIGS. **21** and **22**, the profile of the gear teeth **404***a* is illustrated in greater detail. As shown, the rear face **430** of the third reduction carrier **404** is chamfered and a heavy radius **434** is formed into each of sides of the teeth **404***a* and valleys **404***b*. Each gear tooth **404***a* terminates abruptly at the forward face **436** of the third reduction carrier **404**.

Returning back to FIGS. **12**, **13**, **15**, **18** and **23**, the third set of planet gears **402** is shown to include a plurality of planet gears **438**. Each planet gear **438** is generally cylindrical in shape, having a plurality of gear teeth **438***a* formed into its outer perimeter and a pin aperture **440** formed through its center. Each planet gear **438** is rotatably supported on an associated one of the pins **428** and the third reduction carrier **404** is positioned such that the gear teeth **438***a* of the planet gears **438** meshingly engage the gear teeth **400***a* of the third ring gear **400**. A raised portion **442** is formed into each of the front and rear faces of the planet gears **438** which inhibits the gear teeth **438***a* from rubbing on the third reduction carrier **404** and creating dust or chips that would impair the performance of the transmission assembly **12** and reduce its operating life. A second thrust washer **450** is disposed around the third sun gear **398** and the teeth **398***a* of the third sun gear **398** are meshingly engaged with the gear teeth **438***a* of the planet gears **438**. The second thrust washer **450** includes a plurality of retaining tabs **452** that are configured to engage corresponding tab grooves **454** (FIG. **13**) that are formed in the inner surface **266** of body portion **246** of the transmission sleeve **200**. The retaining tabs **452**

US 7,220,211 B2

11                                                    12

and the tab grooves **454** cooperate to inhibit relative rotation between the second thrust washer **450** and the transmission sleeve **200**.

The output spindle assembly **20** includes a transmitting means **458** for coupling a spindle **460** for rotation with the third reduction carrier **404** so as to transmit drive torque from the reduction gearset assembly **202** to the chuck **22**. Such transmitting means **458** are well known in the art and easily adapted to the transmission assembly of the present invention. Accordingly, a detailed discussion of the transmitting means **458** need not be included herein.

With reference to FIGS. **13**, **13***a*, **13***b*, **16**, **17**, **18** and **23** through **28**, the speed selector mechanism **60** is movable between a first position **500**, a second position **502** and a third position **504** and includes a switch portion **510** for receiving a speed change input and an actuator portion **512** for manipulating the reduction gearset assembly **202** in accordance with the speed change input. The actuator portion **512** is operatively coupled to the reduction gearset assembly **202** and moves the second and third reduction gear sets **304** and **306** between the active and inactive modes in response to movement of the switch portion **510** between the first, second and third positions **500**, **502** and **504**. In the particular embodiment illustrated, the actuator portion **512** includes a rotary selector cam **520**, a plurality of wire clips **522** and a spring member **523**. Each of the wire clips **522** is formed from a round wire which is bent in the shape of a semi-circle **524** with a pair of tabs **526** extending outwardly from the semi-circle **524** and positioned on about the centerline of the semi-circle **524**. The semi-circle **524** is sized to fit within the clip grooves **374** and **422** in the second and third ring gears **360** and **400**, respectively. In this regard, the semi-circle **524** neither extends radially outwardly of an associated one of the ring gears (**360**, **400**), nor binds against the sidewalls (**376**, **424**) of the clip grooves (**374**, **422**). In the example provided, the sidewalls (**376**, **424**) of the clip grooves (**374**, **422**) are spaced apart about 0.05 inch and the diameter of the wire forming the wire clips **522** is about 0.04 inch.

The tabs **526** of the wire clips **522** extend outwardly of the hollow cavity **212** into an associated one of the clip slots (**284**, **286**) that is formed into the transmission sleeve **200**. The tabs **526** are long enough so that they extend outwardly of the outer surface **258** of the body **214** of the transmission sleeve **200**, but not so far as to extend radially outwardly of the portion of the first clip slots **284** in the base **216** of the transmission sleeve **200**. Configuration of the wire clips **522** in this manner facilitates the assembly of the transmission assembly **16**, permitting the wire clips **522** to be installed to the second and third ring gears **360** and **400**, after which these assemblies are inserted into the hollow cavity **212** along the longitudinal axis of the transmission sleeve **200**.

With specific reference to FIGS. **13** and **27***a* through **27***c*, the rotary selector cam **520** is illustrated to include an arcuate selector body **530**, a switch tab **532** and a plurality of spacing members **534**. A pair of first cam slots **540***a* and **540***b*, a pair of second cam slots **544***a* and **544***b*, a spring aperture **546** and a guide aperture **548** are formed through the selector body **530**. The selector body **530** is sized to engage the outside diameter of the body portion **246** of the transmission sleeve **200** in a slip-fit manner. The guide aperture **548** is generally rectangular in shape and sized to engage the front and rear surfaces of the selector cam guide **250**. The guide aperture **548** is considerably wider than the width of the selector cam guide **250**, being sized in this manner to permit the rotary selector cam **520** to be rotated on the transmission sleeve **200** between a first rotational

position, a second rotational position and a third rotational position. The selector cam guide **250** and cooperates with the guide aperture **548** to limit the amount by which the rotary selector cam **520** can be rotated on the transmission sleeve **200**, with a first lateral side of the selector cam guide **250** contacting a first lateral side of the guide aperture **548** when the rotary selector cam **520** is positioned in the first rotational position, and a second lateral side of the selector cam guide **250** contacting a second lateral side of the guide aperture **548** when the rotary selector cam **520** is positioned in the third rotational position.

Each of the first cam slots **540***a* and **540***b* is sized to receive one of the tabs **526** of the wire clip **522** that is engaged to the second ring gear **360**. In the particular embodiment illustrated, first cam slot **540***a* includes a first segment **550**, a second segment **552** and an intermediate segment **554**. The first segment **550** is located a first predetermined distance away from a reference plane **558** that is perpendicular to the longitudinal axis of the rotary selector cam **520** and the second segment **552** is located a second distance away from the reference plane **558**. The intermediate segment **554** couples the first and second segments **550** and **552** to one another. The configuration of first cam slot **540***b* is identical to that of first cam slot **540***a*, except that it is rotated relative to the rotary selector cam **520** such that each of the first, second and intermediate segments **550**, **552** and **554** in the first cam slot **540***b* are located 180° apart from the first, second and intermediate segments **550**, **552** and **554** in the first cam slot **540***a*.

Each of the second cam slots **544***a* and **544***b* is sized to receive one of the tabs **526** of a corresponding one of the wire clips **522**. In the particular embodiment illustrated, second cam slot **544***a* includes a first segment **560**, a second segment **562**, a third segment **564** and a pair of intermediate segments **566** and **568**. The first and third segments **560** and **564** are located a third predetermined distance away from the reference plane and the second segment **562** is located a fourth distance away from the reference plane **558**. The intermediate segment **566***a* couples the first and second segments **560** and **562** to one another and the intermediate segment **568** couples the second and third segments **562** and **564** together. The configuration of second cam slot **544***b* is identical to that of second cam slot **544***a*, except that it is rotated relative to the rotary selector cam **520** such that each of the first, second, third and intermediate segments **560**, **562**, **564** and **566** and **568** in the second cam slot **544***b* are located 1800 apart from the first, second, third and intermediate segments **560**, **562**, **564** and **566** and **568** in the second cam slot **544***a*.

With the tabs **526** of the wire clips **522** engaged to the first cam slots **540***a* and **540***b* and the second cam slots **544***a* and **544***b*, the rotary selector cam **520** may be rotated on the transmission sleeve **200** between the first, second and third positions **500**, **502** and **504** to selectively engage and disengage the second and third ring gears **360** and **400** from the first and third reduction carriers **314** and **404**, respectively. During the rotation of the rotary selector cam **520**, the first cam slots **540***a* and **540***b* and the second cam slots **544***a* and **544***b* confine the wire tabs **526** of their associated wire clip **522** and cause the wire tabs **526** to travel along the longitudinal axis of the transmission sleeve **200** in an associated one of the first and second clip slots **284** and **286**. Accordingly, the rotary selector cam **520** is operative for converting a rotational input to an axial output that causes the wire clips **522** to move axially in a predetermined manner. A lubricant (not specifically shown) is applied to the lubricant grooves **252** formed into body portion **246** of the transmission sleeve

US 7,220,211 B2

13                                                              14

200 is employed to lubricate the interface between the transmission sleeve 200 and the rotary selector cam 520.

Positioning the rotary selector cam 520 in the first rotational position 500 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the first segment 550 of the first cam slots 540*a* and 540*b* and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the first segment 560 of the second cam slots 544*a* and 544*b*. Accordingly, positioning of the rotary selector cam 520 in the first rotational position 500 causes the second and third ring gears 360 and 400 to be positioned in meshing engagement with the second and third planet gears 362 and 402, respectively. Simultaneously with the meshing engagement of the second and third ring gears 360 and 400 with the second and third planet gears 362 and 402, the sleeve engagement teeth 370 and 418 of the second and third ring gears 360 and 400, respectively, are positioned in meshing engagement with the first and second sets of ring engagement teeth 254 and 256, respectively, to inhibit relative rotation between the second and third ring gears 360 and 400 and the transmission sleeve 200 to thereby provide the transmission assembly 16 with a first overall gear reduction or speed ratio 570 as shown in FIG. 23. Those skilled in the art will understand that the tip portion 272 of the teeth 268 of the first and second sets of ring engagement teeth 254 and 256 and the tip portions 372 and 420 of the sleeve engagement teeth 370 and 418, respectively, are rounded and tapered so as to improve their capability for meshing engagement in response to axial repositioning along a longitudinal axis of the transmission assembly 16.

Positioning the rotary selector cam 520 in the second rotational position 502 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the first segment 550 of the first cam slots 540*a* and 540*b* and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the second segment 562 of the second cam slots 544*a* and 544*b*. Accordingly, positioning of the rotary selector cam 520 in second rotational position causes the second ring gear 360 to be in meshing engagement with the second planet gears 362 and the third ring gear 400 to be in meshing engagement with both the third planet gears 402 and the third reduction carrier 404. Positioning of the rotary selector cam 520 in the second rotational position 502 also positions the sleeve engagement teeth 370 of the second ring gear 360 in meshing engagement with the first set of ring engagement teeth 254 while the sleeve engagement teeth 418 of the third ring gear 400 are not meshingly engaged with the second set of ring engagement teeth 256. As such, relative rotation between the second ring gear 360 and the transmission sleeve 200 is inhibited, while relative rotation between the third ring gear 400 and the transmission sleeve 200 is permitted to thereby provide the transmission assembly 16 with a second overall gear reduction or speed ratio 572 as illustrated in FIG. 24.

Positioning the rotary selector cam 520 in the third rotational position 504 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the second segment 552 of the first cam slots 540*a* and 540*b* and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the third segment 564 of the second cam slots 544*a* and 544*b*. Accordingly, positioning of the rotary selector cam 520 in the third rotational position 504 causes the second ring gear 360 to be in meshing engagement with both the second planet gears 362 and the first reduction carrier 314 while the

third ring gear 400 is in meshing engagement with only the third planet gears 402. Positioning the rotary selector cam 520 in the third rotational position 504 also positions the sleeve engagement teeth 370 on the second ring gear 360 out of meshing engagement with the first set of ring engagement teeth 254 and the sleeve engagement teeth 418 on the third ring gear 400 in meshing engagement with the second set of ring engagement teeth 256 to permit relative rotation between the second ring gear 360 and the transmission sleeve 200 and inhibit relative rotation between the third ring gear 400 and the transmission sleeve 200 to provide the transmission assembly 16 with a third overall gear reduction or speed ratio 574.

In the example shown in FIGS. 13, 27*b* and 28, the spring member 523 is formed from a flat rectangular piece of spring steel and includes a flattened Z-shaped portion 580 and a raised portion 584. The flattened Z-shaped portion 580 is configured to wrap around two reinforcement bars 586 that extend into the spring aperture 546, thereby permitting the raised portion 584 to be maintained at a predetermined position and also to transmit a spring force between the rotary selector cam 520 and the spring member 523. With additional reference to FIG. 28, the raised portion 584 of the spring member 523 is sized to engage internal notches 590 formed in the housing 592 of the output spindle assembly 20. Lands 594 that are circumferentially spaced from the rotary selector cam 520 are formed between the notches 590. When the output spindle assembly 20 is positioned over the transmission assembly 16 and the speed selector mechanism 60 is positioned in one of the first, second and third rotational positions 500, 502 and 504, the raised portion 584 of the spring member 523 engages an associated one of the notches 590. The force that is generated by the spring member 523 when the raised portion 584 is moved downwardly toward the rotary selector cam 520 in response to contact between the raised portion 584 and the land 594 acts to inhibit unintended rotation of the speed selector mechanism 60. Furthermore, placement of the raised portion 584 in a notch 590 provides the user with a tactile indication of the positioning of the rotary selector cam 520.

In the particular embodiment illustrated in FIGS. 13 and 27*c*, switch portion 510 is shown to include an arcuate band 600 having a raised hollow and rectangular selector button 602 formed therein. The arcuate band 600 is formed from a plastic material and is configured to conform to the outer diameter of the rotary selector cam 520. The open end of the selector button 602 is configured to receive the switch tab 532, thereby permitting the switch portion 510 and the rotary selector cam 520 to be coupled to one another in a fastenerless manner. The plurality of spacing members 534 are raised portions formed into the rotary selector cam 520 that are concentric to and extend radially outwardly from the selector body 530. The spacing members 534 elevate the arcuate band 600 to prevent the arcuate band from contacting the wire tabs 526 in the first cam slots 540*a* and 540*b*. The spacing members 534 may also be employed to selectively strengthen areas of the rotary selector cam 520, such as in the areas adjacent the first cam slots 540*a* and 540*b*.

Those skilled in the art will understand that the rotary selector cam 520 (i.e., the first cam slots 540*a* and 540*b* and the second cam slots 544*a* and 544*b*) could be configured somewhat differently so as to cause the second ring gear 360 meshingly engages both the second planet gears 362 and the first reduction carrier 314 while the third ring gear 400 meshingly engages both the third planet gears 402 and the

US 7,220,211 B2

15

16

third reduction carrier **404** to thereby providing the transmission assembly **16** with a fourth overall gear reduction or speed ratio.

