# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and <br> BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAKITA U.S.A. INC. and <br> MAKITA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-461-*** <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to November 29, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP            POTTER ANDERSON & CORROON LLP

By: */s/ Thomas C. Grimm*                                         By: */s/ David E. Moore*
   Thomas C. Grimm (#1098)                                        Richard L. Horwitz (#2246)
   1201 North Market Street                                         David E. Moore (#3983)
   P.O. Box 1347                                                          Hercules Plaza, 6th Floor
   Wilmington, DE 19899                                             1313 N. Market Street
   Tel: (302) 658-9200                                                  Wilmington, Delaware 19801
   tcgefiling@mnat.com                                                Tel: (302) 984-6000
                                                                                  rhorwitz@potteranderson.com
                                                                                  dmoore@potteranderson.com
*Attorneys for Plaintiffs Black & Decker Inc.*
*and Black & Decker (U.S.) Inc.*
                                                                                  *Attorneys for Defendants Makita U.S.A. Inc.*
                                                                                  *and Makita Corporation*

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

826807 / 32149