IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAKITA U.S.A. INC. and<br>MAKITA CORPORATION,<br><br>    Defendants. | C.A. No. 07-461-***<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, the parties are engaged in good faith settlement discussions;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to December 28, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     POTTER ANDERSON & CORROON LLP

By: /s/ Thomas C. Grimm
    Thomas C. Grimm (#1098)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    tcgefiling@mnat.com

*Attorneys for Plaintiffs Black & Decker Inc. and Black & Decker (U.S.) Inc.*

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Makita U.S.A. Inc. and Makita Corporation*

    SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

832821 / 32149