IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAKITA U.S.A. INC. and<br>MAKITA CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-461-***<br><br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, the parties are engaged in good faith settlement discussions and believe that a settlement of this litigation will be completed shortly;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to February 25, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Thomas C. Grimm*
    Thomas C. Grimm (#1098)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    tcgefiling@mnat.com

*Attorneys for Plaintiffs Black & Decker Inc.
and Black & Decker (U.S.) Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Makita U.S.A. Inc.
and Makita Corporation*

SO ORDERED, this _____ day of _____, 2007.

_____
Judge

838948 / 32149