IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>MAKITA U.S.A. INC. and<br>MAKITA CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)   C.A. No. 07-461-GMS<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, the parties are in the process of executing an agreement to settle the above-captioned litigation;

WHEREAS, additional time is required to circulate the settlement agreement to the proper signatories;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to March 10, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>tcgefiling@mnat.com<br><br>*Attorneys for Plaintiffs Black & Decker Inc. and Black & Decker (U.S.) Inc.* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants Makita U.S.A. Inc. and Makita Corporation* |

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge

850482 / 32149