Those skilled in the art will also understand that selector mechanisms of other configurations may be substituted for the selector mechanism **60** illustrated herein. These selector mechanisms may include actuators that are actuated via rotary or sliding motion and may include linkages, cams or other devices that are well known in the art to slide the second and third ring gears **360** and **400** relative to the transmission sleeve **200**. Those skilled in the art will also understand that as the second and third ring gears **360** and **400** are independently movable between the active and inactive modes (i.e., the placement of one of the second and third ring gears **360** and **400** does not dictate the positioning of the other one of the second and third ring gears **360** and **400**), the switch mechanism **60** could also be configured to position the second and third ring gears **360** and **400** independently of one another.

Clutch Mechanism

In FIGS. **23**, **26** and **28** through **30**, the clutch mechanism **18** is shown to include a clutch member **700**, an engagement assembly **702** and an adjustment mechanism **704**. The clutch member **700** is shown to be an annular structure that is fixed to the outer diameter of the first ring gear **310** and which extends radially outwardly therefrom. The clutch member **700** includes an arcuate clutch face **316** that is formed into the front face **318** of the first ring gear **310**. The outer diameter of the clutch member **700** is sized to rotate within the portion of the hollow cavity **212** that is defined by the base **216** of the transmission sleeve **200**. With specific brief reference to FIG. **29**, the clutch face **316** of the example illustrated is shown to be defined by a plurality of peaks **710** and valleys **712** that are arranged relative to one another to form a series of ramps that are defined by an angle of about 18°. Those skilled in the art will understand, however, that other clutch face configurations may also be employed, such as a sinusoidally shaped clutch face **316**' (FIG. **29***a*).

While the first ring gear **310** and the clutch member **700** have been illustrated as a one piece (i.e., unitarily formed) construction, those skilled in the art will understand that they may be constructed otherwise. One such embodiment is illustrated in FIG. **29***b* wherein the first ring gear **310**' is shown to include an annular collar **1000** and a plurality of tab apertures **1002**. The annular collar **1000** is illustrated to include a plurality of ramps **1004** that have dual sloping sides, but is otherwise flat. The first ring gear **310**' is otherwise identical to the first ring gear **310**. An annular damper **1008** abuts the annular collar **1000** and includes a plurality of tab members **1010** that engage the tab apertures **1002** in the first ring gear **310**' to prevent the damper **1008** from rotating relative to the first ring gear **310**'. The damper **1008** includes a body portion **1012** that is configured to match the contour of the annular collar **1000** and as such, includes a plurality of mating ramped portions **1014** that are configured to engage each of the ramps **1004**. The damper **1008** is formed from a suitable impact dampening material, such as acetyl. The clutch member **700**', which is an annular member that is formed from a wear resistant material, such as hardened 8620 steel, is disposed over the damper **1008**. Like the damper **1008**, the clutch member **700**' includes a plurality of tab members **1020**, which lock into the tab apertures **1002** to prevent rotation relative to the first ring gear **310**', and a plurality of mating ramped portions **1022**. The mating ramped portions **1022** of the clutch member **700**', however, matingly engage the mating ramped portions

**1014** of the damper **1008**. While the construction in this manner is more expensive relative to the previously described embodiment, it is more tolerant of high impact forces that are associated with the operation of the clutch mechanism **18**.

In the particular embodiment illustrated, the engagement assembly **702** includes a pin member **720**, a follower spring **722** and a follower **724**. The pin member **720** includes a cylindrical body portion **730** having an outer diameter that is sized to slip-fit within the second portion **278** of the actuator aperture **274** that is formed into the pin housing portion **248** of the transmission sleeve **200**. The pin member **720** also includes a tip portion **732** and a head portion **734**. The tip portion **732** is configured to engage the adjustment mechanism **704** and in the example shown, is formed into the end of the body portion **730** of the pin member **720** and defined by a spherical radius. The head portion **734** is coupled to the end of the body portion **730** opposite the tip portion **732** and is shaped in the form of a flat cylinder or barrel that is sized to slip fit within the first portion **276** of the actuator aperture **274**. Accordingly, the head portion **734** prevents the pin member **720** from being urged forwardly out of the actuator aperture **274**.

The follower spring **722** is a compression spring whose outside diameter is sized to slip fit within the first portion **276** of the actuator aperture **274**. The forward end of the follower spring **722** contacts the head portion **734** of the pin member **720**, while the opposite end of the follower spring **722** contacts the follower **724**. The end portion **740** of the follower **724** is cylindrical in shape and sized to slip fit within the inside diameter of the follower spring **722**. In this regard, the end portion **740** of the follower acts as a spring follower to prevent the follower spring **722** from bending over when it is compressed. The follower **724** also includes a follower portion **744** having a cylindrically shaped body portion **746**, a tip portion **748** and a flange portion **750**. The body portion **746** is sized to slip fit within the first portion **276** of the actuator aperture **274**. The tip portion **748** is configured to engage the clutch face **316** and in the example shown, is formed into the end of the body portion **746** of the follower **724** and defined by a spherical radius. The flange portion **750** is formed at the intersection between the body portion **746** and the end portion **740**. The flange portion **750** is generally flat and configured to receive a biasing force that is exerted by the follower spring **722**.

The adjustment mechanism **704** is also shown to include an adjustment structure **760** and a setting collar **762**. The adjustment structure **760** is shaped in the form of a generally hollow cylinder that is sized to fit a housing portion **766** of the output spindle assembly **20**. The adjustment structure **760** includes an annular face **768** into which an adjustment profile **770** is formed. The adjustment profile **770** includes a first adjustment segment **772**, a last adjustment segment **774**, a plurality of intermediate adjustment segments **776** and a ramp section **778** between the first and last adjustment segments **772** and **774**. In the embodiment illustrated, a second ramp section **779** is included between the last intermediate adjustment segment **776***z* and the last adjustment segment **774**. Also in the particular embodiment illustrated, the portion of the adjustment profile **770** from the first adjustment segment **772** through the last one of the intermediate adjustment segments **776***z* is formed as a ramp having a constant slope. Accordingly, a follower **780** that is coupled to the housing portion **766** of the output spindle assembly **20** is biased radially outwardly toward the inside diameter of the adjustment structure **760** where it acts

US 7,220,211 B2

17

against the plurality of detents **782** that are formed into the adjustment mechanism **704** (e.g., in the setting collar **762**). The follower **724** and plurality of detents **782** cooperate to provide the user of tool **10** with a tactile indication of the position of the adjustment profile **770** as well as inhibit the free rotation of the adjustment structure **760** so as to maintain the position of the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**.

The setting collar **762** is coupled to the exterior of the adjustment structure **760** and includes a plurality of raised gripping surfaces **790** that permit the user of the tool **10** to comfortably rotate both the setting collar **762** and the adjustment structure **760** to set the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**. A setting indicator **792** is employed to indicate the position of the adjustment profile **770** relative to the housing portion **766** of the output spindle assembly **20**. In the example provided, the setting indicator **792** includes an arrow **794** formed into the housing portion **766** of the output spindle assembly **20** and a scale **796** that is marked into the circumference of the setting collar **762**.

During the operation of the tool **10**, an initial drive torque is transmitted by the motor pinion **46** from the motor assembly **14** to the first set of planet gears **312** causing the first set of planet gears **312** to rotate. In response to the rotation of the first set of planet gears **312**, a first intermediate torque is applied against the first ring gear **310**. Resisting this torque is a clutch torque that is applied by the clutch mechanism **18**. The clutch torque inhibits the free rotation of the first ring gear **310**, causing the first intermediate torque to be applied to the first reduction carrier **314** and the remainder of the reduction gearset assembly **202** so as to multiply the first intermediate torque in a predetermined manner according to the setting of the switch mechanism **60**. In this regard, the clutch mechanism **18** biases the first reduction gearset **302** in the active mode.

The magnitude of the clutch torque is dictated by the adjustment mechanism **704**, and more specifically, the relative height of the adjustment segment **772**, **774** or **776** that is in contact with the tip portion **732** of the pin member **720**. Positioning of the adjustment mechanism **704** at a predetermined one of the adjustment segments **772**, **774** or **776** pushes the pin member **720** rearwardly in the actuator aperture **274**, thereby compressing the follower spring **722** and producing a clutch force. The clutch force is transmitted to the flange portion **750** of the follower **724**, causing the tip portion **748** of the follower **724** to engage the clutch face **316** and generating the clutch torque. Positioning of the tip portion **748** of the follower **724** in one of the valleys **712** in the clutch face **316** operates to inhibit rotation of the first ring gear **310** relative to the transmission sleeve **200** when the magnitude of the clutch torque exceeds the first intermediate torque. When the first intermediate torque exceeds the clutch torque, however, the first ring gear **310** is permitted to rotate relative to the transmission sleeve **200**. Depending upon the configuration of the clutch face **316**, rotation of the first ring gear **310** may cause the clutch force to increase a sufficient amount to resist further rotation. In such situations, the first ring gear **310** will rotate in an opposite direction when the magnitude of the first intermediate torque diminishes, permitting the tip portion **748** of the follower **724** to align in one of the valleys **712** in the clutch face **316**. If rotation of the first ring gear **310** does not cause the clutch force to increase sufficiently so as to fully resist rotation of the first ring gear **310**, the first reduction gearset **302** will be

18

inactivated wherein the first ring gear **310** will rotate so as to limit the transmission of torque to the first reduction carrier **314**.

Configuration of the clutch mechanism **18** in this manner is highly advantageous in that the clutch torque is sized to resist the first intermediate torque, as opposed to the output torque of the tool **10** that is generated by the multi-reduction transmission assembly **16** and transmitted through the chuck **22**. In this regard, the clutch mechanism **18** may be sized in a relatively small manner, thereby improving the ability with which it can be incorporated or packaged into the tool **10**. Furthermore, as the speed or gear ratios are changed after or down stream of the first ring gear **310**, the clutch mechanism **18** is operable over a relatively large span of output torques. In comparison with conventional clutch mechanisms that operate to limit the output torque of a transmission, these devices are typically operable over a relatively narrow torque band, necessitating a change in their clutch spring if a considerable shift in the magnitude of the output torque is desired. In contrast, the clutch mechanism **18** of the present invention can accommodate a considerable shift in the magnitude of the output torque of the tool **10** by simply operating the transmission assembly **16** in a different (i.e., lower or higher) gear ratio.

In the operation of rotary power tools such as tool **10**, it is frequently desirable to change between two clutch settings, as when the tool **10** is used to both drill a hole and thereafter install a screw in that hole. Accordingly, the adjustment mechanism **704** may be rotated relative to the output spindle assembly **20** to position the adjustment mechanism **704** at a desired one of the adjustment segments **772**, **774** and **776** to perform the first operation and thereafter rotated to a second one of the adjustment segments **772**, **774** and **776** to perform the second operation. In contrast to the known clutch arrangements, the adjustment mechanism **704** of the present invention is configured such that the adjustment structure **760** and the setting collar **762** are rotatable through an angle of 360°. Assuming the adjustment structure **760** to be positioned at an intermediate adjustment segment **776**x, rotation of the adjustment mechanism **704** through an angle of 360° would rotate the adjustment structure **760** past the other intermediate adjustment segments **776**, as well as the first and last adjustment segments **772** and **774** and the ramp section **778** such that the adjustment structure **760** would again be positioned at the intermediate adjustment segment **776**x. The feature is especially convenient when it is necessary to change the clutch setting between a relatively high clutch setting and a relatively low clutch setting. In this regard, the ramp section **778** permits the setting collar **762** (and adjustment structure **760**) to be rotated from highest clutch setting, corresponding to the last adjustment segment, to the lowest clutch setting, corresponding to the first clutch setting, without positioning the clutch mechanism **18** in one of the intermediate clutch settings. Accordingly, the user of the tool **10** is able to vary the clutch setting from its maximum setting to its minimum setting (and vice versa) by rotating the setting collar **762** a relatively small amount.

While the adjustment profile **770** has been described thus far as having a constant slope, those skilled in the art will appreciate that the invention, in its broader aspects, may be constructed somewhat differently. For example, the adjustment profile **770**′ may be formed such that each of the first, last and intermediate adjustment segments **772**′, **774**′ and **776**′ is detented as illustrated in FIG. **31**. In this arrangement, the detents **782** in the adjustment structure **760** and the follower **780** in the housing portion **766** of the output spindle

19

20

assembly **20** are unnecessary as the adjustment segments **772'**, **774'** and **776'** will cooperate with the engagement **702** to provide the user of the tool **10** with a tactile indication of the position of the adjustment profile **770'**, as well as inhibit the free rotation of the adjustment structure **760**.

Another example is illustrated in FIG. **32** wherein the adjustment profile **770''** is generally similar to the adjustment profile **770** except that the ramp section **779** has been omitted so that the last intermediate adjustment segment **776z** is immediately adjacent the last adjustment segment **774**.

While the invention has been described in the specification and illustrated in the drawings with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention as defined in the claims. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment illustrated by the drawings and described in the specification as the best mode presently contemplated for carrying out this invention, but that the invention will include any embodiments falling within the description of the appended claims.

What is claimed is:

**1**. A portable power tool comprising:

a housing;

a motor;

a driven member;

a transmission at least partially received in the housing, the transmission receiving torque from the motor and outputting torque to drive the driven member, the transmission including a plurality of planetary gear sets and being selectively operated in at least three overall speed reduction ratios, at least three of the planetary gear sets transmitting torque between the motor and the driven member in each of the at least three overall speed reduction ratios, wherein at least two of the plurality of planetary gear sets are operable in an active mode for performing a speed reduction and torque multiplication operation and in at least one of the at least three overall speed reduction ratios; and

a speed selector having only one switch member and an actuator, the only one switch member forming a portion of an exterior of the portable power tool and being slidably movable between a first position, a second position and a third position, the actuator coupling the only one switch member and the transmission, the actuator being movable in response to movement of the only one switch member to cause the transmission to operate in a speed reduction ratio corresponding to a position in which the only one switch member is disposed.

**2**. The portable power tool of claim **1**, wherein the plurality of planetary gear sets includes a first gear set, a second gear set and a third gear set, wherein the first gear set includes a planet carrier and a plurality of planet gears, the planet carrier supporting the planet gears, the second gear set including a ring gear that is not in meshing engagement with the planet gears of the first gear set, the third gear set having a ring gear.

**3**. The portable power tool of claim **2**, wherein the ring gear of the second gear set may be selectively non-rotatably coupled to the housing to inhibit relative rotation therebetween.

**4**. The portable power tool of claim **3**, wherein the ring gear of the second gear set may be selectively coupled to the planet carrier of the first gear set for rotation therewith.

**5**. The portable power tool of claim **3**, wherein the ring gear of the second gear set is movable between a position where it is non-rotatably coupled to the housing and another position where it is coupled for rotation with the planet carrier of the first gear set.

**6**. The portable power tool of claim **2**, wherein torque is transmitted from the first gear set to the second gear set and from the second gear set to the third gear set.

**7**. The portable power tool of claim **2**, wherein the ring gear of the third gear set may be selectively non-rotatably coupled to the housing to inhibit relative rotation therebetween.

**8**. The portable power tool of claim **7**, wherein the ring gear of the third gear set is movable between a position where it is non-rotatably coupled to the housing and another position wherein it is rotatable relative to the housing.

**9**. The portable power tool of claim **7**, wherein the ring gear of the second gear set may be selectively non-rotatably coupled to the housing to inhibit relative rotation therebetween.

**10**. The portable power tool of claim **9**, wherein the ring gear of the second gear set may be selectively coupled to the planet carrier of the first gear set for rotation therewith.

**11**. The portable power tool of claim **9**, wherein the ring gear of the second gear set is movable between a position where it is non-rotatably coupled to the housing and another position where it is coupled for rotation with the planet carrier of the first gear set.

**12**. The portable power tool of claim **1**, wherein the actuator includes a first actuator member and a second actuator member, the first actuator member coupling the only one switch member and the second actuator member, the second actuator member engaging a movable member of the transmission, the movable member of the transmission being axially movable into a plurality of positions, each of the positions affecting operation of at least one of the first, second and third gear sets.

**13**. The portable power tool of claim **12**, wherein the movable member of the transmission includes a circumferentially extending groove and wherein a portion of the second actuator member is received in the circumferentially extending groove.

**14**. The portable power tool of claim **13**, wherein the movable member of the transmission is the ring gear of the second gear set or the ring gear of the third gear set.

**15**. The portable power tool of claim **14**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**16**. The portable power tool of claim **15**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**17**. The portable power tool of claim **13**, wherein the second actuator member is a wire clip having a body portion and a pair of tab members that are disposed on opposite sides of the body portion.

21

**18**. The portable power tool of claim **17**, wherein the body portion is received in the circumferentially extending groove.

**19**. The portable power tool of claim **13**, wherein the first actuator member is guided by the housing as the only one switch member is moved between the first, second and third positions.

**20**. The portable power tool of claim **17**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**21**. The portable power tool of claim **13**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**22**. The portable power tool of claim **12**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**23**. The portable power tool of claim **12**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**24**. The portable power tool of claim **23**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**25**. The portable power tool of claim **1**, wherein the actuator includes a first actuator member that extends about a majority of a diameter of the transmission, the first actuator member engaging the only one switch member.

**26**. The portable power tool of claim **25**, wherein the actuator includes a second actuator member that engages the first actuator member and a movable member of the transmission, the movable member of the transmission being axially movable into a plurality of positions, each of the positions affecting operation of at least one of the first, second and third gear sets.

22

**27**. The portable power tool of claim **26**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**28**. The portable power tool of claim **27**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**29**. The portable power tool of claim **1**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**30**. The portable power tool of claim **2**, wherein a plurality of teeth are formed on an interior surface of the housing, the teeth being employed to selectively non-rotatably couple the ring gear of the second gear set to the housing.

**31**. The portable power tool of claim **2**, wherein a plurality of teeth are formed on an interior surface of the housing, the teeth being employed to selectively non-rotatably couple the ring gear of the third gear set to the housing.

**32**. The portable power tool of claim **1**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**33**. The portable power tool of claim **32**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**34**. A portable power tool comprising:

a housing;

a motor having a motor output member;

a driven member;

a transmission in the housing, the transmission being configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member, the transmission having a plurality of planetary transmission stages, wherein an axially-translatable member of the transmission may be positioned in a first condition, in which at least one of the planetary transmission stages is operable in an active mode, and a second position in which at least one of the planetary transmission stages is operable in another mode that is different from the active mode, and wherein the transmission is operable in at least three overall speed reduction ratios, at least three of the planetary transmission stages transmitting torque between the motor output member and the

US 7,220,211 B2

23

driven member in each of the at least three overall speed reduction ratios; and

a speed selector having a only one switch member and an actuator, the only one switch member forming a portion of an exterior of the portable power tool, the actuator coupling the only one switch member to the transmission and coordinating movement of the only one switch member with movement of the axially-translatable member of the transmission to cause the transmission to operate in an associated one of the at least three overall speed reduction ratios, the actuator being guided by the housing as the only one switch member is moved

wherein one of the housing and the actuator includes a guide member and the other one of the housing and the actuator includes a guide slot into which the guide member is received, the guide member not engaging a ring gear of the transmission.

**35**. The portable power tool of claim **34**, wherein the another mode is a mode in which a speed and a torque of an output of the at least one of the planetary transmission stages is about equal to a speed and a torque, respectively, of an input to the at least one of the planetary transmission stages.

**36**. The portable power tool of claim **34**, wherein the axially-translatable member of the transmission is non-rotatably coupled to the housing when the at least one of the planetary transmission stages is operated in the active mode.

**37**. The portable power tool of claim **34**, wherein the transmission operates in a first speed reduction ratio when the only one switch member is in a first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in a second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in a third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**38**. The portable power tool of claim **37**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**39**. The portable power tool of claim **34**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**40**. The portable power tool of claim **34**, wherein the axially-translatable member of the transmission is an annular structure having a plurality of internal teeth that meshingly engage teeth formed onto another member of the transmission when the at least one of the planetary transmission stages is operated in the another mode.

**41**. The portable power tool of claim **40**, wherein the another member of the transmission is a planet carrier.

**42**. The portable power tool of claim **40**, wherein the annular structure includes a plurality of external teeth that meshingly engage teeth coupled to the housing when the at least one of the planetary transmission stages is operated in the active mode.

**43**. The portable power tool of claim **42**, wherein the actuator includes a first actuator member and a second actuator member, the first actuator member coupling the only one switch member to the second actuator member, the second actuator member engaging the annular structure.

**44**. The portable power tool of claim **43**, wherein the annular structure includes a circumferentially extending groove and wherein a portion of the second actuator member is received in the circumferentially extending groove.

24

**45**. The portable power tool of claim **44**, wherein the second actuator member is a wire clip having a body portion and a pair of tab members that are disposed on opposite sides of the body portion.

**46**. The portable power tool of claim **45**, wherein the body portion is received in the circumferentially extending groove.

**47**. The portable power tool of claim **44**, wherein the first actuator member extends about a majority of a diameter of the transmission.

**48**. The portable power tool of claim **44**, wherein the annular structure is a ring gear.

**49**. The portable power tool of claim **42**, wherein the annular structure is a ring gear.

**50**. The portable power tool of claim **34**, wherein the actuator includes a first actuator member and a second actuator member, the first actuator member extending circumferentially about at least a majority of the transmission, the second actuator member being received in a groove that is formed in the axially-translatable member of the transmission.

**51**. The portable power tool of claim **34**, further comprising a handle housing, the handle housing being formed by a pair of clam shells that cooperate to define a handle, the housing being received in the handle housing.

**52**. A portable power tool comprising:

a housing;

a motor;

a driven member;

a transmission at least partially received in the housing, the transmission receiving torque from the motor and outputting torque to drive the driven member, the transmission including a plurality of planetary gear sets and being selectively operated in at least three overall speed reduction ratios, at least three of the planetary gear sets transmitting torque between the motor and the driven member in each of the at least three overall speed reduction ratios, wherein at least two of the plurality of planetary gear sets are operable in an active mode for performing a speed reduction and torque multiplication operation and in at least one of the at least three overall speed reduction ratios; and

a speed selector having a only one switch member that forms a portion of an exterior of the portable power tool, the only one switch member being slidably movable between a first position, a second position and a third position;

wherein the transmission operates in a first speed reduction ratio when the only one switch member is in the first position, wherein the transmission operates in a second speed reduction ratio when the only one switch member is in the second position, wherein transmission operates in a third speed reduction ratio when the only one switch member is in the third position, wherein the second speed reduction ratio is intermediate the first and third speed reduction ratios, and wherein the second position is intermediate the first and third positions.

**53**. The portable power tool of claim **52**, wherein the only one switch member is rotatable about a longitudinal axis of the transmission.

**54**. The portable power tool of claim **52**, wherein movement of the only one switch member between the first and third positions coordinates movement of at least one axially-translatable member of the transmission.

**55**. The portable power tool of claim **54**, wherein the at least one axially-translatable member of the transmission includes an annular structure.

US 7,220,211 B2

25

26

**56**. The portable power tool of claim **55**, wherein the annular structure has a plurality of internal teeth that meshingly engage teeth formed onto another member of the transmission when the at least one of the planetary gear sets is operated in another mode that is different from the active mode.

**57**. The portable power tool of claim **56**, wherein the another member of the transmission is a planet carrier.

**58**. The portable power tool of claim **56**, wherein the annular structure includes a plurality of external teeth that meshingly engage teeth coupled to the housing when the at least one of the planetary gear sets is operated in the active mode.

**59**. The portable power tool of claim **58**, wherein the actuator includes a first actuator member and a second actuator member, the first actuator member coupling the only one switch member to the second actuator member, the second actuator member engaging the annular structure.

**60**. The portable power tool of claim **59**, wherein the annular structure includes a circumferentially extending groove and wherein a portion of the second actuator member is received in the circumferentially extending groove.

**61**. The portable power tool of claim **60**, wherein the second actuator member is a wire clip having a body portion and a pair of tab members that are disposed on opposite sides of the body portion.

**62**. The portable power tool of claim **61**, wherein the body portion is received in the circumferentially extending groove.

**63**. The portable power tool of claim **60**, wherein the first actuator member extends about a majority of a diameter of the transmission.

**64**. The portable power tool of claim **60**, wherein the annular structure is a ring gear.

**65**. The portable power tool of claim **64**, wherein the at least one axially-translatable member of the transmission includes a second ring gear.

**66**. The portable power tool of claim **58**, wherein the annular structure is a ring gear.

**67**. The portable power tool of claim **66**, wherein the at least one axially-translatable member of the transmission includes a second ring gear.

**68**. The portable power tool of claim **52**, wherein at least one of the planetary gear sets is in an inactive mode in at least one of the three speed ratios.

\* \* \* \* \*

EXHIBIT C

(12) **United States Patent**       (10) **Patent No.:**      **US 6,984,188 B2**

Potter et al.                       (45) **Date of Patent:**      *Jan. 10, 2006

(54) **MULTISPEED POWER TOOL TRANSMISSION**

(75) Inventors: **Christine Potter**, Baltimore, MD (US);
**Rodney Milbourne**, Abingdon, MD
(US); **Todd A. Hagan**, Windsor, PA
(US); **Michael C. Bowers**, Littlestown,
PA (US)

(73) Assignee: **Black & Decker Inc.**, Newark, DE
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/384,809**

(22) Filed: **Mar. 10, 2003**

(65) **Prior Publication Data**

US 2003/0171185 A1     Sep. 11, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/964,078, filed on Sep.
26, 2001, now Pat. No. 6,676,557.

(60) Provisional application No. 60/263,379, filed on Jan.
23, 2001.

(51) **Int. Cl.**
*F16H 37/08*        (2006.01)
(52) **U.S. Cl.** ...................... **475/298**; 475/263; 475/264;
475/265; 475/270; 475/275; 475/279; 475/286;
475/299; 475/305; 475/317; 475/320; 475/330;
192/56.61; 192/17 R; 192/56.56; 192/24;
192/3.52; 192/48.91; 173/178; 173/216; 173/217;
173/47; 173/48

(58) **Field of Classification Search** ................ 475/298,
475/286, 264, 263, 299, 265, 279, 290, 270,
475/275, 305, 317, 320, 330; 192/56.56,
192/56.61, 17 R, 24, 3.52, 48.91; 464/38;
173/178, 216, 217, 47, 48
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,228,472 A     6/1917  Olson
1,404,984 A     1/1922  Lower

(Continued)

FOREIGN PATENT DOCUMENTS

DE         37 20 633      1/1988

(Continued)

OTHER PUBLICATIONS

FESTO Catalogue 96/97, pp. 1 through 4 and 10 through 19.

(Continued)

*Primary Examiner*—Rodney H. Bonck
*Assistant Examiner*—David D. Le
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce,
P.L.C.

(57)       **ABSTRACT**

A multi-speed transmission assembly for a rotary power
tool. The transmission assembly includes a plurality of
transmission stages, with at least two of the transmission
stages employing a movable reduction element that permits
the transmission stage to be operated in an active mode and
an inactive mode. The movable reduction elements are
coupled to a switching mechanism that switches the reduc-
tion elements in a predetermined manner to provide at least
three-gear reduction or speed ratios.

**30 Claims, 23 Drawing Sheets**



US 6,984,188 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,514,872 | A | 11/1924 | Starr |
| 1,693,139 | A | 11/1928 | Dietsche |
| 1,792,484 | A | 2/1931 | Fawick |
| 1,909,330 | A | 5/1933 | Banker |
| 2,137,778 | A | 11/1938 | McCullough |
| 2,331,684 | A | 10/1943 | Henningsen |
| 2,848,908 | A | 8/1958 | Hollis |
| 2,911,854 | A | 11/1959 | Fabian |
| 3,055,236 | A | 9/1962 | Born, Jr. |
| 3,127,801 | A | 4/1964 | Binns |
| 3,774,476 | A | 11/1973 | Sohnlein et al. |
| 3,872,742 | A | 3/1975 | States |
| 3,878,926 | A | 4/1975 | Adachi |
| 3,901,104 | A | 8/1975 | Sims |
| 4,178,813 | A | 12/1979 | Smemo |
| 4,274,023 | A | 6/1981 | Lamprey |
| 4,274,304 | A | 6/1981 | Curtiss |
| 4,366,871 | A | 1/1983 | Dieterle et al. |
| 4,418,766 | A * | 12/1983 | Grossmann ................. 173/13 |
| 4,448,098 | A | 5/1984 | Totsu |
| 4,453,430 | A * | 6/1984 | Sell ............................. 475/116 |
| 4,493,223 | A | 1/1985 | Kishi et al. |
| 4,536,688 | A * | 8/1985 | Roger ......................... 318/490 |
| 4,569,252 | A | 2/1986 | Harper |
| 4,585,077 | A | 4/1986 | Bergler |
| 4,617,837 | A | 10/1986 | Kataoka et al. |
| 4,621,541 | A * | 11/1986 | Takahashi ................... 475/146 |
| 4,641,551 | A | 2/1987 | Pascaloff |
| 4,651,580 | A | 3/1987 | Deane |
| 4,710,071 | A | 12/1987 | Koehler et al. |
| 4,757,598 | A | 7/1988 | Redman |
| 4,772,765 | A | 9/1988 | Markle et al. |
| 4,791,833 | A | 12/1988 | Sakai et al. |
| 4,842,078 | A * | 6/1989 | Hansson ..................... 173/178 |
| 4,869,131 | A | 9/1989 | Ohmori |
| 4,875,528 | A | 10/1989 | Thackston |
| 4,892,013 | A * | 1/1990 | Satoh ......................... 475/266 |
| 4,908,926 | A * | 3/1990 | Takeshima et al. ...... 29/407.02 |
| 5,005,682 | A | 4/1991 | Young et al. |
| 5,019,023 | A | 5/1991 | Kurosawa |
| 5,050,291 | A * | 9/1991 | Gilmore ...................... 29/560 |
| 5,159,986 | A | 11/1992 | Höser |
| 5,176,593 | A | 1/1993 | Yasui et al. |
| 5,277,527 | A | 1/1994 | Yokota et al. |
| 5,282,510 | A | 2/1994 | Pacher |
| 5,301,565 | A * | 4/1994 | Weismann al. ........ 74/336 R |
| 5,339,908 | A * | 8/1994 | Yokota et al. ............. 173/216 |
| 5,451,127 | A * | 9/1995 | Chung ......................... 408/20 |
| 5,550,416 | A * | 8/1996 | Fanchang et al. ............ 310/83 |
| 5,551,927 | A | 9/1996 | Enzmann et al. |
| 5,573,074 | A | 11/1996 | Thames et al. |
| 5,598,911 | A | 2/1997 | Joachim et al. |
| 5,601,491 | A | 2/1997 | Chan |
| 5,692,575 | A | 12/1997 | Hellstrom |
| 5,704,433 | A | 1/1998 | Bourner et al. |
| 5,730,232 | A | 3/1998 | Mixer |
| 5,842,527 | A | 12/1998 | Arakawa et al. |
| 5,897,454 | A * | 4/1999 | Cannaliato ................... 475/265 |
| 5,903,462 | A * | 5/1999 | Wagner et al. .............. 700/168 |
| 5,967,934 | A | 10/1999 | Ishida et al. |
| 6,062,114 | A | 5/2000 | Rahm |
| 6,070,675 | A | 6/2000 | Mayer et al. |
| 6,076,438 | A | 6/2000 | Rahm |
| 6,086,502 | A | 7/2000 | Chung |
| 6,093,128 | A | 7/2000 | Seith |
| 6,142,242 | A * | 11/2000 | Okumura et al. ............. 173/48 |
| 6,305,481 | B1 * | 10/2001 | Yamazaki et al. .......... 173/178 |
| 6,431,289 | B1 * | 8/2002 | Potter et al. .................. 173/47 |
| 6,457,535 | B1 | 10/2002 | Tanaka |
| 2004/0211576 | A1 * | 10/2004 | Milbourne et al. .......... 173/48 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 39 04 085 | 11/1990 |
| DE | 40 38 226 | 6/1992 |
| DE | 40 38 502 | 2/1994 |
| DE | 44 06 018 | 4/1995 |
| DE | 42 13 291 | 12/1997 |
| DE | 199 03 863 | 8/2000 |
| EP | 88101883.2 | 2/1988 |
| EP | 0 787 931 | 1/1997 |
| EP | 0 519 121 | 4/1997 |
| FR | 1 072 143 | 9/1954 |
| GB | 2 102 515 | 2/1983 |
| JP | 49-56 276 | 5/1974 |
| JP | 57-139 330 | 8/1982 |
| JP | 58-4 308 | 1/1983 |
| JP | 60-34 275 | 2/1985 |
| JP | 62-224 584 | 10/1987 |
| JP | 63-96 354 | 6/1988 |
| JP | 06320435 A * | 11/1994 |
| WO | WO 97/33721 | 9/1997 |
| WO | WO 99/16585 | 4/1999 |
| WO | WO 00/23727 | 4/2000 |

## OTHER PUBLICATIONS

FESTOOL Festo Tooltechnic CDD 9,6ES Exploded View (457 895 / 10.99).

Tools of the Trade Online: Stop The Pain (Spring 1998).

* cited by examiner



*Figure - 1*



*Figure - 2*



*Figure - 3*

*Figure - 4*



*Figure - 5*

*Figure - 6*



*Figure - 7*



*Figure - 8*



*Figure - 9*



*Figure - 10*

*Figure - 11*



*Figure - 12*



*Figure - 13*



*Figure - 13a*



*Figure - 13b*



*Figure - 14*

*Figure - 15*



*Figure - 16*

*Figure - 17*



*Figure - 18*



*Figure - 19*

*Figure - 20*



*Figure - 21*

*Figure - 22*



*Figure - 23*



*Figure - 24*



*Figure - 25*



*Figure - 26*

*Figure - 27a*



*Figure - 27b*



*Figure - 27c*



Figure - 28

Figure - 29



*Figure - 29a*

316'



*Figure - 29b*



*Figure - 30*



*Figure - 31*



*Figure - 32*

US 6,984,188 B2

## MULTISPEED POWER TOOL TRANSMISSION

### PRIORITY & CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 09/964,078filed Sep. 26, 2001 now U.S. Pat. No. 6,676,557 entitled First Stage Clutch, which claims the benefit of U.S. Provisional Application No. 60/263,379, filed Jan. 23, 2001. Other features of the present invention are discussed and claimed in commonly assigned U.S. Pat. No. 6,431,289 issued Aug. 13, 2002, as well as commonly assigned copending U.S. application Ser. No. 09/965,108 entitled 360 Degree Clutch Collar and U.S. application Ser. No. 09/963,905 entitled Housing with Functional Overmold Member.

### BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates generally to power tools such as rotatable drills, power screwdrivers, and rotatable cutting devices. More particularly, the present invention relates to a transmission for a multi-speed transmission for a rotary power tool.

2. Discussion

Modernly, manufacturers of power tools have introduced rotary power tools that have variable speed motors in an attempt to permit the users of these tools with sufficient control over the output speed of the tool so as to permit them to perform diverse operations without resort to additional, specialized tools. Many of the tools that are commercially available include a three-stage, two-speed transmission that permits even greater control over speeds of these tools.

Typically, the known transmission arrangements have lacked a transmission arrangement that could produce a wide range of output speeds and torques that would permit the tool to perform diverse operations such as drilling holes with a large diameter hole saw, installing drywall screws or large diameter lag screws, and performing high-speed drilling operations. The single or dual speed transmissions that were generally employed in these tools typically did not have sufficient speed reducing capacity to permit these transmissions to be diversely employed as configuring these tools for high torque operations tended to impair their high speed performance. Furthermore, the rechargeable batteries that were employed in many of the early cordless rotary power tools were not well suited for use in low-speed, high torque operations due to the amount of energy that is consumed and the rate with which the energy is consumed by the power tool during such operations. Consequently, consumers were often forced to purchase two different rotary power tools, a medium-duty tool for "standard" applications such as drilling and fastening, and a heavy-duty tool having a low-speed, high torque output for more demanding tasks.

With the advent of the modern high capacity, high voltage battery, it is now possible to meet the energy demands of a power tool that is used in low-speed, high torque operations. There remains, however, a need in the art for a power tool transmission having a relatively large range in its speed reducing capacity.

### SUMMARY OF THE INVENTION

In one preferred form, the present invention provides a drive train for a power tool. The drive train includes a housing, a transmission and a speed selector mechanism. The transmission has first, second and third reduction gear sets, with two of the reduction gear sets being configured to operate in an active mode for performing a speed reduction and torque multiplication operation and an inactive mode. The speed selector mechanism has a switch portion that is coupled to the housing for movement between first, second and third positions and an actuator portion that is coupled to the transmission. The actuator portion is configured to move two of the reduction gear sets between the active and inactive modes in response to movement of the switch portion between the first, second and third positions.

In another preferred form, the present invention provides a transmission assembly for transmitting torque to an output shaft in a power tool. The transmission assembly includes a housing, a first transmission portion and a second transmission portion. The housing includes a wall member that defines a transmission bore. The first transmission portion has a first input member, a first output member and a first reduction element. The first input member is configured to receive a first intermediate output torque and the first output member configured to output a second intermediate output torque. The first reduction element operable in a first condition wherein the first transmission portion multiplies the first intermediate output torque by a predetermined first amount. The first reduction element further operable in a second condition wherein the first transmission portion multiplies the first intermediate output torque by a predetermined second amount. The second transmission portion includes a second input member, a second output member and a second reduction element. The second input member is configured to receive the second intermediate output torque and the second output member configured to output an output torque to the output shaft. The second reduction element operable in a first condition wherein the second transmission portion multiplies the second intermediate output torque by a predetermined third amount. The second reduction element further operable in a second condition wherein the second transmission portion multiplies the second intermediate output torque by a predetermined fourth amount.

In yet another preferred form, the present invention provides a power tool having a motor and a transmission. The motor has an output shaft and produces an input torque. The transmission assembly has a housing having a wall member that defines a transmission bore and a transmission having first, second and third planetary gear sets. The first planetary gear set has a first ring gear, a first sun gear and a first planet gear assembly. The first planet gear assembly has a first planet carrier and a plurality of first planet gears. The first planet carrier rotatably coupled to the first sun gear. The first planet carrier has a plurality of pinions for rotatably supporting the plurality of first planet gears. The first sun gear is configured to receive the input torque. The first planet carrier includes a second sun gear and being configured to transmit the first intermediate output torque to the second planetary gear set. The plurality of first planet gears meshingly engaged with the second sun gear and the first ring gear. The first ring gear axially positionable in a first condition wherein the first ring gear is fixed relative to the housing.

The second planetary gear set includes a second ring gear and a second planet gear assembly. The second planet gear

US 6,984,188 B2

3

assembly has a second planet carrier and a plurality of second planet gears. The second planet carrier has an output sun gear and a plurality of pinions for rotatably supporting the plurality of second planet gears. The second sun gear is meshingly engaged with the plurality of second plane gears and transmits the first intermediate output torque thereto. The output sun gear configured to output a second intermediate output torque. The plurality of second planet gears are also meshingly engaged with the second ring gear. The second ring gear is axially positionable in a first condition wherein the second ring gear is fixed relative to the housing to prevent relative rotation therebetween. The second ring gear is also axially positionable in a second condition wherein the second ring gear is rotatable within the transmission bore.

The third planetary gear set includes a third ring gear and a third planet gear assembly. The third planet gear assembly has a third planet carrier and a plurality of third planet gears. The third planet carrier has an output member and a plurality of pinions that rotatably support the plurality of third planet gears. The plurality of third planet gears are meshingly engaged with the third ring gear and the output sun gear and are configured to receive the second intermediate output torque. The output member is configured to output an output torque. The third ring gear is axially positionable in a first condition wherein the third ring gear is fixed relative to the housing to prevent relative rotation therebetween. The third ring gear is also axially positionable in a second condition wherein the third ring gear is rotatable within the transmission bore.

### BRIEF DESCRIPTION OF THE DRAWINGS

Additional advantages and features of the present invention will become apparent from the subsequent description and the appended claims, taken in conjunction with the accompanying drawings, wherein:

FIG. 1 is a side view of a power tool constructed in accordance with the teaching of the present invention;

FIG. 2 is an exploded perspective view of a portion of the power tool of FIG. 1;

FIG. 3 is a perspective view of a portion of the housing of the power tool of FIG. 1 illustrating the rear of the end cap assembly;

FIG. 4 is a front view of the end cap assembly;

FIG. 5 is a section view taken along the line 5—5 of FIG. 4;

FIG. 6 is a rear view of a portion of the power tool of FIG. 1 with the end cap assembly removed;

FIG. 7 is a side view of a portion of the power tool of FIG. 1 with the end cap assembly removed;

FIG. 8 is a view similar to that of FIG. 4, but illustrating the end cap shell prior to the overmolding operation;

FIG. 9 is a view similar to that of FIG. 5, but illustrating the end cap shell prior to the overmolding operation;

FIG. 10 is a view similar to that of FIG. 4, but illustrating an alternate construction of the overmold member;

FIG. 11 is a partial sectional view of a portion of a power tool that employs an end cap assembly having an overmold member constructed in the manner illustrated in FIG. 10;

FIG. 12 is an exploded perspective view of a portion of the power tool of FIG. 1, illustrating the transmission assembly in greater detail;

FIG. 13 is an exploded perspective view of a portion of the power tool of FIG. 1, illustrating the reduction gearset assembly, the transmission sleeve, a portion of the housing and a portion of the clutch mechanism in greater detail;

4

FIG. 13a is a sectional view taken along a longitudinal axis of the second ring gear;

FIG. 13b is a sectional view taken along a longitudinal axis of the third ring gear;

FIG. 14 is a side view of the transmission sleeve;

FIG. 15 is a rear view of the transmission sleeve;

FIG. 16 is a sectional view taken along the line 16—16 of FIG. 15;

FIG. 17 is a sectional view taken along the line 17—17 of FIG. 15;

FIG. 18 is an exploded view of the reduction gearset assembly;

FIG. 19 is a sectional view taken along a longitudinal axis of the power tool of FIG. 1 illustrating a portion of the reduction gearset assembly in greater detail;

FIG. 20 is a front view of a portion of the first reduction carrier;

FIG. 21 is a sectional view taken along a longitudinal axis of the power tool of FIG. 1 illustrating a portion of the reduction gearset assembly in greater detail;

FIG. 22 is a rear view of a portion of the third reduction carrier;

FIG. 23 is an sectional view taken along the longitudinal axis of the power tool of FIG. 1 and illustrating the transmission assembly as positioned in the first speed ratio;

FIG. 24 is a sectional view similar to that of FIG. 23 but illustrating the transmission assembly as positioned in the second speed ratio;

FIG. 25 is a sectional view similar to that of FIG. 23 but illustrating the transmission assembly as positioned in the third speed ratio;

FIG. 26 is a top view of a portion of the power tool of FIG. 1 illustrating the speed selector mechanism in greater detail;

FIG. 27a is a side view of the rotary selector cam;

FIG. 27b is a top view of the rotary selector cam;

FIG. 27c is a sectional view taken through along the central axis of the speed selector mechanism;

FIG. 28 is a rear view of the output spindle assembly;

FIG. 29 is an exploded perspective view of the clutch mechanism;

FIG. 29a is a perspective view of a portion of the clutch mechanism illustrating another configuration of the clutch member;

FIG. 29b is an exploded perspective view illustrating a multi-piece construction for the first ring gear and clutch member;

FIG. 30 is a schematic illustration of the adjustment structure in an "unwrapped" state;

FIG. 31 is a schematic illustration similar to that of FIG. 30 but showing an alternate construction of the adjustment profile; and

FIG. 32 is a schematic illustration similar to that of FIG. 30 but showing a portion of another alternate construction of the adjustment profile;

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

#### Overview

With reference to FIGS. 1 and 2 of the drawings, a power tool constructed in accordance with the teachings of the present invention is generally indicated by reference numeral 10. As those skilled in the art will appreciate, the preferred embodiment of the present invention may be either a cord or cordless (battery operated) device, such as a portable screwdriver or drill. In the particular embodiment

US 6,984,188 B2

5

illustrated, power tool 10 is a cordless drill having a housing 12, a motor assembly 14, a multi-speed transmission assembly 16, a clutch mechanism 18, an output spindle assembly 20, a chuck 22, a trigger assembly 24 and a battery pack 26. Those skilled in the art will understand that several of the components of power tool 10, such as the chuck 22, the trigger assembly 24 and the battery pack 26, are conventional in nature and need not be described in significant detail in this application. Reference may be made to a variety of publications for a more complete understanding of the operation of the conventional features of power tool 10. One example of such publications is commonly assigned U.S. Pat. No. 5,897,454 issued Apr. 27, 1999, the disclosure of which is hereby incorporated by reference as if fully set forth herein.

Housing 12 includes an end cap assembly 30 and a handle shell assembly 32 that includes a pair of mating handle shells 34. Handle shell assembly 32 includes a handle portion 36 and a drive train or body portion 38. Trigger assembly 24 and battery pack 26 are mechanically coupled to handle portion 36 and electrically coupled to motor assembly 14. Body portion 38 includes a motor cavity 40 and a transmission cavity 42. Motor assembly 14 is housed in motor cavity 40 and includes a rotatable output shaft 44, which extends into transmission cavity 42. A motor pinion 46 having a plurality of gear teeth 48 is coupled for rotation with output shaft 44. Trigger assembly 24 and battery pack 26 cooperate to selectively provide electric power to motor assembly 14 in a manner that is generally well known in the art so as to control the speed and direction with which output shaft 44 rotates.

Transmission assembly 16 is housed in transmission cavity 42 and includes a speed selector mechanism 60. Motor pinion 46 couples transmission assembly 16 to output shaft 44, transmitting a relatively high speed, low torque drive input to transmission assembly 16. Transmission assembly 16 includes a plurality of reduction elements that are selectively engaged by speed selector mechanism 60 to provide a plurality of speed ratios. Each of the speed ratios multiplies the speed and torque of the drive input in a predetermined manner, permitting the output speed and torque of the transmission assembly 16 to be varied in a desired manner between a relatively low speed, high torque output and a relatively high speed, low torque output. The transmission output is delivered the output spindle assembly 20, to which the chuck 22 is coupled for rotation, to permit torque to be transmitted to a tool bit (not shown). The clutch mechanism 18 is coupled to transmission assembly 16 and is operable for limiting the magnitude of the torque associated with the drive input to a predetermined, selectable torque limit.

Functional Overmold

With specific reference to FIGS. 2 through 9, end cap assembly 30 is shown to include an end cap shell 100 and an overmold member 102. In the example provided, the end cap shell 100 is injection molded from a plastic material, such as ABS. The end cap shell 100 defines an end cap cavity 104 that is sized to receive the portion of the motor assembly 14 that extends rearward of the handle shell assembly 32. A plurality of first and second radial tab apertures 108 and 110 and the abutting face 128 are formed into the forward face 114 of the end cap shell 100 and a plurality of screw bosses 116 are formed into the perimeter of the end cap shell 100. Each of the first and second radial tab apertures 108 and 110 is sized to receive one of the first radial tabs 120 and second radial tabs 122, respectively, that are formed into the rearward face 124 of the handle shells 34. The first and second

6

radial tab apertures 108 and 110 cooperate with the first and second radial tabs 122 to properly align the end cap shell 100 to the handle shell assembly 32, as well as to inhibit relative rotation therebetween. An arcuate portion 128 of the forward face 114 of the end cap shell 100 is angled to match the abutting face 132 of the rearward face 124 of the handle shells 34. The screw bosses 116 permit the end cap shell 100 to be fixedly coupled to the motor cover 136 via a plurality of screws 138. The geometry of the motor cover 136 is such that it is constrained to the handle shells 34. As such, fastening of the end cap shell 100 to the motor cover 136 operates to fixedly retain the end cap shell 100 against the rearward face 124 of the handle shell assembly 32, as well as to close off the rear handle aperture 139 in the handle shell assembly 32.

A plurality of side apertures 140 are formed into the sides of the end cap shell 100 to permit air to flow through the handle shell assembly 32 and cool the motor assembly 14 in a manner that is well known in the art. A plurality of rear apertures 144 are formed into the rear of the end cap shell 100, with each of the rear apertures 144 including a recessed portion 146 that extends only partially into the outer surface 148 of the end cap shell 100 and a through-portion 150 that extends completely through the end cap shell 100. A pair of retaining tabs 152 are formed to extend from the interior surface 154 of the end cap shell 100 inwardly into the end cap cavity 104. A channel 156 is formed into the interior surface 154 of the end cap shell 100 and intersects each of the rear apertures 144 and the retaining tabs 152.

The overmold member 102 is formed from a resilient material, such as thermoplastic elastomer (e.g., HYTREL® manufactured by E.I. du Pont de Nemours and Company) and is simultaneously formed and coupled to the end cap shell 100 in an injection molding operation. In the particular example provided, the overmold member 102 includes a plurality of bumper members 170, a pair of isolators 172 and a linking member 174. Each of the bumper members 170 extends from a point roughly coincident with the interior surface 154 of the end cap shell 100 to a point rearwardly of the outer surface 148 of the end cap shell 100 by about 0.5 mm to about 1.5 mm and preferably about 0.75 mm. Construction in this manner permits the bumper members 170 to provide a degree of shock absorption which reduces the likelihood of damaging the end cap shell 100 in the event that the tool 10 is dropped. Furthermore, it is sometimes necessary for an operator to apply a relatively high force to the tool 10, as when employing a hole saw to drill large diameter holes. In such situations, the operator is inclined to press onto the rear of the tool 10 to apply a force that is in-line with the axis of the chuck 22. In such situations, the bumper members 170 provide the operator with a relatively soft and comfortable surface which tends to resist slipping as well as attenuate the vibrations that are transmitted to the operator.

The isolators 172 are formed about the retaining tabs 152 on the interior surface 154 of the end cap shell 100. In the example provided, each of the isolators 172 includes an annular member 180 that extends forwardly of the interior surface 154 of the end cap shell 100. Construction in this manner permits the end cap shell 100 to engage the isolators 172 to the outer diameter 14a and the rear surface 14b of the motor housing 14c to fixedly retain the motor 14d within the motor cover 136. This prevents the components of the motor assembly 14 from moving along the longitudinal axis of the tool 10, as well as dampens vibrations that are created during the operation of the motor assembly 14. The linking member 174 is fixedly coupled to each of the bumper members 170

US 6,984,188 B2

7

and the isolators **172**. The linking member **174** provides a flow path through which the resilient material flows during the formation of the bumper members **170** and the isolators **172**. The linking member **174** also interconnects the bumper members **170** and the isolators **172**, thereby rendering their removal from the end cap shell **100** more difficult.

Those skilled in the art will appreciate that this aspect of the present invention may be incorporated into various other positions within the handle assembly **32** for sealing between two or more components, dampening vibrations or positioning one component relative to another. One such example is illustrated in FIGS. **10** and **11** where the isolators **172** are modified to extend around the perimeter of a portion of the end cap cavity **104** and sealingly contact the rear surface **14***b* of the motor **14***d*. The isolators **172** seal the interface between the end cap shell **100** and the motor assembly **14**, while the bumper members **170** seal the rear apertures **144** in the end cap shell **100**. The space **188** defined by the isolators **172** is then filled with grease or another suitable lubricant, which lubricates a motor armature bearing **190**.

Transmission Assembly

With reference to FIG. **12**, the transmission assembly **16** is shown to be a three-stage, three-speed transmission that includes a transmission sleeve **200**, a reduction gearset assembly **202** and the speed selector mechanism **60**. With additional reference to FIGS. **13** through **17**, the transmission sleeve **200** includes a wall member **210** that defines a generally transmission bore or hollow cavity **212** into which the reduction gearset assembly **202** is disposed. The transmission sleeve **200** includes a body **214** and a base **216**. The body **214** of the transmission sleeve **200** is fairly uniform in diameter and generally smaller in diameter than the base **216**. The inside diameter of the base **216** is sized to receive the cylindrical nose portion **220** of the motor cover **136**.

A plurality of raised lands **226** are formed into the base **216**. The raised lands **226** define a plurality of first grooves **228** in the outer surface **230** of the base **216** and a plurality of second grooves **232** in the inner surface **234** of the base **216**. The first grooves **228** are configured to receive the alignment ribs **238** that are formed into the inner surface **242** of the handle shells **34** to align the transmission sleeve **200** to the handle shells **34** and inhibit relative rotation between the transmission sleeve **200** and the housing **12**. Preferably, the first grooves **228** and alignment ribs **238** are configured in a manner that the transmission sleeve **200** can only be assembled to the handle shells **34** in one orientation (i.e., the configuration of the first grooves **228** and alignment ribs **238** prevents the transmission sleeve **200** from being rotated 180° out of position relative to the handle shells **34**). The second grooves **232** will be discussed in greater detail, below.

The body **214** of the transmission sleeve **200** is shown to include a cylindrical body portion **246** and a pin housing portion **248**. In the particular embodiment illustrated, the cylindrical body portion **246** includes a selector cam guide **250**, a plurality of lubricant grooves **252** and first and second sets of ring engagement teeth **254** and **256**, respectively. The selector cam guide **250** is generally rectangular in cross section, extending outwardly from the top of the outer surface **258** of the body portion **246**. The lubricant grooves **252** are formed concentrically around the upper half of the perimeter of the body portion **246**. The lubricant grooves **252** have a depth of about 0.01 inch to about 0.030 inch to hold a lubricant, such as grease, on the upper half of the

8

perimeter of the body portion **246**. The operation of the selector cam guide **250** and the lubricant grooves **252** will be discussed in detail, below.

A raised bead **264** segregates the interior of the body portion **246** into first and second housing portions **260** and **262**, respectively. The first set of ring engagement teeth **254** are formed onto the inner surface **266** of the body portion **246** and extend rearwardly from the raised bead **264** toward the base **216**. The second set of ring engagement teeth **256** are also formed into the inner surface of the body portion **246** but extend forwardly from the raised bead **264**. The teeth **268** of the first and second sets of ring engagement teeth **254** and **256** are uniformly spaced around the inner surface **266** of the body portion **246**. The configuration of each tooth **268** in the first and second sets of ring engagement teeth **254** and **256** is similar in that each tooth extends from the raised bead **264**, has a pair of parallel engagement surfaces **270** and terminates at a tip portion **272**. The tip portion **272** of each tooth **268** is both rounded and tapered to enhance the ability with which it will mesh with a portion of the reduction gearset assembly **202** as will be described in detail, below.

The pin housing portion **248** extends downwardly from the body portion **246** over a significant portion of the length of the body portion **246**. An actuator aperture **274** is formed into the pin housing portion **248** and extends rearwardly through the base **216** of the transmission sleeve **200**. In the particular embodiment illustrated, the actuator aperture **274** is stepped, having a first portion **276** with a first diameter at the rear of the transmission sleeve **200** and a second portion **278** with a smaller second diameter at the front of the transmission sleeve **200**. In the example shown, the first portion **276** of the actuator aperture **274** breaks through the wall of the first housing portion **260** and forms a groove **280** into the inner surface **234** of the base **216**. The pin housing portion **248** will be discussed in further detail, below.

A pair of first clip slots **284** and a pair of second clip slots **286** are formed into the transmission sleeve **200**, extending along the sides of the transmission sleeve **200** in a manner that is parallel the longitudinal axis of the transmission sleeve **200**. The first pair of clip slots **284** is formed through the sides of the body portion **246** rearwardly of the raised bead **264** and extends rearwardly toward the base **216**. The depth of the first pair of clip slots **284** is such that they do not extend through the portion of the wall member **210** that defines the base **216**. The second pair of clip slots **286** are also formed through the sides of the body portion **246** beginning forwardly of the raised bead **264** and extending through the front face **288** of the transmission sleeve **200**.

With reference to FIGS. **12**, **13**, **18** and **23**, the reduction gearset assembly **202** includes a first reduction gear set **302**, a second reduction gear set **304** and a third reduction gear set **306**. The first, second and third reduction gear sets **302**, **304** and **306** are operable in an active mode and an inactive mode. Operation in the active mode causes the reduction gear set to perform a speed reduction and torque multiplication operation, while operation of the reduction gear set in an inactive mode for causes the reduction gear set to provide an output having a speed and torque that is about equal to the speed and torque of the rotary input provided to that reduction gear set. In the particular embodiment illustrated, each of the first, second and third reduction gear sets **302**, **304** and **306** are planetary gear sets. Those skilled in the art will understand, however, that various other types of reduction gear sets that are well known in the art may be substituted for one or more of the reduction gear sets forming the reduction gearset assembly **202**.

US 6,984,188 B2

9

As shown, the first reduction gear set **302** includes a first reduction element or ring gear **310**, a first set of planet gears **312** and a first reduction carrier **314**. The first ring gear **310** is an annular structure, having a plurality of gear teeth **310***a* formed along its interior diameter. A clutch face **316** is formed into the outer perimeter of the front face **318** of the first ring gear **310** and will be discussed in greater detail, below. The first ring gear **310** is disposed within the portion of the hollow cavity **212** defined by the base **216**; the front face **318** of the first ring gear **310** contacts a step **320** formed into the transmission sleeve **200**, thereby limiting the ability of the first ring gear **310** to move forwardly into the hollow cavity **212**.

The first reduction carrier **314** is formed in the shape of a flat cylinder, having plurality of pins **322** that extend from its rearward face **324**. A plurality of gear teeth **314***a* are formed into almost the entire outer perimeter of the first reduction carrier **314**, with a valley **314***b* being formed between each pair of adjacent gear teeth **314***a*. Due to the spacing of the gear teeth **314***a*, one of the valleys (i.e., valley **314***b*') is relatively larger than the remaining valleys **314***b* due to the omission of a tooth **314***a* in the outer perimeter of the first reduction carrier **314**. In the particular embodiment illustrated, the gear teeth **314***a* of the first reduction carrier **314** are configured so as not to be meshingly engagable with the gear teeth **310***a* of the first ring gear **310**.

With specific reference to FIGS. **19** and **20**, the profile of the gear teeth **314***a* is illustrated in greater detail. As shown, each gear tooth **314***a* terminates at a gradual radius **326** at the forward face **328** of the first reduction carrier **314** but terminates abruptly at the rearward face **324** of the first reduction carrier **314**. A radius **330** is also formed on the valleys **314***b* between the gear teeth **314***a*.

Returning to FIGS. **12**, **13**, **15**, **18** and **23**, a first thrust washer **332** having a first annular portion **334**, a second annular portion **336** and a plurality of retaining tabs **338** is positioned rearwardly of the first reduction gear set **302**. The retaining tabs **338** engage the second grooves **232** in the base **216** of the transmission sleeve **200** and as such, relative rotation between the first thrust washer **332** and the transmission sleeve **200** is inhibited. The inside diameter of the base **216** is sized to receive the motor cover **136** and as such, the front face **340** of the motor cover **136** inhibits the axial movement of the first thrust washer **332**. The first annular portion **334** contacts the rear face **342** of the first ring gear **310**, providing a wear surface and controlling the amount by which the first ring gear **310** is able to move in an axial direction. The second annular portion **336** is spaced axially apart from the first annular portion **334**, extending forwardly of the first annular portion **334** to provide a wear surface for the first set of planet gears **312** that also controls the amount by which they can move in an axial direction.

The first set of planet gears **312** includes a plurality of planet gears **344**, each of which being generally cylindrical in shape, having a plurality of gear teeth **344***a* formed into its outer perimeter and a pin aperture **346** formed its their center. Each planet gear **344** is rotatably supported on an associated one of the pins **322** and the first reduction carrier **314** and is positioned such that its teeth **344***a* meshingly engage the teeth **314***a* of the first ring gear **310**. A raised portion **348** is formed into the front and rear face **350** and **352** of each planet gear **344** that inhibits the teeth **344***a* from rubbing on the first reduction carrier **314** and the first thrust washer **332** and creating dust or chips that would impair the performance of the transmission assembly **16** and reduce its operating life. As the teeth **46***a* on the motor pinion **46** on the output shaft **44** are also meshingly engaged with the teeth

10

**344***a* of the planet gears **344**, the motor pinion **46** serves as a sun gear for the first reduction gear set **302**.

The second reduction gear set **304** is disposed within the portion of the hollow cavity **212** defined by the first housing portion **260** and includes a second sun gear **358**, a second reduction element or ring gear **360**, a second set of planet gears **362** and a second reduction carrier **364**. The second sun gear **358** is fixed for rotation with the first reduction carrier **314**. The second sun gear **358** includes a plurality of gear teeth **358***a* that extend forwardly of the forward face **328** of the first reduction carrier **314**.

The second ring gear **360** is an annular structure, having a plurality of gear teeth **360***a* formed along its interior diameter. The gear teeth **360***a* may be heavily chamfered at the rear face **366** of the second ring gear **360** but terminate abruptly at the front face **368**. More preferably, a heavy radius **369** is formed onto the rear face **366** and the sides of each of the gear teeth **360***a*, with the heavy radius **369** being employed rather than the heavy chamfer as the heavy radius **369** on the gear teeth **360***a* provides for better engagement between the second ring gear **360** and the first reduction carrier **314**.

A plurality of sleeve engagement teeth **370** are formed into the outer perimeter of the second ring gear **360**; the sleeve engagement teeth **370** extend forwardly toward the front face **368** of the second ring gear **360** and terminate at a tip portion **372** that is rounded and tapers forwardly and inwardly. An annular clip groove **374** is also formed into the outer perimeter of the second ring gear **360**. In the example illustrated, the clip groove **374** is a rectangular slot having a pair of sidewalls **376**. The clip groove **374** will be discussed in greater detail, below.

The second reduction carrier **364** is formed in the shape of a flat cylinder, having plurality of pins **378** that extend from its rearward face **380**. The second set of planet gears **362** is shown to include a plurality of planet gears **382**. Each planet gear **382** is generally cylindrical in shape, having a plurality of gear teeth **382***a* formed into its outer perimeter and a pin aperture **384** formed its center. Each planet gear **382** is rotatably supported on an associated one of the pins **378** and the second reduction carrier **364** is positioned such that the gear teeth **382***a* of the planet gears **382** meshingly engage the gear teeth **360***a* of the second ring gear **360**. The gear teeth **358***a* of the second sun gear **358** are also meshingly engaged with the gear teeth **382***a* of the planet gears **382**.

The third reduction gear set **306** is disposed within the portion of the hollow cavity **212** defined by the second housing portion **262** and includes a third sun gear **398**, a third reduction element or ring gear **400**, a third set of planet gears **402** and a third reduction carrier **404**. The third sun gear **398** is fixed for rotation with the second reduction carrier **364**. The third sun gear **398** includes a plurality of gear teeth **398***a* that extend forwardly of the front face **406** of the second reduction carrier **364**.

The third ring gear **400** is an annular structure, having a plurality of gear teeth **400***a* formed along its interior diameter. The gear teeth **400***a* may be heavily chamfered at the front face **412** of the third ring gear **400**, but terminate abruptly at the rear face **414**. More preferably, a heavy radius **407** is formed onto the front face **412** and the sides of each of the gear teeth **400***a*, with the heavy radius **407** being employed rather than the heavy chamfer as the heavy radius **407** on the gear teeth **400***a* provides for better engagement between the third ring gear **400** and the third reduction carrier **404**. A plurality of sleeve engagement teeth **418** are formed into the outer perimeter of the third ring gear **400**;

US 6,984,188 B2

11

the sleeve engagement teeth 418 extend rearward toward the rear face 414 of the third ring gear 400 and terminate at a tip portion 420 that is rounded and tapers rearwardly and inwardly. An annular clip groove 422 is also formed into the outer perimeter of the third ring gear 400. In the example illustrated, the clip groove 422 is a rectangular slot having a pair of sidewalls 424. The clip groove 422 will be discussed in greater detail, below.

The third reduction carrier 404 is formed in the shape of a flat cylinder, having plurality of pins 428 that extend from its rearward face 430. A plurality of gear teeth 404a are formed into almost the entire outer perimeter of the third reduction carrier 404, with a valley 404b being formed between each pair of adjacent teeth 404a. Due to the spacing of the teeth 404a, one of the valleys 404b (i.e., valley 404b') is relatively larger than the remaining valleys 404b due to the omission of a tooth 404a in the outer perimeter of the third reduction carrier 404. In the particular embodiment illustrated, the gear teeth 404a of the third reduction carrier 404 are configured so as not to be meshingly engageable with the gear teeth 382a of the second planet gears 382.

With brief additional reference to FIGS. 21 and 22, the profile of the gear teeth 404a is illustrated in greater detail. As shown, the rear face 430 of the third reduction carrier 404 is chamfered and a heavy radius 434 is formed into each of sides of the teeth 404a and valleys 404b. Each gear tooth 404a terminates abruptly at the forward face 436 of the third reduction carrier 404.

Returning back to FIGS. 12, 13, 15, 18 and 23, the third set of planet gears 402 is shown to include a plurality of planet gears 438. Each planet gear 438 is generally cylindrical in shape, having a plurality of gear teeth 438a formed into its outer perimeter and a pin aperture 440 formed through its center. Each planet gear 438 is rotatably supported on an associated one of the pins 428 and the third reduction carrier 404 is positioned such that the gear teeth 438a of the planet gears 438 meshingly engage the gear teeth 400a of the third ring gear 400. A raised portion 442 is formed into each of the front and rear faces of the planet gears 438 which inhibits the gear teeth 438a from rubbing on the third reduction carrier 404 and creating dust or chips that would impair the performance of the transmission assembly 12 and reduce its operating life. A second thrust washer 450 is disposed around the third sun gear 398 and the teeth 398a of the third sun gear 398 are meshingly engaged with the gear teeth 438a of the planet gears 438. The second thrust washer 450 includes a plurality of retaining tabs 452 that are configured to engage corresponding tab grooves 454 (FIG. 13) that are formed in the inner surface 266 of body portion 246 of the transmission sleeve 200. The retaining tabs 452 and the tab grooves 454 cooperate to inhibit relative rotation between the second thrust washer 450 and the transmission sleeve 200.

The output spindle assembly 20 includes a transmitting means 458 for coupling a spindle 460 for rotation with the third reduction carrier 404 so as to transmit drive torque from the reduction gearset assembly 202 to the chuck 22. Such transmitting means 458 are well known in the art and easily adapted to the transmission assembly of the present invention. Accordingly, a detailed discussion of the transmitting means 458 need not be included herein.

With reference to FIGS. 13, 13a, 13b, 16, 17, 18 and 23 through 28, the speed selector mechanism 60 is movable between a first position 500, a second position 502 and a third position 504 and includes a switch portion 510 for receiving a speed change input and an actuator portion 512 for manipulating the reduction gearset assembly 202 in

12

accordance with the speed change input. The actuator portion 512 is operatively coupled to the reduction gearset assembly 202 and moves the second and third reduction gear sets 304 and 306 between the active and inactive modes in response to movement of the switch portion 510 between the first, second and third positions 500, 502 and 504. In the particular embodiment illustrated, the actuator portion 512 includes a rotary selector cam 520, a plurality of wire clips 522 and a spring member 523. Each of the wire clips 522 is formed from a round wire which is bent in the shape of a semi-circle 524 with a pair of tabs 526 extending outwardly from the semi-circle 524 and positioned on about the centerline of the semi-circle 524. The semi-circle 524 is sized to fit within the clip grooves 374 and 422 in the second and third ring gears 360 and 400, respectively. In this regard, the semi-circle 524 neither extends radially outwardly of an associated one of the ring gears (360, 400), nor binds against the sidewalls (376, 424) of the clip grooves (374, 422). In the example provided, the sidewalls (376, 424) of the clip grooves (374, 422) are spaced apart about 0.05 inch and the diameter of the wire forming the wire clips 522 is about 0.04 inch.

The tabs 526 of the wire clips 522 extend outwardly of the hollow cavity 212 into an associated one of the clip slots (284, 286) that is formed into the transmission sleeve 200. The tabs 526 are long enough so that they extend outwardly of the outer surface 258 of the body 214 of the transmission sleeve 200, but not so far as to extend radially outwardly of the portion of the first clip slots 284 in the base 216 of the transmission sleeve 200. Configuration of the wire clips 522 in this manner facilitates the assembly of the transmission assembly 16, permitting the wire clips 522 to be installed to the second and third ring gears 360 and 400, after which these assemblies are inserted into the hollow cavity 212 along the longitudinal axis of the transmission sleeve 200.

With specific reference to FIGS. 13 and 27a through 27c, the rotary selector cam 520 is illustrated to include an arcuate selector body 530, a switch tab 532 and a plurality of spacing members 534. A pair of first cam slots 540a and 540b, a pair of second cam slots 544a and 544b, a spring aperture 546 and a guide aperture 548 are formed through the selector body 530. The selector body 530 is sized to engage the outside diameter of the body portion 246 of the transmission sleeve 200 in a slip-fit manner. The guide aperture 548 is generally rectangular in shape and sized to engage the front and rear surfaces of the selector cam guide 250. The guide aperture 548 is considerably wider than the width of the selector cam guide 250, being sized in this manner to permit the rotary selector cam 520 to be rotated on the transmission sleeve 200 between a first rotational position, a second rotational position and a third rotational position. The selector cam guide 250 cooperates with the guide aperture 548 to limit the amount by which the rotary selector cam 520 can be rotated on the transmission sleeve 200, with a first lateral side of the selector cam guide 250 contacting a first lateral side of the guide aperture 548 when the rotary selector cam 520 is positioned in the first rotational position, and a second lateral side of the selector cam guide 250 contacting a second lateral side of the guide aperture 548 when the rotary selector cam 520 is positioned in the third rotational position.

Each of the first cam slots 540a and 540b is sized to receive one of the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360. In the particular embodiment illustrated, first cam slot 540a includes a first segment 550, a second segment 552 and an intermediate segment 554. The first segment 550 is located a first prede-

US 6,984,188 B2

13

termined distance away from a reference plane 558 that is perpendicular to the longitudinal axis of the rotary selector cam 520 and the second segment 552 is located a second distance away from the reference plane 558. The intermediate segment 554 couples the first and second segments 550 and 552 to one another. The configuration of first cam slot 540b is identical to that of first cam slot 540a, except that it is rotated relative to the rotary selector cam 520 such that each of the first, second and intermediate segments 550, 552 and 554 in the first cam slot 540b are located 180° apart from the first, second and intermediate segments 550, 552 and 554 in the first cam slot 540a.

Each of the second cam slots 544a and 544b is sized to receive one of the tabs 526 of a corresponding one of the wire clips 522. In the particular embodiment illustrated, second cam slot 544a includes a first segment 560, a second segment 562, a third segment 564 and a pair of intermediate segments 566 and 568. The first and third segments 560 and 564 are located a third predetermined distance away from the reference plane and the second segment 562 is located a fourth distance away from the reference plane 558. The intermediate segment 566a couples the first and second segments 560 and 562 to one another and the intermediate segment 568 couples the second and third segments 562 and 566 together. The configuration of second cam slot 544b is identical to that of second cam slot 544a, except that it is rotated relative to the rotary selector cam 520 such that each of the first, second, third and intermediate segments 560, 562, 564 and 566 and 568 in the second cam slot 544b are located 180° apart from the first, second, third and intermediate segments 560, 562, 564 and 566 and 568 in the second cam slot 544a.

With the tabs 526 of the wire clips 522 engaged to the first cam slots 540a and 540b and the second cam slots 544a and 544b, the rotary selector cam 520 may be rotated on the transmission sleeve 200 between the first, second and third positions 500, 502 and 504 to selectively engage and disengage the second and third ring gears 360 and 400 from the first and third reduction carriers 314 and 404, respectively. During the rotation of the rotary selector cam 520, the first cam slots 540a and 540b and the second cam slots 544a and 544b confine the wire tabs 526 of their associated wire clip 522 and cause the wire tabs 526 to travel along the longitudinal axis of the transmission sleeve 200 in an associated one of the first and second clip slots 284 and 286. Accordingly, the rotary selector cam 520 is operative for converting a rotational input to an axial output that causes the wire clips 522 to move axially in a predetermined manner. A lubricant (not specifically shown) is applied to the lubricant grooves 252 formed into body portion 246 of the transmission sleeve 200 is employed to lubricate the interface between the transmission sleeve 200 and the rotary selector cam 520.

Positioning the rotary selector cam 520 in the first rotational position 500 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the first segment 550 of the first cam slots 540a and 540b and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the first segment 560 of the second cam slots 544a and 544b. Accordingly, positioning of the rotary selector cam 520 in the first rotational position causes the second and third ring gears 360 and 400 to be positioned in meshing engagement with the second and third planet gears 362 and 402, respectively. Simultaneously with the meshing engagement of the second and third ring gears 360 and 400 with the second and third planet gears 362 and 402, the sleeve engagement teeth 370 and 418 of the second and 5third ring gears 360 and 400, respectively, are

14

positioned in meshing engagement with the first and second sets of ring engagement teeth 254 and 256, respectively, to inhibit relative rotation between the second and third ring gears 360 and 400 and the transmission sleeve 200 to thereby providing the transmission assembly 16 with a first overall gear reduction or speed ratio 570 as shown in FIG. 23. Those skilled in the art will understand that the tip portion 272 of the teeth 268 of the first and second sets of ring engagement teeth 254 and 256 and the tip portions 372 and 420 of the sleeve engagement teeth 370 and 418, respectively, are rounded and tapered so as to improve their capability for meshing engagement in response to axial repositioning along a longitudinal axis of the transmission assembly 16.

Positioning the rotary selector cam 520 in the second rotational position 502 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the first segment 550 of the first cam slots 540a and 540b and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the second segment 562 of the second cam slots 544a and 544b. Accordingly, positioning of the rotary selector cam 520 in second rotational position causes the second ring gear 360 to be in meshing engagement with the second planet gears 362 and the third ring gear 400 in meshing engagement with both the third planet gears 402 and the third reduction carrier 404. Positioning of the rotary selector cam 520 in the second rotational position 502 also positions the sleeve engagement teeth 370 of the second ring gear 360 in meshing engagement with the first set of ring engagement teeth 254 while the sleeve engagement teeth 418 of the third ring gear 400 are not meshingly engaged with the second set of ring engagement teeth 256. As such, relative rotation between the second ring gear 360 and the transmission sleeve 200 is inhibited, while relative rotation between the third ring gear 400 and the transmission sleeve 200 is permitted to thereby provide the transmission assembly 16 with a second overall gear reduction or speed ratio 572 as illustrated in FIG. 24.

Positioning the rotary selector cam 520 in the third rotational position 504 causes the tabs 526 of the wire clip 522 that is engaged to the second ring gear 360 to be positioned in the second segment 552 of the first cam slots 540a and 540b and the tabs 526 of the wire clip 522 that is engaged to the third ring gear 400 to be positioned in the third segment 564 of the second cam slots 544a and 544b. Accordingly, positioning of the rotary selector cam 520 in the third rotational position causes the second ring gear 360 to be in meshing engagement with both the second planet gears 362 and the first reduction carrier 314 while the third ring gear 400 in meshing engagement with only the third planet gears 402. Positioning the rotary selector cam 520 in the third rotation position 504 also positions the sleeve engagement teeth 370 on the second ring gear 360 out of meshing engagement with the first set of ring engagement teeth 254 and the sleeve engagement teeth 418 on the third ring gear 400 in meshing engagement with the second sets of ring engagement teeth 256 to inhibit relative rotation between the second ring gear 360 and the transmission sleeve 200 and permit relative rotation between the third ring gear 400 and the transmission sleeve 200 to provide the transmission assembly 16 with a third overall gear reduction or speed ratio 574.

In the example shown in FIGS. 13, 27b and 28, the spring member 523 is formed from a flat rectangular piece of spring steel and includes a flattened Z-shaped portion 580 and a raised portion 584. The flattened Z-shaped portion 580 is configured to wrap around two reinforcement bars 586 that

15

extend into the spring aperture **546**, thereby permitting the raised portion **584** to be maintained at a predetermined position and also to transmit a spring force between the rotary selector cam **520** and the spring member **523**. With additional reference to FIG. **28**, the raised portion **584** of the spring member **523** is sized to engage internal notches **590** formed in the housing **592** of the output spindle assembly **20**. Lands **594** that are circumferentially spaced from the rotary selector cam **520** are formed between the notches **590**. When the output spindle assembly **20** is positioned over the transmission assembly **16** and the speed selector mechanism **60** is positioned in one of the first, second and third rotational positions **500**, **502** and **504**, the raised portion **584** of the spring member **523** engages an associated one of the notches **590**. The force that is generated by the spring member **523** when the raised portion **584** is moved downwardly toward the rotary selector cam **520** in response to contact between the raised portion **584** and the land **594** acts to inhibit unintended rotation of the speed selector mechanism **60**. Furthermore, placement of the raised portion **584** in a notch **590** provides the user with a tactile indication of the positioning of the rotary selector cam **520**.

In the particular embodiment illustrated in FIGS. **13** and **27***c*, switch portion **510** is shown to include an arcuate band **600** having a raised hollow and rectangular selector button **602** formed therein. The arcuate band **600** is formed from a plastic material and is configured to conform to the outer diameter of the rotary selector cam **520**. The open end of the selector button **602** is configured to receive the switch tab **532**, thereby permitting the switch portion **510** and the rotary selector cam **520** to be coupled to one another in a fastenerless manner. The plurality of spacing members **534** are raised portions formed into the rotary selector cam **520** that are concentric to and extend radially outwardly from the selector body **530**. The spacing members **534** elevate the arcuate band **600** to prevent the arcuate band from contacting the wire slots **526** in the first cam slots **540***a* and **540***b*. The spacing members **534** may also be employed to selectively strengthen areas of the rotary selector cam **520**, such as in the areas adjacent the first cam slots **540***a* and **540***b*.

Those skilled in the art will understand that the rotary selector cam **520** (i.e., the first cam slots **540***a* and **540***b* and the second cam slots **544***a* and **544***b*) could be configured somewhat differently so as to cause the second ring gear **360** meshingly engages both the second planet gears **362** and the first reduction carrier **314** while the third ring gear **400** meshingly engages both the third planet gears **402** and the third reduction carrier **404** to thereby providing the transmission assembly **16** with a fourth overall gear reduction or speed ratio.

Those skilled in the art will also understand that selector mechanisms of other configurations may be substituted for the selector mechanism **60** illustrated herein. These selector mechanisms may include actuators that are actuated via a rotary or sliding motion and may include linkages, cams or other devices that are well known in the art to slide the second and third ring gears **360** and **400** relative to the transmission sleeve **200**. Those skilled in the art will also understand that as the second and third ring gears **360** and **400** are independently movable between the active and inactive modes (i.e., the placement of one of the second and third ring gears **360** and **400** does not dictate the positioning of the other one of the second and third ring gears **360** and **400**), the switch mechanism **60** could also be configured to position the second and third ring gears **360** and **400** independently of one another.

16

Clutch Mechanism

In FIGS. **23**, **26** and **28** through **30**, the clutch mechanism **18** is shown to include a clutch member **700**, an engagement assembly **702** and an adjustment mechanism **704**. The clutch member **700** is shown to be an annular structure that is fixed to the outer diameter of the first ring gear **310** and which extends radially outwardly therefrom. The clutch member **700** includes an arcuate clutch face **316** that is formed into the front face **318** of the first ring gear **310**. The outer diameter of the clutch member **700** is sized to rotate within the portion of the hollow cavity **212** that is defined by the base **216** of the transmission sleeve **200**. With specific brief reference to FIG. **29**, the clutch face **316** of the example illustrated is shown to be defined by a plurality of peaks **710** and valleys **712** that are arranged relative to one another to form a series of ramps that are defined by an angle of about 18°. Those skilled in the art will understand, however, that other clutch face configurations may also be employed, such as a sinusoidally shaped clutch face **316**′ (FIG. **29***a*).

While the first ring gear **310** and the clutch member **700** have been illustrated as a one piece (i.e., unitarily formed) construction, those skilled in the art will understand that they may be constructed otherwise. One such embodiment is illustrated in FIG. **29***b* wherein the first ring gear **310**′ is shown to include an annular collar **1000** and a plurality of tab apertures **1002**. The annular collar **1000** is illustrated to include a plurality of ramps **1004** that have dual sloping sides, but is otherwise flat. The first ring gear **310**′ is otherwise identical to the first ring gear **310**. An annular damper **1008** abuts the annular collar **1000** and includes a plurality of tab members **1010** that engage the tab apertures **1002** in the first ring gear **310**′ to prevent the damper **1008** from rotating relative to the first ring gear **310**′. The damper **1008** includes a body portion **1012** that is configured to match the contour of the annular collar **1000** and as such, includes a plurality of mating ramped portions **1014** that are configured to engage each of the ramps **1004**. The damper **1008** is formed from a suitable impact dampening material, such as acetyl. The clutch member **700**′, which is an annular member that is formed from a wear resistant material, such as hardened 8620 steel, is disposed over the damper **1008**. Like the damper **1008**, the clutch member **700**′ includes a plurality of tab members **1020**, which lock into the tab apertures **1002** to prevent rotation relative to the first ring gear **310**′, and a plurality of mating ramped portions **1022**. The mating ramped portions **1022** of the clutch member **700**′, however, matingly engage the mating ramped portions **1014** of the damper **1008**. While the construction in this manner is more expensive relative to the previously described embodiment, it is more tolerant of high impact forces that are associated with the operation of the clutch mechanism **18**.

In the particular embodiment illustrated, the engagement assembly **702** includes a pin member **720**, a follower spring **722** and a follower **724**. The pin member **720** includes a cylindrical body portion **730** having an outer diameter that is sized to slip-fit within the second portion **278** of the actuator aperture **274** that is formed into the pin housing portion **248** of the transmission sleeve **200**. The pin member **720** also includes a tip portion **732** and a head portion **734**. The tip portion **732** is configured to engage the adjustment mechanism **704** and in the example shown, is formed into the end of the body portion **730** of the pin member **720** and defined by a spherical radius. The head portion **734** is coupled to the end of the body portion **730** opposite the tip portion **732** and is shaped in the form of a flat cylinder or barrel that is sized to slip fit within the first portion **276** of

US 6,984,188 B2

17

the actuator aperture **274**. Accordingly, the head portion **734** prevents the pin member **720** from being urged forwardly out of the actuator aperture **274**.

The follower spring **722** is a compression spring whose outside diameter is sized to slip fit within the first portion **276** of the actuator aperture **274**. The forward end of the follower spring **722** contacts the head portion **734** of the pin member **720**, while the opposite end of the follower spring **722** contacts the follower **724**. The end portion **740** of the follower **724** is cylindrical in shape and sized to slip fit within the inside diameter of the follower spring **722**. In this regard, the end portion **740** of the follower acts as a spring follower to prevent the follower spring **722** from bending over when it is compressed. The follower **724** also includes a follower portion **744** having a cylindrically shaped body portion **746**, a tip portion **748** and a flange portion **750**. The body portion **746** is sized to slip fit within the first portion **276** of the actuator aperture **274**. The tip portion **748** is configured to engage the clutch face **316** and in the example shown, is formed into the end of the body portion **746** of the follower **724** and defined by a spherical radius. The flange portion **750** is formed at the intersection between the body portion **746** and the end portion **740**. The flange portion **750** is generally flat and configured to receive a biasing force that is exerted by the follower spring **722**.

The adjustment mechanism **704** is also shown to include an adjustment structure **760** and a setting collar **762**. The adjustment structure **760** is shaped in the form of a generally hollow cylinder that is sized to fit a housing portion **766** of the output spindle assembly **20**. The adjustment structure **760** includes an annular face **768** into which an adjustment profile **770** is formed. The adjustment profile **770** includes a first adjustment segment **772**, a last adjustment segment **774**, a plurality of intermediate adjustment segments **776** and a ramp section **778** between the first and last adjustment segments **772** and **774**. In the embodiment illustrated, a second ramp section **779** is included between the last intermediate adjustment segment **776z** and the last adjustment segment **774**. Also in the particular embodiment illustrated, the portion of the adjustment profile **770** from the first adjustment segment **772** through the last one of the intermediate adjustment segments **776z** is formed as a ramp having a constant slope. Accordingly, a follower **780** that is coupled to the housing portion **766** of the output spindle assembly **20** is biased radially outwardly toward the inside diameter of the adjustment structure **760** where it acts against the plurality of detents **782** that are formed into the adjustment mechanism **704** (e.g., in the setting collar **762**). The follower **724** and plurality of detents **782** cooperate to provide the user of tool **10** with a tactile indication of the position of the adjustment profile **770** as well as inhibit the free rotation of the adjustment structure **760** so as to maintain the position of the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**.

The setting collar **762** is coupled to the exterior of the adjustment structure **760** and includes a plurality of raised gripping surfaces **790** that permit the user of the tool **10** to comfortably rotate both the setting collar **762** and the adjustment structure **760** to set the adjustment profile **770** at a desired one of the adjustment segments **772**, **774** and **776**. A setting indicator **792** is employed to indicate the position of the adjustment profile **770** relative to the housing portion **766** of the output spindle assembly **20**. In the example provided, the setting indicator **792** includes an arrow **794** formed into the housing portion **766** of the output spindle assembly **20** and a scale **796** that is marked into the circumference of the setting collar **762**.

18

During the operation of the tool **10**, an initial drive torque is transmitted by the motor pinion **46** from the motor assembly **14** to the first set of planet gears **312** causing the first set of planet gears **312** to rotate. In response to the rotation of the first set of planet gears **312**, a first intermediate torque is applied against the first ring gear **310**. Resisting this torque is a clutch torque that is applied by the clutch mechanism **18**. The clutch torque inhibits the free rotation of the first ring gear **310**, causing the first intermediate torque to be applied to the first reduction carrier **314** and the remainder of the reduction gearset assembly **202** so as to multiply the first intermediate torque in a predetermined manner according to the setting of the switch mechanism **60**. In this regard, the clutch mechanism **18** biases the first reduction gearset **302** in the active mode.

The magnitude of the clutch torque is dictated by the adjustment mechanism **704**, and more specifically, the relative height of the adjustment segment **772**, **774** or **776** that is in contact with the tip portion **732** of the pin member **720**. Positioning of the adjustment mechanism **704** at a predetermined one of the adjustment segments **772**, **774** or **776** pushes the pin member **720** rearwardly in the actuator aperture **274**, thereby compressing the follower spring **722** and producing the a clutch force. The clutch force is transmitted to the flange portion **750** of the follower **724**, causing the tip portion **748** of the follower **724** to engage the clutch face **316** and generating the clutch torque. Positioning of the tip portion **748** of the follower **724** in one of the valleys **712** in the clutch face **316** operates to inhibit rotation of the first ring gear **310** relative to the transmission sleeve **200** when the magnitude of the clutch torque exceeds the first intermediate torque. When the first intermediate torque exceeds the clutch torque, however, the first ring gear **310** is permitted to rotate relative to the transmission sleeve **200**. Depending upon the configuration of the clutch face **316**, rotation of the first ring gear **310** may cause the clutch force to increase a sufficient amount to resist further rotation. In such situations, the first ring gear **310** will rotate in an opposite direction when the magnitude of the first intermediate torque diminishes, permitting the tip portion **748** of the follower **724** to align in one of the valleys **712** in the clutch face **316**. If rotation of the first ring gear **310** does not cause the clutch force to increase sufficiently so as to fully resist rotation of the first ring gear **310**, the first reduction gearset **302** will be placed in the inactive mode wherein the first ring gear **310** will rotate so as to inhibit the transmission of the first intermediate torque to the first reduction carrier **314**. In such situations, no torque will be transmitted through the portions of the transmission assembly **16** that are located forwardly of the first set of planet gears **312** (e.g., the first reduction carrier **314**, the second sun gear **358**, the second set of planet gears **362**).

Configuration of the clutch mechanism **18** in this manner is highly advantageous in that the clutch torque is sized to resist the first intermediate torque, as opposed to the output torque of the tool **10** that is generated by the multi-reduction transmission assembly **16** and transmitted through the chuck **22**. In this regard, the clutch mechanism **18** may be sized in a relatively small manner, thereby improving the ability with which it can be incorporated or packaged into the tool **10**. Furthermore, as the speed or gear ratios are changed after or down stream of the first ring gear **310**, the clutch mechanism **18** is operable over a relatively large span of output torques. In comparison with conventional clutch mechanisms that operate to limit the output torque of a transmission, these devices are typically operable over a relatively narrow torque band, necessitating a change in their clutch spring if

19

20

a considerable shift in the magnitude of the output torque is desired. In contrast, the clutch mechanism **18** of the present invention can accommodate a considerable shift in the magnitude of the output torque of the tool **10** by simply operating the transmission assembly **16** in a different (i.e., lower or higher) gear ratio.

In the operation of rotary power tools such as tool **10**, it is frequently desirable to change between two clutch settings, as when the tool **10** is used to both drill a hole and thereafter install a screw in that hole. Accordingly, the adjustment mechanism **704** may be rotated relative to the output spindle assembly **20** to position the adjustment mechanism **704** at a desired one of the adjustment segments **772**, **774** and **776** to perform the first operation and thereafter rotated to a second one of the adjustment segments **772**, **774** and **776** to perform the second operation. In contrast to the known clutch arrangements, the adjustment mechanism **704** of the present invention is configured such that the adjustment structure **760** and the setting collar **762** are rotatable through an angle of 360°. Assuming the adjustment structure **760** to be positioned at an intermediate adjustment segment **776**x, rotation of the adjustment mechanism **704** through an angle of 360° would rotate the adjustment structure **760** past the other intermediate adjustment segments **776**, as well as the first and last adjustment segments **772** and **774** and the ramp section **778** such that the adjustment structure **760** would again be positioned at the intermediate adjustment segment **776**x. The feature is especially convenient when it is necessary to change the clutch setting between a relatively high clutch setting and a relatively low clutch setting. In this regard, the ramp section **778** permits the setting collar **762** (and adjustment structure **760**) to be rotated from highest clutch setting, corresponding to the last adjustment segment, to the lowest clutch setting, corresponding to the first clutch setting, without positioning the clutch mechanism **18** in one of the intermediate clutch settings. Accordingly, the user of the tool **10** is able to vary the clutch setting from its maximum setting to its minimum setting (and vice versa) by rotating the setting collar **762** a relatively small amount.

While the adjustment profile **770** has been described thus far as having a constant slope, those skilled in the art will appreciate that the invention, in its broader aspects, may be constructed somewhat differently. For example, the adjustment profile **770'** may be formed such that each of the first, last and intermediate adjustment segments **772'**, **774'** and **776'** is detented as illustrated in FIG. **31**. In this arrangement, the detents **782** in the adjustment structure **760** and the follower **780** in the housing portion **766** of the output spindle assembly **20** are unnecessary as the adjustment segments **772'**, **774'** and **776'** will cooperate with the engagement **702** to provide the user of the tool **10** with a tactile indication of the position of the adjustment profile **770'**, as well as inhibit the free rotation of the adjustment structure **760**.

Another example is illustrated in FIG. **32** wherein the adjustment profile **770"** is generally similar to the adjustment profile **770** except that the ramp section **779** has been omitted so that the last intermediate adjustment segment **776**z is immediately adjacent the last adjustment segment **774**.

While the invention has been described in the specification and illustrated in the drawings with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention as defined in the claims. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment illustrated by the drawings and described in the specification as the best mode presently contemplated for carrying out this invention, but that the invention will include any embodiments falling within the description of the appended claims.

What is claimed is:

1. A portable power tool comprising:
    a housing;
    a motor;
    a driven member; and
    a multi-stage transmission at least partially received in the housing, the multi-stage transmission receiving torque from the motor and outputting torque to the driven member, the multi-stage transmission having a first gear set, a second gear set and a third gear set, the first gear set including a planet carrier and a plurality of planet gears, the planet carrier rotatably supporting the plurality of planet gears, the second gear set including a ring gear that is not in meshing engagement with the planet gears of the first gear set, the third gear set having a ring gear;
    wherein the multi-stage transmission is operable in at least three overall gear ratios, wherein the ring gear of the third gear set may be selectively non-rotatably coupled to the housing to inhibit relative rotation therebetween, wherein the ring gear of the second gear set may be selectively non-rotatably coupled to the housing to inhibit relative rotation therebetween, and wherein the ring gear of the second gear set may be selectively coupled to the planet carrier of the first gear set for rotation therewith.

2. The portable power tool of claim **1**, wherein the third ring gear is movable between a position where it is non-rotatably coupled to the housing and an opposite position where it may rotate relative to the housing.

3. The portable power tool of claim **1**, wherein the second ring gear is movable between a position where it is non-rotatably coupled to the housing and an opposite position where it meshingly engages the planet carrier of the first gear set.

4. The portable power tool of claim **1**, wherein torque is transmitted from a first one of the first, second and third gear sets to a second one of the first, second and third gear sets and then to a remaining one of the first, second and third gear sets.

5. The portable power tool of claim **1**, further comprising a switch for changing an overall gear ratio in which the multi-stage transmission is operating.

6. The portable power tool of claim **5**, wherein the switch includes a wire clip that is configured to translate about a longitudinal axis of the multi-stage transmission to effect a change in the overall gear ratio in which the multi-stage transmission is being operated, wherein translation of the wire clip is employed to non-rotatably couple the ring gear of the second gear set to the housing and to couple the ring gear of the second gear set to the planet carrier of the first gear set.

7. The portable power tool of claim **6**, wherein the wire clip includes a body portion that extends outwardly about a portion of the ring gear of the second gear set.

8. The portable power tool of claim **1**, wherein the multi-stage transmission further includes a transmission sleeve which is coupled to the housing, at least a portion of the second gear set being disposed in the transmission

US 6,984,188 B2

21

sleeve, the transmission sleeve having an interior surface with a plurality of teeth that form a torque transmission path that is employed to non-rotatably couple the ring gear of the second gear set to the housing.

**9**. The portable power tool of claim **8**, wherein the plurality of teeth on the interior surface of the transmission sleeve form another torque transmission path that is employed to non-rotatably couple the ring gear of the third gear set to the housing.

**10**. The portable power tool of claim **1**, further comprising a wire clip that is configured to translate about a longitudinal axis of the multi-stage transmission to effect a change in an overall gear ratio in which the multi-stage transmission is being operated, wherein translation of the wire clip is employed to non-rotatably couple the ring gear of the second gear set to the housing and to couple the ring gear of the second gear set to the planet carrier of the first gear set.

**11**. The portable power tool of claim **10**, wherein the transmission sleeve includes a pair of slotted apertures, each of the slotted apertures being configured to receive therethrough an associated tab that is formed on the wire clip.

**12**. The portable power tool of claim **11**, wherein the tabs are configured to transmit a manual input applied to an actuator of a speed selector that is located on an exterior side of the transmission sleeve to a portion of the multi-stage transmission on an interior side of the transmission sleeve.

**13**. A portable power tool, comprising:

a housing;

a motor having a motor output member;

a driven member;

a transmission in the housing, the transmission being configured to receive a rotary input from the motor output member and to produce a rotary output that is transmitted to the driven member, the transmission having a plurality of planetary transmission stages, wherein a member of the transmission may be axially positioned between a first condition, in which at least one of the planetary transmission stages is operable in an active mode, and a second condition, in which at least one of the planetary transmission stages is operable in an inactive mode, and wherein the transmission is operable in at least three overall speed reduction ratios, at least three planetary pear reductions transmitting torque between the motor output member and the driven member in each of the at least three overall speed reduction ratios; and

a speed selector having a switch and an actuator, the switch being coupled to the housing, a portion of the switch forming a portion of an exterior surface of the portable power tool so as to be manipulate-able by a user of the portable power tool, the actuator engaging the member of the transmission and moving the member of the transmission in a predetermined manner in response to movement of the switch.

**14**. The portable power tool of claim **13**, wherein the switch permits the transmission of the portable power tool to be selectively operated in one of only three overall speed reduction ratios.

**15**. The portable power tool of claim **13**, wherein the member is an annular structure having a plurality of internal teeth that meshingly engage teeth formed onto a plant carrier associated with one of the plurality of planetary transmission stages when the at least one of the planetary transmission stages is in the inactive mode.

**16**. The portable power tool of claim **15**, wherein the annular structure includes a plurality of external teeth that meshingly engage teeth formed onto the housing when the at least one of the planetary transmission stages is in the active mode.

22

**17**. The portable power tool of claim **15**, wherein the annular structure is a ring gear associated with a single one of the plurality of planetary transmission stages.

**18**. The portable power tool of claim **13**, wherein the switch is slidably coupled to the housing.

**19**. The portable power tool of claim **18**, wherein the actuator includes a selector body that is configured to rotate in response to movement of the switch.

**20**. The portable power tool of claim **13**, wherein the actuator includes at least one wire clip, the wire clip extending at least partially about the member.

**21**. The portable power tool of claim **20**, wherein the wire clip has a half-moon portion and a pair of tabs that are generally perpendicular to the half-moon portion.

**22**. The portable power tool of claim **21**, wherein the member includes a circumferentially extending groove into which the half-moon portion is disposed.

**23**. The portable power tool of claim **21**, wherein the tabs are coupled to the switch.

**24**. The portable power tool of claim **23**, wherein the actuator includes a cam slot into which the tabs are disposed.

**25**. A power tool comprising a housing, a motor for driving an output spindle through a multi-speed transmission, and a speed selector, the transmission providing at least three planetary gear reductions between the motor and the output spindle and being selectively operated in at least three speed ratios, each planetary gear reduction including a ring gear, at least two of the ring gears being axially translatable between a first position and a second position, the speed selector engaging the transmission to selectively provide at least three of the following operating conditions:

a first one of the ring gears is maintained in the first position and a second one of the ring gears is maintained in the first position;

the first one of the ring gears is maintained in the first position and the second one of the ring gears is maintained in the second position;

the first one of the ring gears is maintained in the second position and the second one of the ring gears is maintained in the first position; and

the first one of the ring gears is maintained in the second position and the second one of the ring gears is maintained in the second position.

**26**. The power tool of claim **25**, wherein a plurality of teeth are formed about the exterior of the first one of the ring gears.

**27**. The power tool of claim **25**, wherein the second one of the ring gears does not rotate relative to the housing when maintained in the first position and rotates relative to the housing when maintained in the second position.

**28**. The power tool of claim **27**, wherein the second one of the ring gears is meshingly engaged to a planet carrier when maintained in the second position.

**29**. The power tool of claim **25**, wherein the first one of the ring gears meshingly engages planet gears associated with one of the planetary gear reductions when the first one of the ring gears is maintained in the first position, and wherein the first one of the ring gears meshingly engages an element in another one of the planetary gear reductions when the first one of the ring gears is maintained in the second position.

**30**. The power tool of claim **29**, wherein the element in the another one of the planetary gear reductions is a planet carrier.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 6,984,188 B2                                    Page 1 of 1
APPLICATION NO. : 10/384809
DATED                   : January 10, 2006
INVENTOR(S)       : Christine Potter et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 20,
Line 35, "claim 1" should be  -- claim 3 --.
Line 44, "claim 1" should be  -- claim 3 --.
Line 49, "claim 1" should be  -- claim 3 --.
Line 64, "claim 1" should be  -- claim 3 --.

Column 21,
Line 10, "claim 1" should be  -- claim 8 --.
Line 42, "pear" should be  -- gear --.

Column 22,
Line 1, "claim 15" should be – claim 16 --.

Signed and Sealed this

Fifteenth Day of August, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS
BLACK & DECKER INC. and

BLACK & DECKER (U.S.) INC.

## DEFENDANTS
MAKITA U.S.A. INC. and

MAKITA CORPORATION

(b)  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number)
Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street,
P.O. Box 1347, Wilmington, DE  19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| ☒ 1  Original Proceeding | ☐ 2  Removed from State Court | ☐ 3  Remanded from Appellate Court | ☐ 4  Reinstated or Reopened | ☐ 5  Transferred from another district (specify) ☐ 6  Multidistrict Litigation | ☐ 7  Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 271
Brief description of cause: Patent infringement action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $ _____    CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23                                              JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE  7/24/07

SIGNATURE OF ATTORNEY OF RECORD  *Thomas C. Grimm*    bar (5Y4)

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 7 - 4 6 1

Civil Action No. _____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_7/24/07_
(Date forms issued)

_____
(Signature of Party or their Representative)

_Aaron Johnston_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action